## Declaration of Pascal Charpentier

1. I was born at the United States Air Force base, 36th Tactical Fighter Wing, in Bitburg Germany on January 21, 1972.

2. On that date I automatically acquired U.S. citizenship by operation of law due to the U.S. citizenship of my parents at the time of my birth.

3. I entered the United States upon the return of my parents from service at two-months old and was processed at the US Air Force base, likely the Charleston Air Force Base in South Carolina.

4. On July 6, 2020 I was arrested at my home in New York City and held in custody by Immigration and Customs Enforcement.

5. In the Notice to Appear, the Department of Homeland Security wrongly alleged I am a "native of Haiti and a citizen of Haiti."

6. During removal proceedings, ICE refused my attorney's repeated requests for documents under the control of the Department of Homeland Security; I need these documents to defend against my deportation. In particular, I need the documents on my mother's immigration to the United States to prove that she acquired U.S. citizenship from my grandfather, a U.S. citizen who had sole custody of my mother.

7. On August 9, 2022, an immigration judge issued a final order to remove me from the United States to Haiti, Germany, or an unnamed third country. (Order of Exhibit 1)

8. I am not a citizen of Haiti, Germany, or any other country except the United States. If I am unable to resolve this matter I will be stateless.

9. For purposes of filing an appeal of the deportation order, due at the Board of Immigration Appeals on September 22, 2022, I have an immediate need of all the documents Jacqueline Stevens requested on my behalf.

10. The consequences of my deportation are both an unreasonable violation of my right to due process and liberty under the 14th Amendment of the U.S. Constitution, and a life threatening situation to my person and well being. The designation of Haiti as the country for transfer is of particular concern since the country is currently torn between weak government institutions, violent gang control of many areas, abject poverty, and political instability. I have never lived there, was not born there, do not speak the language, and do not have any ties there. My entire family are US citizens who live in the US, including my fiance and step-children with whom I live with and care for.

11. Those who have recently been deported are routinely reported as being unofficially detained in squalid jail conditions, indefinitely (https://www.courierpostonline.com/videos/news/2022/07/20/nj-woman-speaks-husband-deported-haiti-migration-deportees-ice/10054812002/). Such action if enacted by the US government would amount to a sentence of human repression, if not death.

Under penalty of perjury, I hereby declare that I am the person described above and understand that any falsification of this statement is punishable under the provisions of Title 18, United States Code (U.S.C.), Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years, or both; and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of Title 5, U.S.C., Section 552a (iX3) as a misdemeanor and by a fine of not more than $5,000.

*P. Charpentier*
PASCAL CHARPENTIER

August 28, 2022
DATE