UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Jacqueline Stevens

    Plaintiff,

v.

United States Department Health and Human Services, et al.

    Defendant.

Case No.: 1:22−cv−05072
Honorable Matthew F. Kennelly

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 27, 2022:

    MINUTE entry before the Honorable Matthew F. Kennelly: Joint motion to set briefing schedule [6] is granted. Defendants' response to the complaint and response to the motion for preliminary injunction are to be filed by 11/10/2022. Plaintiff's reply in support of the motion for preliminary injunction is to be filed by 11/16/2022. If one or more of the defendants moves to dismiss the complaint, plaintiff's response is to be filed by 12/8/2022, and defendants' reply is to be filed by 12/22/2022. The case is set for a telephonic status hearing on 11/15/2022 at 9:20 AM, using call−in number 888−684−8852, access code 746−1053. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.