UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Jacqueline Stevens

          Plaintiff,

v.           Case No.: 1:22−cv−05072
          Honorable Matthew F. Kennelly

United States Department Health and Human Services, et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 15, 2022:

    MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic status hearing held on 12/15/2022. Defendant Citizenship and Immigration Services motion for leave to file sur−reply [22] is granted. Plaintiff's motion for preliminary injunction [3] is denied for reasons stated on the record as to USCIS and ELIR., and taken under advisement as to ICE. The government's directed to file a supplement to its response as indicated on the record by 12/31/2022. A telephonic status hearing is set for 1/5/2023 at 8:50 a.m. The following call−in number will be used for the hearing: 888−684−8852, access code 746−1053. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.