# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Jacqueline Stevens

                                                   Plaintiff,

v.                                                Case No.: 1:22−cv−05072

                                                 Honorable Matthew F. Kennelly

United States Department Health and Human Services, et al.

                                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 7, 2023:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic status hearing held on 2/7/2023. Plaintiff's motion for preliminary injunction [3] and the defendant's motion to dismiss [12] are taken under advisement. If needed, the Court will set a further status hearing after it issues the ruling on the pending motions. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.