UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JACQUELINE STEVENS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 22 C 5072 ) |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, | ) Judge Kennelly ) ) |
| Defendants. | ) ) |

**JOINT STATUS REPORT**

At the court's direction (Dkt. 38), the parties in this Freedom of Information Act case jointly submit this status report.

1. Defendant Executive Office of Immigration Review, or EOIR, has moved for summary judgment. Dkt. 39. Plaintiff Jacqueline Stevens has cross-moved for summary judgment against EOIR and the other remaining agencies on two counts of her three-count complaint. Dkt. 42. The briefing on both motions is complete (Dkt. 39-44, 47-48), except for Stevens's reply in support of her cross-motion, which is due on July 28, 2023. *See* Dkt. 46.

2. The remaining agency defendants besides EOIR are still processing Stevens's FOIA requests and producing responsive records, and they plan to inform the court when the productions are complete, at which point they plan to move for summary judgment in their favor.

3. The parties propose that they file another joint status report, providing an update on the status of the remaining agency defendants' processing of Stevens's FOIA requests, on or before September 25, 2023.

    Respectfully submitted,

    MORRIS PASQUAL
    Acting United States Attorney

    By: s/ Alex Hartzler
        ALEX HARTZLER
        Assistant United States Attorney
        219 South Dearborn Street
        Chicago, Illinois 60604
        (312) 886-1390
        alex.hartzler@usdoj.gov

    s/ Nicolette Glazer
    NICOLETTE GLAZER
    Attorney for Plaintiff
    Law Office of Larry R. Glazer
    Watt Plaza
    1875 Century Park East #700
    Century City, California 90067
    (708) 435-0404
    nicolette@glazerandglazer.com