UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JACQUELINE STEVENS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF ) <br> HEALTH AND HUMAN SERVICES, *et al.*, ) <br> ) <br> Defendants. ) | No. 22 C 5072 <br><br> Judge Kennelly |

## EOIR'S MOTION FOR SUMMARY JUDGMENT

Defendant Executive Office of Immigration Review, by Morris Pasqual, Acting United States Attorney for the Northern District of Illinois, moves for summary judgment in its favor under Federal Rule of Civil Procedure 56. In support, EOIR submits the accompanying memorandum of law in support of its motion and Local Rule 56.1 statement of material facts (DSOF).

Respectfully submitted,

MORRIS PASQUAL
Acting United States Attorney

By: s/ Alex Hartzler
    ALEX HARTZLER
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 886-1390
    alex.hartzler@usdoj.gov