UNITED STATES DISTRICT COURT
For the Northern District of Illinois −
Eastern Division

| | |
|---|---|
| **Jacqueline Stevens** } | |
| } | |
| Plaintiff } | |
| } | Civil Case No.: 22-cv-05072 |
| vs. } | Judge: Honorable M. Kennelly |
| } | |
| **United States Department of Health and** } | |
| **Human Services et al.** } | |

# PLAINTIFF'S MOTION TO EXTEND TIME IN RE: BRIEFING SCHEDULE FOR PLAINTIFF'S RESPONSE TO DEFNEDANT'S RULE 56 MOTION AND CROSS-MOTION

Plaintiff Stevens, through her counsel of records, moves for an order extending the deadline for her response to Defendant's ICE motion for summary judgment and cross-motion from 3 June to 13 June 2024, and in support states as follows:

1. In this Freedom of Information Act case, Defendant ICE filed its motion for summary judgment on 1 May 2024. Dkt. 87-89.

2. Plaintiff's response and cross-motion for summary judgment is due on 3 June 2024. Plaintiff's counsel has made diligent efforts to research and brief the response and Plaintiff's cross-motion but will not be able to complete it by the due date as counsel for Plaintiff is preparing for a jury trial in which 10 motions in limine have been filed by opposing counsel at the last minute in an unrelated matter that require extensive briefing on a very short schedule.

3. Counsel for Plaintiff notified Defendant's counsel via email of the nature of this motion on Friday but has not received a response.

4. Defendant will not suffer a prejudice should a short extension is granted.

5. Plaintiff respectfully requests a 10-day extension of the due date for the filing of the response/cross motion to and including 13 June 2024.

6. The undersigned apologize to the Court and Counsel for her error and the inconvenience caused.

Respectfully Submitted by

\_\_\_\_\_s/ Nicolette Glazer Esq._____
Nicolette Glazer Esq.
LAW OFFICES OF LARRY R GLAZER
2121 Avenue of the Stars #800
Century City, CA 90067
T: 310-407-5353
F: 310-407-5354
nicolette@glazerandglazer.com
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

This pleading was served on all parties and counsel via the CM/ECF mandatory filing system for delivery to all parties entitled to notice.

\_\_\_\_\_s/ Nicolette Glazer Esq._____
Nicolette Glazer Esq.
LAW OFFICES OF LARRY R GLAZER
2121 Avenue of the Stars #800
Century City, CA 90067
T: 310-407-5353
F: 310-407-5354
nicolette@glazerandglazer.com
ATTORNEY FOR PLAINTIFF