11/7/22, 9:11 AM                                    EADM Custody Management

Person ID [(b)(7)] Sex: **M** DOB: **02/16/1978** Current Age: **44** COB: **MEXIC** COC: **MEXIC**

Subject ID : **34751838** Processing Disposition: **Expedited Removal (I-860)**

No Case associated with this encounter

No detention history associated with this encounter

| | No Photo | |
| --- | --- | --- |
| | Detention History | Criminal |

### Guzman Silvestre, Miguel 077 166 008
### Custody Actions & Decisions

| Ref # | Case # | Date | A&D By | A&D Description | Jurisdiction | See Ref # | Appeal Reserved By |
| --- | --- | --- | --- | --- | --- | --- | --- |
| View | (b)(7)(E) | 03/22/2004 | Field Office | Alien Booked Out of FLO - FLORENCE SPC - Released - Proceedings Terminated | Field Office | | N/A |
| View | | 03/12/2004 | Field Office | Alien Booked Out of FSF - FLORENCE STAGING FACILITY - Transferred to - | Field Office | | N/A |
| View | | 03/12/2004 | Field Office | Alien Booked In to FLO - FLORENCE SPC | Field Office | | N/A |
| View | | 03/12/2004 | Field Office | Alien Booked In to FSF - FLORENCE STAGING FACILITY | Field Office | | N/A |
| View | | 02/05/1999 | Field Office | Alien Booked Out of EAZ - ELOY FEDERAL CONTRACT FAC - Released - Removed | Field Office | | N/A |
| View | | 02/03/1999 | Field Office | Alien Booked Out of ECC - EL CENTRO SPC - Transferred to - | Field Office | | N/A |
| View | | 02/03/1999 | Field Office | Alien Booked In to EAZ - ELOY FEDERAL CONTRACT FAC | Field Office | | N/A |
| View | | 02/02/1999 | Field Office | Alien Booked In to ECC - EL CENTRO SPC | Field Office | | N/A |

**Legend**

| Case #: | | |
| --- | --- | --- |
| *### | = | Case #s in bold red text with an * designate A&Ds for the active case (the case currently being worked on) |
| ### | = | Case #s in plain black text designate A&Ds for all other cases included in the filter |

(b)(7)(E)

# Detention History

Name: **Hoang, Toan Manh**

Controlling A-Number: **025 105 060**

Person ID: (b)(7)(...)

| A-Number | Subject ID | Case ID | Book In Date | Book In DCO | Detention Location | Book Out Date | Release / Book Out Type | Days In Custody | Days In Facility |
|---|---|---|---|---|---|---|---|---|---|
| 025 105 060 | 263150203 | (b)(7)(E) | 01/14/1999 0830 | SPP | SAN PEDRO SPC | 02/22/1999 0000 | Released - Proceedings Terminated | 96 | 39 |
| 025 105 060 | 263150203 | | 11/18/1998 0100 | SFR | KERN COUNTY JAIL (LERDO) | 01/14/1999 0000 | Transferred - SPP. | 96 | 57 |

A-Number: **025 105 060**
Control Name: **HOANG**
First Name: **TOAN**
Middle Name: **N/A**
Maiden: **N/A**
Nickname: **N/A**
Living? **N/A**
Sex: **M**
Transgender: **N/A**
Marital Status: **N/A**
SSN: **N/A**
Occupation: **N/A**
Juvenile Verified: **N/A**

Agg Felon: **No Aggravated Felony Convictions**
Primary Citizenship: **VIETNAM**
Hair: **N/A**
Eyes: **N/A**
Complexion: **N/A**
Race: **N/A**
Origin: **N/A**
Date of Birth: **03/29/1977**
Age: **45**
Age at Encounter: **40**
Height: **N/A**
Weight: **N/A**
Speak/Understand English: **Y**

Processing Disposition: **Foreign Born USC**
INS Status: **N/A**
POE: **N/A**
Entry Date: **N/A**
Entry Class: **N/A**
Apprehension Date: **N/A**
Warrant served by Warrant Service Officer (WSO)? **N/A**
Site: **N/A**
Landmark: **N/A**
Arrest At/Near: **N/A**
Juvenile Status: **N/A**
CBP Family Unit ID: **N/A**
CBP Separation Reason: **N/A**

*Office of the Principal Legal Advisor,*
*Dallas*

**U.S. Department of Homeland Security**
125 E. John Carpenter Fwy., (b)(6);
Irving, Texas 75062



**U.S. Immigration
and Customs
Enforcement**

MEMO TO FILE

SUBJECT:              Claim to United States Citizenship
                     Toan Manh HOANG, A25 105 060

### STATEMENT OF THE CASE

  Toan Manh HOANG, A025 105 060 ("Claimant") was recently released from custody by the Federal Bureau of Prisons on June 7, 2022. Claimant alleges that he derives U.S. citizenship from his U.S. citizen father, Henry Hoang.

  After reviewing the facts and the law, OPLA-Dallas concludes that Claimant may have a probative claim to citizenship.

### FACTS

Investigation of the Claimant's Citizenship

  In investigating the claim to citizenship, OPLA-Dallas has reviewed the following evidence from Claimant's A-file:

- Forms and Government Documents
  - Notice to Appear (NTA), dated November 18, 1998
  - Form I-213
  - Form N-600
  - Form I-181
  - Form I-94, dated November 4, 1980
  - Form N-340A
  - Form I-102
  - Notice of Hearing, dated December 15, 1998
  - Notice of Hearing, dated December 17, 1998
  - Notice of Hearing, dated January 7, 1999
  - Notice of Hearing, dated January 14, 1999
  - Notice of Hearing, dated February 8, 1999
  - Form EOIR-35-6T (termination) dated February 22, 1999

- o Form EOIR-28
- o Form G-361
- o Form G-600A
- o Form FD-249
- o Form HT/P3
- o Form N-14
- o Form N-550
- o Form DSC 290.1
- o Form I-247
- o Form I-265
- o Form I-170
- o Form I-200
- o Form I-286
- o Form I-826
- o Form I-703
- o Form I-862
- o Claimant's Central Index System Card History
- o Claimant's Judgement and Conviction Summary Filed to the Superior Court of the State of California, dated February 25, 1998
- o Claimant's Judgment and Conviction in the Superior Court of the State of California for Attempted Extortion, dated May 4, 1998
- o Probation Officer's Report from the Superior Court of California, County of Los Angeles
- o USINS Detainer Summary, dated August 20, 1999
- o Summary from Criminal Investigator detailing interview with Claimant, dated August 31, 1999
- o Claimant's Official Rap Sheet from Department of Homeland Security, dated as accessed on May 30, 2006
- Claimant's documents
  - o Copy of Claimant's Birth Certificate from the Socialist Republic of Vietnam, dated as registered on April 8, 1977
  - o Medical Examination of Visa Applicants
  - o Assignment from Social Security Administration of Social Security numbers to Refugees (Claimant and father)
- (b)(6); (b)(7)(C) (Claimant's father) documents
  - o Abstract of Civil Judgment on the marriage dissolution between (b)(6); (b)(7)(C) (Claimant's mother) and (b)(6); (b)(7)(C) (Claimant's father) from the Socialist Republic of Vietnam dated August 20, 1980
  - o U.S. Certificate of Naturalization, dated December 12, 1991
  - o U.S. Passport, dated as issued on July 12, 1996

Claimant is not currently represented.

Claimant's Date and Place of Birth

---

[1] Name prior to naturalization: (b)(6); (b)(7)(C)

2023-ICLI-00003  0013

Claimant was born in Hanoi, Vietnam on March 29, 1977.

Parents' Names, Dates and Places of Birth and Death, Citizenship and Immigration Status

Claimant's mother is (b)(6); (b)(7)(C) She was born in Vietnam in (b)(6) After reviewing the evidence, it appears that she has remained in Vietnam and has never sought U.S. citizenship.

The claimant's father is (b)(6); (b)(7)(C) born (b)(6); (b)(7)(C) He was born in Vietnam (b)(6); (b)(7)(C) He was naturalized (b)(6); (b)(7)(C) , eleven years after entering the United States as a refugee with his son, the Claimant.

Parents' Marital Status

Claimant was born in wedlock, however soon after, (b)(6); (b)(7)(C) Claimant's mother, filed for dissolution of marriage. The petition was accepted July 4, 1980 and took effect August 20, 1980. At that time, Claimant and his father had not yet left to the United States.

It is unclear if either of Claimant's parents have remarried since dissolution of marriage. The father's certificate of naturalization from (b)(6); (b)(7)(C) indicates that his marital status was married at that time.

The Claimant's Immigration History

Claimant entered the United States on November 4, 1980 from Vietnam, as a child of an alien who entered as a refugee (RE8). Claimant's status was adjusted to a lawful permanent resident on April 23, 1982.

Claimant's Criminal History

On April 24, 1998, Claimant was convicted in the Superior Court of California of Attempted Extortion. For that offense, the claimant was sentenced to confinement for a period of 1 year 4 months in the County of Los Angeles.

Recent June 7, 2022 release from Federal Bureau of Prisons indicates Claimant has further criminal history.

## LEGAL ANALYSIS

In evaluating a claim to citizenship made by a detained individual, ICE officers and agents are to evaluate the claims made by the claimant and any evidence presented by the claimant or discovered through reasonable investigative measures. *See* ICE Directive 16001.2, "Investigating the Potential U.S. Citizenship of Individuals Encountered by ICE," dated November 10, 2015. "In any case in which there is uncertainty about whether the evidence is probative of U.S. citizenship, ICE should not detain, arrest, or lodge an immigration detainer against the individual and should cancel any immigration detainer already lodged by ICE." *Id*. at Section 5.1(4)(b).

Page | 3

A. United States Citizenship by Birth in the United States.

A person born in the United States and subject to its jurisdiction is a national and citizen of the United States at birth. INA § 301(a).

The term "United States" is defined by INA § 101(a)(38) and "when used in a geographical sense, means the continental United States, Alaska, Hawaii, Puerto Rico, Guam, and the Virgin Islands of the United States, and the Commonwealth of the Northern Mariana Islands." INA § 101(a)(38). It also may include birth in U.S. internal waters and territorial sea and birth in the airspace above the land territory, internal waters, and territorial sea. *See* Presidential Proclamation 5928, signed Dec. 27, 1988, published at 54 Federal Register 777 (January 9, 1989).

In this case, the Claimant was not and does not claim to have been born in the United States. For that reason, the Claimant has not established U.S. citizenship by birth in the United States.

B. United States Citizenship By Derivation

In determining whether an individual has derived citizenship through a parent's naturalization, the law in effect when the last material condition is met is generally controlling. *See Matter of Rodriguez-Tejedor*, 23 I&N Dec. 153 (BIA 2001) (under INA § 320, as amended by the CCA, "an individual will automatically derive citizenship when the last material condition has been met."); *Matter of L-*, 7 I&N Dec. 512 (R.C. 1957) (same under former INA § 321).

1. Derivation under the Child Citizenship Act (CCA), INA § 320.

Under INA § 320(a), which took effect on February 27, 2001, a child born outside of the United States automatically becomes a citizen of the United States when all of the following conditions have been fulfilled:

(1) At least one parent of the child is a citizen of the United States, whether by birth or naturalization;
(2) The child is under the age of eighteen years; and
(3) The child is residing in the United States in the legal and physical custody of the citizen parent pursuant to a lawful admission for permanent residence.

Since the Claimant was born on March 29, 1977, he was over the age of 18 when this law went into effect in 2001; therefore, he cannot benefit from this statute.

2. Derivation under Former INA § 320.

Under former INA § 320(a), which applies to individuals who were born prior to February 27, 2001, and who met the requirements of this provision prior to its repeal on February 27, 2001, a child born outside of the United States automatically becomes a citizen of the United States when all of the following conditions were fulfilled:

2023-ICLI-00003  0015

(1) At least one parent of the child is a citizen of the United States, at the time of the child's birth, and never ceased to be a United States citizen;

(2) The alien parent naturalizes;

(3) The child is under the age of eighteen years, when such naturalization takes place; and

(4) The child is residing in the United States pursuant to a lawful admission for permanent residence at the time of naturalization or thereafter and begins to reside permanently in the United States while under the age of 18.

Here, there is no evidence that either parent was a U.S. citizen at the time of the claimant's birth in 1977. The Claimant's father naturalized in 1991 and the Claimant's mother was a citizen of Vietnam.

### 3. Derivation under Former INA § 321.

Under former INA § 321(a), which applies to individuals who were born prior to February 27, 2001, and who met the requirements of this provision prior to its repeal on February 27, 2001, a child born outside of the United States automatically becomes a citizen of the United States when all of the following conditions have been fulfilled:

(1) The naturalization of both parents; or

(2) The naturalization of the surviving parent if one of the parents is deceased; or

(3) The naturalization of the parent having legal custody of the child when there has been a legal separation of the parents or the naturalization of the mother if the child was born out of wedlock and the paternity of the child has not been established by legitimation; and if

(4) Such naturalization takes place while such child is under the age of eighteen years; and

(5) Such child is residing in the United States pursuant to a lawful admission for permanent residence at the time of the naturalization of the parent last naturalized under clause (1) of this subsection, or the parent naturalized under clause (2) or (3) of this subsection, or thereafter begins to reside permanently in the United States while under the age of eighteen years.

Here, there is no evidence that Claimant's mother ever naturalized; thus element (1) cannot be satisfied. Element (2) also cannot be satisfied because there is no evidence that either parent is deceased.

Claimant satisfies element (3) since the naturalization of Claimant's father took place after the dissolution of marriage between him and Claimant's mother accepted by the People's Court of the Socialist Republic of Vietnam on August 20, 1980. The divorce decree states that Claimant left to the United States in the sole company of his father; however, OPLA-Dallas has no record of the state officially granting the Claimant's father sole legal custody.

Element (4) is satisfied because the claimant's father was naturalized on (b)(6); (b)(7)(C) (b)(6) and the claimant was born on March 29, 1977. Therefore, the Claimant was fourteen years old at the time of his father's naturalization.

Here, element (5) is satisfied as well because the Claimant was residing in the U.S. pursuant to lawful admission for permanent residence prior to turning 18. The Claimant was lawfully admitted as a permanent resident on March 23, 1982. Since the Claimant was five years old when he received status as a lawful permanent resident and fourteen at the time his father was naturalized, he is able to benefit from this statute.

C.    United States Citizenship by Acquisition

Under INA § 301(g), an individual born abroad may automatically acquire United States citizenship at the moment of birth, provided that his United States citizen parent was physically present in the United States for the requisite periods prior to the individual's birth. In determining whether an individual has acquired automatic citizenship through his or her parent, the statute that was in effect at the time of the child's birth is generally controlling.

In the instant case, there is no evidence that either of the Claimant's biological parents were U.S. citizens at the time of his birth in 1977, thus he cannot acquire citizenship under Fifth Circuit precedent. *See Marquez-Marquez v. Gonzales*, 455 F.3d 548, 559 (5th Cir. 2006).

<div align="center">CONCLUSION AND RECOMMENDATION</div>

Based upon the above analysis, OPLA-Dallas concludes that the Claimant has made a probative claim to U.S. citizenship..

| Event Date | Type | Event Notes | Action | Order | Appeal Reserved | Immigration Judge | Government Attorney | Modified On | Modified By |
|---|---|---|---|---|---|---|---|---|---|
| 10/29/2021 3:05:00 PM | Case Prep IJ | R is in BOP custody until 2023. Atty contacts ERO and requests that detainer be lifted as he believes R is a USC. R was born in 1977 entered US in 1980 with his father (b)(6); DOE 11/4/1980 LPR E6). His father natz'd (b)(6); when R was under 18. R's parents divorced in 1980 so attorney alleges that R derived citizenship. It does appear possible under former 321. I ask atty for more info on whether R was in the "legal custody" of his father as required by former 321(a)(3): Under former INA § 321(a) which applies to individuals who were born prior to February 27 2001 and who met the requirements of this provision prior to its repeal on February 27 2001 a child born outside of the United States automatically becomes a citizen of the United States when all of the following conditions have been fulfilled: (1) The naturalization of both parents; or (2) The naturalization of the surviving parent if one of the parents is deceased; or (3) The naturalization of the parent having legal custody of the child when there has been a legal separation of the parents or the naturalization of the mother if the child was born out of wedlock and the paternity of the child has not been established by legitimation; and if (4) Such naturalization takes place while such child is under the age of eighteen years; and (5) Such child is residing in the United States pursuant to a lawful admission for permanent residence at the time of the naturalization of the parent last naturalized under clause (1) of this subsection or the parent naturalized under clause (2) or (3) of this subsection or thereafter begins to reside permanently in the United States while under the age of eighteen years. The NC mother has no status and has not lived in U.S.. The NC is in BOP custody serving 180 month for conviction for drug trafficking and releases 5/03/2023. See enclosed G28 and other related docs. Please let me know if my synopsis is correct so I advise the attorney. | Consult | | | | (b)(6); (b)(7)(C) | 10/29/2021 3:10:31 PM | (b)(6); (b)(7)(C) |

## Pleadings

| Name | Received Date | NTA Served On | Charge Code | Decision |
|---|---|---|---|---|
| ⊞ 025105060 - Pleading - 237a02Aiii | | 11/18/1998 12:00:00 PM | 237a02Aiii | Other |
| ⊞ 025105060 - Pleading - 237a02Aiii | | 11/18/1998 12:00:00 PM | 237a02Aiii | Other |
| ⊞ 025105060 - Pleading - 237a02Aiii | | 11/18/1998 12:00:00 PM | 237a02Aiii | Sustained |

## Applications

## Case Information

| | | | |
|---|---|---|---|
| **A-Number :** 025105060 | **Document Site :** | | |
| **Case Status :** | **Location :** Dallas | | |
| **Previous Case Status :** | **Modified By :** (b)(6); (b)(7)(C) | | |
| **Next Hearing Type :** | **Immigration Judge :** | | |
| **Next Hearing :** | **Base Location :** Dallas | | |
| **Received Date :** | **Custody Status :** No | | |
| **Bond Appeal Due Date :** | **Detained Location :** SAN PEDRO SPC | | |
| **Case Time :** 250 | | | |

## Case Attributes

| | | | |
|---|---|---|---|
| **Appeal Filed :** No | **Convicted :** Yes | **Reasonable Fear :** No | **Stipulated Removal :** No |
| **Asylum Only Case :** No | **Deportation :** No | **Removal :** Yes | **VAWA :** No |
| **Credible Fear Review :** No | **Exclusion :** No | **Recission :** No | **Withholding Only :** No |
| **Criminal Charge :** Yes | **Failure to Appear :** No | **Sex Offender :** No | |

## Alien Details

| | | |
|---|---|---|
| **EID Fullname :** | **EOIR Fullname :** HOANG TOAN MANH | **Language :** English |
| **Last Name :** HOANG | **Alias Last Name :** | **Gender :** Male |
| **First Name :** TOAN | **Alias First Name :** | **Birth Date :** 3/29/1977 |
| **Middle Name :** MANH | **Alias Middle Name :** | **Place of Birth :** |
| **Maiden Name :** | **Alias :** | **Nationality :** |
| **FINS Number :** | **Nickname :** | **Citizenship :** |

(b)(7)(E)

Page 42

Withheld pursuant to exemption

(b)(6) ; (b)(7)(C)

of the Freedom of Information and Privacy Act

2023-ICLI-00003  0053

Page 43

Withheld pursuant to exemption

(b)(6) ; (b)(7)(C)

of the Freedom of Information and Privacy Act

10/28/21, 9:28 AM                                                    Details

<u>&lt;&lt; Back to Search Results</u>

<u>Print</u>

# (b)(7)(E) details for TOAN MANH HOANG Born 03-29-1977 - COA CHANGE OF STATUS

### Central Index System Details

| | |
|---|---|
| **Last Name** | HOANG |
| **First Name** | TOAN MANH |
| **Middle Name** | |
| **Date of Birth** | 03-29-1977 |
| **Alien Number** | A025105060 |
| **Country of Birth** | VIETN |
| **Gender** | M |
| **Date of Entry** | 11-04-1980 |
| **Country of Citizenship** | VIETN |
| **File Control Office** | |
| **Port of Entry** | LOS |
| **Class of Admission** | RE8 |
| **File Transfer Complete** | |
| **Previous File Control Office** | |
| **Substitute File Control Office** | |
| **Date File Opened** | 06-03-1981 |
| **BIN** | |
| | (b)(7)(E) |
| **Permanent Residence Since** | 11-04-1980 |
| **Card Expires Date** | 06-06-2016 |
| | (b)(7)(E) |
| **Guardian 1 First Name** | (b)(6); (b)(7)(C) |
| **Guardian 2 First Name** | (b)(6); (b)(7)(C) |
| **Date of Departure** | |
| **Description of Final Charge** | |
| **Date Charged** | 02-22-1999 |
| | (b)(7)(E) |
| **Social Security Number** | (b)(6); (b)(7)(C) |

2023-ICLI-00003  0056

(b)(7)(E)

1/3

| From: | (b)(6); (b)(7)(C) |
|---|---|
| To: | |
| Subject: | FW: Translation request status French Birth Cert |
| Date: | 25 August 2020 15:17:26 |
| Attachments: | (b)(6); (b)(7)(C) certificate of translation.pdf |
| | translation.pdf |
| Importance: | High |

Hi (b)(6); (b)(7)(C)

Hot off the presses. I saved it in Planet.

(b)(5)

Thanks, (b)(6); (b)(7)(C)

**From:** (b)(6); (b)(7)(C) @uscis.dhs.gov>
**Sent:** Tuesday, August 25, 2020 3:12 PM
**To:** (b)(6); (b)(7)(C) @ice.dhs.gov>
**Cc:** (b)(6); (b)(7)(C) @uscis.dhs.gov>
**Subject:** RE: Translation request status
**Importance:** High

Good afternoon,

Your completed French > English translation related to (b)(6); (b)(7)(C) is attached to this email along with the respective certification.

Please let me know if you have any questions regarding the translation.

Thank you,
(b)(6); (b)(7)(C)

(b)(6); (b)(7)(C)
Supervisory Language Specialist | Language Services Section
USCIS | EXA | Office of Citizenship and Applicant Information Services
New York, New York
Office: 833-801-(b)(6); (b)(7)(C) | Fax: 212-264-2622

**From:** (b)(6); (b)(7)(C) @ice.dhs.gov>
**Sent:** Friday, August 21, 2020 3:17 PM
**To:** (b)(6); (b)(7)(C) uscis.dhs.gov>
**Subject:** RE: Translation request status

Thank you for the update (b)(6); (b)(7)(C)

Sent with BlackBerry Work

4. Award Plaintiff's costs and reasonable attorney's fees; including but not limited to, costs and reasonable attorney's fees available under the Equal Access to Justice Act ("EAJA"), as amended, 5 U.S.C. § 504 and 28 U.S.C. § 2412.

5. Maintain jurisdiction over these proceedings to ensure compliance with any and all orders of this Court.

6. Grant other such relief as the Court may deem just and proper.

Dated: Bronx, NY
September 14, 2020                          Respectfully submitted,

(b)(5)

5586 Broadway, Third Floor
Bronx, NY 10463
Tel: (718) 432-(b)(5)
Email: (b)(5) goldbergimmigration.com
*Attorney for the Plaintiff*

2023-ICLI-00003 378

**From:** [b)(6); (b)(7)(C)]
**Sent:** Fri, 4 Dec 2020 18:17:39 +0000
**To:** JIOC-ICE
**Cc:** [b)(6); (b)(7)(C)]
**Subject:** Notification of Social Media Posts Naming OPLA NYC Employees
**Attachments:** FW: Records for Pascal Shakoure Charpentier, FW: Records and release, FW: Pascal Shakoure Charpentier, FW: Pascal Shakoure Charpentier, A#020578103, FW: Pascal Charpentier , Screen Shots - Twitter - Shakoure .pdf, Screen Shots - Facebook - Shakoure.pdf

Dear JIOC:

[b)(6); (b)(7)(C); (b)(5)]

I am the OPLA NYC POC and can be contacted via email, Teams, or on my cell: 202-494-[b)(6); (b)(7)(C)]

Thank you,

[b)(6); (b)(7)(C)]
Deputy Chief Counsel
Office of the Principal Legal Advisor, New York City
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security
[b)(6); (b)(7)(C)]@ice.dhs.gov
202-494-[b)(6);] (cell)

*** WARNING *** ATTORNEY/CLIENT PRIVILEGE *** ATTORNEY WORK PRODUCT ***

**From:** (b)(6); (b)(7)(C)
**Sent:** Mon, 2 Nov 2020 11:59:05 +0000
**To:** (b)(6); (b)(7)(C)
**Subject:** FW: Pascal Shakoure Charpentier

See below

(b)(6); (b)(7)(C)
Senior Attorney
26 Federal Plaza, 11th Floor
New York, New York 10278
(212)264-(b)(6); (b)(7)(C)
(b)(6); (b)(7)(C)@ice.dhs.gov

**\*\*\* Warning \*\*\* Attorney/Client Privilege \*\*\* Attorney Work Product \*\*\***
This communication and any attachments may contain confidential and/or sensitive attorney/client privileged information or attorney work product and/or law enforcement sensitive information. It is not for release, review, retransmission, dissemination, or use by anyone other than the intended recipient. Please notify the sender if this email has been misdirected and immediately destroy all originals and copies. Furthermore do not print, copy, re-transmit, disseminate, or otherwise use this information. Any disclosure of this communication or its attachments must be approved by the Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement. This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 USC §§ 552(b)(5), (b)(7).

**From:** (b)(6); (b)(7)(C) @law.nyu.edu>
**Sent:** Friday, October 30, 2020 5:46 PM
**To:** (b)(6); (b)(7)(C) @ice.dhs.gov>
**Subject:** Pascal Shakoure Charpentier

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact ICE SOC SPAM with questions or concerns.

Dear Ms. (b)(6); (b)(7)(C)

I am writing in support of Pascal Shakoure Charpentier, A#020578103

Why won't ICE turn over their records about Mr. Charpentier's case?
Pascal is a U.S. citizen who is being unlawfully detained in Bergen County Jail.

I am requesting that Mr. Charpentier be released and returned home to his family and community.

FOR OFFICIAL USE ONLY/ATTORNEY-CLIENT PRIVILEGED/ATTORNEY WORK PRODUCT



| | U.S. DEPARTMENT OF HOMELAND SECURITY (DHS) U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) OFFICE OF THE PRINCIPAL LEGAL ADVISOR (OPLA) | |
|---|---|---|
| | **Standard Operating Procedure (SOP) for Employees to Report Attorney Violations of State Bar Professional Conduct Rules** | |
| | Responsible Area: **OPLA** | Effective Date: **09-28-18** |
| | Responsible Office: **ICE Ethics Office (IEO)** | Approved By: **Tracy Short, Principal Legal Advisor** |

**1. Purpose and Scope**

(b)(5)

**2. Effective Period**

(b)(5)

(b)(5)

Page 2

(b)(5)

### 3. Authority

(b)(5)

### 4. Definitions

(b)(5)

Page 3

(b)(5)

(b)(5)

Page 4

(b)(5)

(b)(5)

Page 5

(b)(5)

**5. Scope of Program**

(b)(5)

Page 6

### 6. Procedures

(b)(5)

    a. **ICE Attorneys**

(b)(5)

(b)(5)

Page 7

(b)(5)

b. **Private Bar Immigration Attorneys**

(b)(5)

(b)(5)

Page 8

(b)(5)

### c. Other Non-ICE Attorneys

(b)(5)

(b)(5)

Page 9

(b)(5)

**d. Suspension and Debarment**

(b)(5)

**Conclusion**

(b)(5)

**No Private Right**

(b)(5)

(b)(6); (b)(7)(C)

(b)(6); (b)(7)(C)

DHS Page 7

(b)(6); (b)(7)(C)

(b)(6); (b)(7)(C)

2023-ICLI-00003 446

(b)(6); (b)(7)(C)

2023-ICLI-00003 447

(b)(6), (b)(7)(C)

| | |
|---|---|
| **From:** | (b)(6); (b)(7)(C) |
| **To:** | |
| **Subject:** | RE: Pascal Charpentier RELEASED FROM DETENTION |
| **Date:** | Wednesday, February 17, 2021 1:25:32 PM |

You can make a subfolder in Silver Team re: Charpentier and put it in there. Thanks.

**From:** (b)(6); (b)(7)(C) @ice.dhs.gov>
**Sent:** Wednesday, February 17, 2021 1:24 PM
**To:** (b)(6); (b)(7)(C) @ice.dhs.gov>;(b)(6); (b)(7)(C) @ice.dhs.gov>
**Subject:** RE: Pascal Charpentier RELEASED FROM DETENTION

Is there a folder on share point where I should save the DAR?

Sent with BlackBerry Work
([www.blackberry.com](www.blackberry.com))

**From:** (b)(6); (b)(7)(C) @ice.dhs.gov>
**Date:** Wednesday, Feb 17, 2021, 9:58 AM
**To:** (b)(6); (b)(7)(C) @ice.dhs.gov>;(b)(6); (b)(7)(C) @ice.dhs.gov>
**Subject:** RE: Pascal Charpentier RELEASED FROM DETENTION

Thanks for the update. (b)(6); (b)(7)(C)

I don't know if (b)(6); (b)(7)(C) is a good or bad thing in this instance…

(b)(6); (b)(7)(C)
Deputy Chief Counsel
Office of the Principal Legal Advisor, New York City
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security
(b)(6); (b)(7)(C) @ice.dhs.gov
202-494-(b)(6); (b)(7)(C) cell)

*** WARNING *** ATTORNEY/CLIENT PRIVILEGE *** ATTORNEY WORK PRODUCT ***
This communication and any attachments may contain confidential and/or sensitive attorney/client privileged information or attorney work product and/or law enforcement sensitive information and is not for release, review, retransmission, dissemination or use by anyone other than the intended recipient. Please notify the sender if this message has been misdirected and immediately destroy all originals and copies. Any disclosure of this document must be approved by the Office of the Principal Legal Advisor, U.S. Immigration & Customs Enforcement. This document is for INTERNAL GOVERNMENT USE ONLY and may be FOIA exempt under 5 U.S.C. § 552(b)(5).

**From:** (b)(6); (b)(7)(C)                    @ice.dhs.gov>
**Sent:** Wednesday, February 17, 2021 9:52 AM
**To:** (b)(6); (b)(7)(C)                    @ice.dhs.gov>; (b)(6); (b)(7)(C)                    @ice.dhs.gov>
**Subject:** RE: Pascal Charpentier RELEASED FROM DETENTION

(b)(6); (b)(7)(C)

I finally picked up the DAR at Varick and am at 26 Fed.

I also discovered on IJ Planet calendar that the case is on non-detained docket (m) July 22, 2021 before IJ Mulligan.

Talking with (b)(6); (b)(7)(C) now about what our next steps should be.

Thanks (b)(6); (b)(7)(C)

**From:** (b)(6); (b)(7)(C)                    @ice.dhs.gov>
**Sent:** Wednesday, February 17, 2021 9:49 AM
**To:** (b)(6); (b)(7)(C)                    @ice.dhs.gov> (b)(6); (b)(7)(C)                    @ice.dhs.gov>
**Subject:** RE: Pascal Charpentier RELEASED FROM DETENTION

I reached out to (b)(6); to see if she had any advice about how to keep it on Conroy's docket. I may ask (b)(6); (b)(7)(C) as well since he has the most experience with these Varick IJs at this point. Will let you know what, if anything, they suggest.

(b)(6); (b)(7)(C)
Deputy Chief Counsel
Office of the Principal Legal Advisor, New York City
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security
(b)(6); (b)(7)(C)                    @ice.dhs.gov
202-494- (b)(6); (b)(7)(C) (cell)

*** WARNING *** ATTORNEY/CLIENT PRIVILEGE *** ATTORNEY WORK PRODUCT ***
This communication and any attachments may contain confidential and/or sensitive attorney/client privileged information or attorney work product and/or law enforcement sensitive information and is not for release, review, retransmission, dissemination or use by anyone other than the intended recipient. Please notify the sender if this message has been misdirected and immediately destroy all originals and copies. Any disclosure of this document must be approved by the Office of the Principal Legal Advisor, U.S. Immigration & Customs Enforcement. This document is for INTERNAL GOVERNMENT USE ONLY and may be FOIA exempt under 5 U.S.C. § 552(b)(5).

**From:** [(b)(6); (b)(7)(C)] @ice.dhs.gov>
**Sent:** Wednesday, February 17, 2021 6:53 AM
**To:** [(b)(6); (b)(7)(C)] @ice.dhs.gov> [(b)(6); (b)(7)(C)] @ice.dhs.gov>
**Subject:** RE: Pascal Charpentier RELEASED FROM DETENTION

Hi,

[(b)(5)]

[(b)(6); (b)(7)(C)]

[(b)(6); (b)(7)(C)]

Senior Attorney
26 Federal Plaza [(b)(6); (b)(7)(C)]
New York, New York 10278
(212)264 [(b)(6); (b)(7)(C)]
[(b)(6); (b)(7)(C)] @ice.dhs.gov

**\*\*\* Warning \*\*\* Attorney/Client Privilege \*\*\* Attorney Work Product \*\*\***
This communication and any attachments may contain confidential and/or sensitive attorney/client privileged information or attorney work product and/or law enforcement sensitive information. It is not for release, review, retransmission, dissemination, or use by anyone other than the intended recipient. Please notify the sender if this email has been misdirected and immediately destroy all originals and copies. Furthermore do not print, copy, re-transmit, disseminate, or otherwise use this information. Any disclosure of this communication or its attachments must be approved by the Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement. This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 USC §§ 552(b) (5), (b)(7).

**From:** [(b)(6); (b)(7)(C)] @ice.dhs.gov>
**Sent:** Tuesday, February 16, 2021 8:05 PM
**To:** [(b)(6); (b)(7)(C)] @ice.dhs.gov> [(b)(6); (b)(7)(C)] @ice.dhs.gov>
**Subject:** RE: Pascal Charpentier RELEASED FROM DETENTION

Hi [(b)(6); (b)(7)(C)]

[(b)(5)]

(b)(5)

(b)(6); (b)(7)(C)

Deputy Chief Counsel

Office of the Principal Legal Advisor, New York City

U.S. Immigration and Customs Enforcement

U.S. Department of Homeland Security

(b)(6); (b)(7)(C) @ice.dhs.gov

202-494-(b)(6); (cell)

*** WARNING *** ATTORNEY/CLIENT PRIVILEGE *** ATTORNEY WORK PRODUCT ***

This communication and any attachments may contain confidential and/or sensitive attorney/client privileged information or attorney work product and/or law enforcement sensitive information and is not for release, review, retransmission, dissemination or use by anyone other than the intended recipient. Please notify the sender if this message has been misdirected and immediately destroy all originals and copies. Any disclosure of this document must be approved by the Office of the Principal Legal Advisor, U.S. Immigration & Customs Enforcement. This document is for INTERNAL GOVERNMENT USE ONLY and may be FOIA exempt under 5 U.S.C. § 552(b)(5).

**From:** (b)(6); (b)(7)(C) @ice.dhs.gov>

**Sent:** Tuesday, February 16, 2021 3:20 PM

**To:** (b)(6); (b)(7)(C) @ice.dhs.gov> (b)(6); (b)(7)(C) @ice.dhs.gov>

**Subject:** RE: Pascal Charpentier RELEASED FROM DETENTION

Hi (b)(6); (b)(7)(C) ,

Any thoughts on filing a Change of Venue? I have served the I-830 on EOIR Varick on Friday 2/12.

I pick up the DAR tomorrow from Varick. I don't really want to be doing (b)(5) work as this is her case, but defer to your thoughts.

Thanks (b)(6)

**From:** (b)(6); (b)(7)(C) @ice.dhs.gov>

**Sent:** Friday, February 12, 2021 11:40 AM

**To:** (b)(6); (b)(7)(C) @ice.dhs.gov> (b)(6); (b)(7)(C) @ice.dhs.gov>

**Subject:** RE: Pascal Charpentier RELEASED FROM DETENTION

Wow.

Thanks for letting us know (b)(6); (b)(7)(

Sent with BlackBerry Work
(www.blackberry.com)

---

**From:** (b)(6); (b)(7)(C) @ice.dhs.gov>
**Date:** Friday, Feb 12, 2021, 9:23 AM
**To:** (b)(6); (b)(7)(C) @ice.dhs.gov>, (b)(6); (b)(7)(C) @ice.dhs.gov>
**Subject:** FW: Pascal Charpentier RELEASED FROM DETENTION

Hi (b)(6); (b)(7)(C)

I just learned that ERO released Charpentier today.  Reading the injunction in Fraihat v. ICE.

Thanks (b)(6); (b)(7)(C)

---

**From:** (b)(6); (b)(7)(C) @ice.dhs.gov>
**Sent:** Friday, February 12, 2021 8:53 AM
**To:** (b)(6); (b)(7)(C) @ice.dhs.gov>
**Subject:** RE: Pascal Charpentier next hearing detained reset to Feb. 9, 2021

Good Morning,

Wanted to inform you that pursuant to the nationwide preliminary injunction issued by the
U.S. District Court for the Central District of California in Fraihat v. ICE, this case was
identified as having one of the court-identified risk factors. ERO New York conducted a
custody review and determined that the subject will be released on ATD with reporting.

He was released today.


Respectfully,
(b)(6); (b)(7)(C)

Deportation Officer
New York Field Office
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
Cell: (646) 584-(b)(6);

---

**From:** (b)(6); (b)(7)(C) @ice.dhs.gov>
**Sent:** Monday, February 8, 2021 3:24 PM
**To** (b)(6); (b)(7)(C) @ice.dhs.gov>
**Subject:** RE: Pascal Charpentier next hearing detained reset to Feb. 9, 2021

Good afternoon DO (b)(6); (b)(7)(C)

**To:** [(b)(6); (b)(7)(C)] @ice.dhs.gov> [(b)(6); (b)(7)(C)] @ice.dhs.gov>

**Subject:** RE: Pascal Charpentier RELEASED FROM DETENTION

I reached out to [(b)(6);] to see if she had any advice about how to keep it on Conroy's docket. I may ask [(b)(5)] as well since he has the most experience with these Varick IJs at this point. Will let you know what, if anything, they suggest.

[(b)(6); (b)(7)(C)]

Deputy Chief Counsel

Office of the Principal Legal Advisor, New York City

U.S. Immigration and Customs Enforcement

U.S. Department of Homeland Security

[(b)(6); (b)(7)(C)] @ice.dhs.gov

202-494-[(b)(6); (b)(7)] (cell)

*** WARNING *** ATTORNEY/CLIENT PRIVILEGE *** ATTORNEY WORK PRODUCT ***

This communication and any attachments may contain confidential and/or sensitive attorney/client privileged information or attorney work product and/or law enforcement sensitive information and is not for release, review, retransmission, dissemination or use by anyone other than the intended recipient. Please notify the sender if this message has been misdirected and immediately destroy all originals and copies. Any disclosure of this document must be approved by the Office of the Principal Legal Advisor, U.S. Immigration & Customs Enforcement. This document is for INTERNAL GOVERNMENT USE ONLY and may be FOIA exempt under 5 U.S.C. § 552(b)(5).

---

**From:** [(b)(6); (b)(7)(C)] @ice.dhs.gov>

**Sent:** Wednesday, February 17, 2021 6:53 AM

**To:** [(b)(6); (b)(7)(C)] @ice.dhs.gov> [(b)(6); (b)(7)(C)] @ice.dhs.gov>

**Subject:** RE: Pascal Charpentier RELEASED FROM DETENTION

[(b)(5)]

[(b)(6); (b)(7)(C)]

[(b)(6); (b)(7)(C)]

**From:** [(b)(6); (b)(7)(C)] [@ice.dhs.gov](mailto:@ice.dhs.gov)>
**Sent:** Tuesday, February 16, 2021 3:20 PM
**To:** [(b)(6); (b)(7)(C)] [@ice.dhs.gov](mailto:@ice.dhs.gov)> [(b)(6); (b)(7)(C)] [@ice.dhs.gov](mailto:@ice.dhs.gov)>
**Subject:** RE: Pascal Charpentier RELEASED FROM DETENTION

Hi [(b)(6); (b)(7)(C)],

Any thoughts on filing a Change of Venue? I have served the I-830 on EOIR Varick on Friday 2/12.

I pick up the DAR tomorrow from Varick. I don't really want to be doing [(b)(5)] work as this is her case, but defer to your thoughts.

Thanks, [(b)(6)]

**From:** [(b)(6); (b)(7)(C)] [@ice.dhs.gov](mailto:@ice.dhs.gov)>
**Sent:** Friday, February 12, 2021 11:40 AM
**To:** [(b)(6); (b)(7)(C)] [@ice.dhs.gov](mailto:@ice.dhs.gov)> [(b)(6); (b)(7)(C)] [@ice.dhs.gov](mailto:@ice.dhs.gov)>
**Subject:** RE: Pascal Charpentier RELEASED FROM DETENTION

Wow.
Thanks for letting us know. [(b)(6); (b)(7)(C)]

Sent with BlackBerry Work
([www.blackberry.com](http://www.blackberry.com))

**From:** [(b)(6); (b)(7)(C)] [@ice.dhs.gov](mailto:@ice.dhs.gov)>
**Date:** Friday, Feb 12, 2021, 9:23 AM
**To:** [(b)(6); (b)(7)(C)] [@ice.dhs.gov](mailto:@ice.dhs.gov)> [(b)(6); (b)(7)(C)] [@ice.dhs.gov](mailto:@ice.dhs.gov)>
**Subject:** FW: Pascal Charpentier RELEASED FROM DETENTION

Hi [(b)(6); (b)(7)(C)]

I just learned that ERO released Charpentier today. Reading the injunction in Fraihat v. ICE.

Thanks, [(b)(6); (b)(7)(C)]

**From** [(b)(6); (b)(7)(C)] [@ice.dhs.gov](mailto:@ice.dhs.gov)>
**Sent:** Friday, February 12, 2021 8:53 AM
**To** [(b)(6); (b)(7)(C)] [@ice.dhs.gov](mailto:@ice.dhs.gov)>
**Subject:** RE: Pascal Charpentier next hearing detained reset to Feb. 9, 2021

| From: | [(b)(6); (b)(7)(C)] |
|-------|---------------------|
| To: | |
| Subject: | RE: Pascal Charpentier RELEASED FROM DETENTION |
| Date: | Wednesday, February 17, 2021 9:49:08 AM |

I reached out to [(b)(5)] to see if she had any advice about how to keep it on Conroy's docket. I may ask [(b)(6); (b)(7)(C)] as well since he has the most experience with these Varick IJs at this point. Will let you know what, if anything, they suggest.


[(b)(6); (b)(7)(C)]

Deputy Chief Counsel

Office of the Principal Legal Advisor, New York City

U.S. Immigration and Customs Enforcement

U.S. Department of Homeland Security

[(b)(6); (b)(7)(C)]@ice.dhs.gov

202-494-[(b)(6); (b)(7)(C)](cell)

*** WARNING *** ATTORNEY/CLIENT PRIVILEGE *** ATTORNEY WORK PRODUCT ***

This communication and any attachments may contain confidential and/or sensitive attorney/client privileged information or attorney work product and/or law enforcement sensitive information and is not for release, review, retransmission, dissemination or use by anyone other than the intended recipient. Please notify the sender if this message has been misdirected and immediately destroy all originals and copies. Any disclosure of this document must be approved by the Office of the Principal Legal Advisor, U.S. Immigration & Customs Enforcement. This document is for INTERNAL GOVERNMENT USE ONLY and may be FOIA exempt under 5 U.S.C. § 552(b)(5).


---

**From:** [(b)(6); (b)(7)(C)]@ice.dhs.gov>

**Sent:** Wednesday, February 17, 2021 6:53 AM

**To:** [(b)(6); (b)(7)(C)]@ice.dhs.gov> [(b)(6); (b)(7)(C)]@ice.dhs.gov>

**Subject:** RE: Pascal Charpentier RELEASED FROM DETENTION

[(b)(5)]

[(b)(6); (b)(7)(C)]

(b)(6); (b)(7)(C)

Senior Attorney
26 Federal Plaza, 11th Floor
New York, New York 10278
(212)264 (b)(6),
(b)(6); (b)(7)(C) @ice.dhs.gov

**\*\*\* Warning \*\*\* Attorney/Client Privilege \*\*\* Attorney Work Product \*\*\***
This communication and any attachments may contain confidential and/or sensitive attorney/client
privileged information or attorney work product and/or law enforcement sensitive information.  It is not for
release, review, retransmission, dissemination, or use by anyone other than the intended recipient.
Please notify the sender if this email has been misdirected and immediately destroy all originals and
copies.  Furthermore do not print, copy, re-transmit, disseminate, or otherwise use this information.  Any
disclosure of this communication or its attachments must be approved by the Office of the Principal Legal
Advisor, U.S. Immigration and Customs Enforcement.  This document is for INTERNAL GOVERNMENT
USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 USC §§ 552(b)
(5), (b)(7).

**From:** (b)(6); (b)(7)(C)                    @ice.dhs.gov>
**Sent:** Tuesday, February 16, 2021 8:05 PM
**To:** (b)(6); (b)(7)(C)                    @ice.dhs.gov> (b)(6); (b)(7)(C)                    @ice.dhs.gov>
**Subject:** RE: Pascal Charpentier RELEASED FROM DETENTION

Hi (b)(6), (b)(7)(C)

(b)(5)

(b)(6); (b)(7)(C)

Deputy Chief Counsel
Office of the Principal Legal Advisor, New York City
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security
(b)(6); (b)(7)(C)          @ice.dhs.gov
202-494- (b)(6), (b)(7)(C) (cell)

\*\*\* WARNING \*\*\* ATTORNEY/CLIENT PRIVILEGE \*\*\* ATTORNEY WORK PRODUCT \*\*\*
This communication and any attachments may contain confidential and/or sensitive attorney/client privileged
information or attorney work product and/or law enforcement sensitive information and is not for release, review,
retransmission, dissemination or use by anyone other than the intended recipient. Please notify the sender if this
message has been misdirected and immediately destroy all originals and copies. Any disclosure of this document
must be approved by the Office of the Principal Legal Advisor, U.S. Immigration & Customs Enforcement. This

document is for INTERNAL GOVERNMENT USE ONLY and may be FOIA exempt under 5 U.S.C. § 552(b)(5).

**From:** (b)(6); (b)(7)(C)                    @ice.dhs.gov>
**Sent:** Tuesday, February 16, 2021 3:20 PM
**To:** (b)(6); (b)(7)(C)              @ice.dhs.gov>; (b)(6); (b)(7)(C)              @ice.dhs.gov>
**Subject:** RE: Pascal Charpentier RELEASED FROM DETENTION

Hi (b)(6); (b)(7)(C)

Any thoughts on filing a Change of Venue?  I have served the I-830 on EOIR Varick on Friday 2/12.

I pick up the DAR tomorrow from Varick.  I don't really want to be doing Goldberg's work as this is her case, but defer to your thoughts.

Thanks, (b)(6); (b)(7)

**From:** (b)(6); (b)(7)(C)                    @ice.dhs.gov>
**Sent:** Friday, February 12, 2021 11:40 AM
**To:** (b)(6); (b)(7)(C)              @ice.dhs.gov>; (b)(6); (b)(7)(C)              @ice.dhs.gov>
**Subject:** RE: Pascal Charpentier RELEASED FROM DETENTION

Wow.
Thanks for letting us know, (b)(6); (b)(7)

Sent with BlackBerry Work
(www.blackberry.com)

**From:** (b)(6); (b)(7)(C)              @ice.dhs.gov>
**Date:** Friday, Feb 12, 2021, 9:23 AM
**To:** (b)(6); (b)(7)(C)              @ice.dhs.gov>, (b)(6); (b)(7)(C)              @ice.dhs.gov>
**Subject:** FW: Pascal Charpentier RELEASED FROM DETENTION

Hi (b)(6); (b)(7)(C)

I just learned that ERO released Charpentier today.  Reading the injunction in Fraihat v. ICE.

Thanks, (b)(6); (b)(7)(C)

**From:** (b)(6); (b)(7)(C)              @ice.dhs.gov>
**Sent:** Friday, February 12, 2021 8:53 AM
**To:** (b)(6); (b)(7)(C)              @ice.dhs.gov>

**Importance:** High

Hi Officer [(b)(6); (b)(7)(C)]

[(b)(5)]

Thanks,

[(b)(6); (b)(7)(C)]

---

**From:** [(b)(6); (b)(7)(C)] @ice.dhs.gov>
**Sent:** Thursday, September 17, 2020 9:20 AM
**To:** [(b)(6); (b)(7)(C)] @ice.dhs.gov>
**Subject:** RE: Possible USC Claim on Pascal Charpentier next hearing Sept 17

Just couldn't get through to the court

---

**From:** [(b)(6); (b)(7)(C)] @ice.dhs.gov>
**Sent:** Thursday, September 17, 2020 9:17 AM
**To:** [(b)(6); (b)(7)(C)] @ice.dhs.gov>
**Subject:** RE: Possible USC Claim on Pascal Charpentier next hearing Sept 17

Thank you for trying.

Was it due to the conviction records being so old from the 90's?

Sent with BlackBerry Work
([www.blackberry.com](www.blackberry.com))

---

**From:** [(b)(6); (b)(7)(C)] @ice.dhs.gov>
**Date:** Thursday, Sep 17, 2020, 9:15 AM
**To:** [(b)(6); (b)(7)(C)] @ice.dhs.gov>
**Subject:** RE: Possible USC Claim on Pascal Charpentier next hearing Sept 17

All effort prove negative

**From:** (b)(6); (b)(7)(C) @ice.dhs.gov>
**Sent:** Thursday, December 3, 2020 1:29 PM
**To:** (b)(6); (b)(7)(C) @usa.doj.gov>
**Cc:** (b)(6); (b)(7)(C) @ice.dhs.gov>; (b)(6); (b)(7)(C) (b)(6); (b)(7)(C) @ice.dhs.gov>; (b)(6); (b)(7)(C) @ice.dhs.gov>
**Subject:** Pascal Charpentier hearing today A020 578 103
**Importance:** High

(b)(5)

Thank you,

(b)(6); (b)(7)(C); (b)(5)

Thanks

(b)(6),
(b)(7)(C)

(b)(5)

Thank you.

(b)(6);
(b)(7)(C)

(b)(6); (b)(7)(C)

Chief Counsel
OPLA New York City
U.S. Immigration and Customs Enforcement
26 Federal Plaza (b)(6); (b)(7)(C)
New York, NY 10278
(212) 264 (b)(6); or via SECTOR
(b)(7)(C)

*"With honor and integrity, we will safeguard the American people, our homeland, and our values."*

**\*\*\* Warning \*\*\* Attorney/Client Privilege \*\*\* Attorney Work Product \*\*\***
This communication and any attachments may contain confidential and/or sensitive attorney/client privileged information or attorney work product and/or law enforcement sensitive information. It is not for release, review, retransmission, dissemination, or use by anyone other than the intended recipient. Please notify the sender if this email has been misdirected and immediately destroy all originals and copies. Furthermore do not print, copy, re-transmit, disseminate, or otherwise use this information. Any disclosure of this communication or its attachments must be approved by the Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement. This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 USC §§ 552(b)(5), (b)(7).





This communication and any attachments may contain confidential and/or sensitive attorney/client privileged information or attorney work product and/or law enforcement sensitive information and is not for release, review, retransmission, dissemination or use by anyone other than the intended recipient. Please notify the sender if this message has been misdirected and immediately destroy all originals and copies. Any disclosure of this document must be approved by the Office of the Principal Legal Advisor, U.S. Immigration & Customs Enforcement. This document is for INTERNAL GOVERNMENT USE ONLY and may be FOIA exempt under 5 U.S.C. § 552(b)(5).

**From** (b)(6); (b)(7)(C) @ice.dhs.gov>
**Sent:** Wednesday, September 16, 2020 5:25 PM
**To** (b)(6); (b)(7)(C) @ice.dhs.gov> (b)(6); (b)(7)(C) @ice.dhs.gov>
**Cc** (b)(6); (b)(7)(C) @ice.dhs.gov>
**Subject:** Pending civil suit in SDNY regarding Pascal Charpentier A020 578 103 case 1:20-cv-07510 and game plan for merits 9/17/20 at 1pm

H (b)(6); (b)(7)(C)

(b)(5)

(b)(6); (b)(7)(C)

Goldberg & Associates
5586 Broadway, Third Floor
Bronx, NY 10463
Tel: (718) 432 (b)(6); (b)(7)(C)
Email: (b)(6); (b)(7)(C) mmigration.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Pascal Charpentier; (b)(6); (b)(7)(C) <br> (b)(6); (b)(7)(C) <br><br> *Plaintiffs,* <br><br> v. <br><br> Department Of Homeland Security; Department Of State; Immigration And Customs Enforcement; United States Citizenship And Immigration Services; United States Department Of State; National Archives And Records Administration; National Personnel Records Center, <br><br> *Defendants.* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Case No: 1:20-cv-7510

**COMPLAINT FOR
INJUNCTIVE AND
DECLARATORY RELIEF**

## PRELIMINARY STATEMENT

1. This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 et seq. seeking injunctive, declaratory and other appropriate relief, as well as seeking the release of agency records requested possessed by each of the Defendant agencies.

2. Plaintiffs are two United States Citizen parents -- (b)(6); (b)(7)(C)

(b)(6); (b)(7)(C) and (b)(6); (b)(7)(C) and their Legal

(b)(6); (b)(7)(C)

(b)(6); (b)(7)(C)

2023-ICLI-00003 1012

(b)(6); (b)(7)(C)

(b)(6);(b)(7)(C)

2023-ICLI-00003-1014

(b)(6); (b)(7)(C)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5); (b)(6); (b)(7)(C)

(b)(5)

(b)(6); (b)(7)(C); (b)(5)

(b)(5)

(b)(6), (b)(7)(C), (b)(5)

(b)(5)

(b)(6); (b)(7)(C); (b)(5)

(b)(5)

(6); (b)(7)(C); (b)(5)

2023-ICLI-00003 1059

(b)(5)

2023-ICLI-00003 1060

(b)(5)

(b)(5)

(b)(5)

(b)(6); (b)(7)(C); (b)(5)

(b)(5)

(b)(6); (b)(7)(C); (b)(5)

(b)(6); (b)(7)(C); (b)(5)

(b)(5)

(b)(5)

| | |
|---|---|
| **From:** | (b)(6); (b)(7)(C) |
| **To:** | |
| **Subject:** | 8103 DHS oppose TWOP for SA review 8.28.20 |
| **Date:** | Monday, August 31, 2020 12:24:22 PM |
| **Attachments:** | 8103 DHS oppose TWOP for SA review 8.28.20.docx |

(b)(6); (b)(7)(C)

**From:** [(b)(6); (b)(7)(C)] @ice.dhs.gov>
**Sent:** Monday, August 17, 2020 2:47 PM
**To** [(b)(6); (b)(7)(C)] @ice.dhs.g

2023-ICLI-00003 1088

**From:** (b)(6); (b)(7)(C)
**To:**
**Subject:** FW: Acquisition & Derivation question Pascal Charpentier A020578103
**Date:** Thursday, August 27, 2020 10:32:00 AM

Good morning,

This is the assessment from USCIS.  LMK your thoughts.

I'm still working on this opposition brief and hope to have something to you today…. It is so tedious.

**From:** (b)(6); (b)(7)(C) @uscis.dhs.gov>
**Sent:** Thursday, August 27, 2020 10:24 AM
**To:** (b)(6); (b)(7)(C) ice.dhs.gov>
**Cc:** (b)(6); (b)(7)(C) ice.dhs.gov>
**Subject:** RE: Acquisition & Derivation question Pascal Charpentier A020578103

Good Morning All,

(b)(5); (b)(6); (b)(7)(C)

(b)(6); (b)(7)(C); (b)(5)

I hope this is helpful. Please let me know if I can be of any more assistance.

Regards,

(b)(6); (b)(7)(C)    Supervisory Immigration Services Officer | DHS/USCIS/BNY | ☎ 646-682-(b)(6), (b)(7)... | C: 917-328-(b)(6), ...
✉ (b)(6); (b)(7)(C)  @uscis.dhs.gov

**From:** (b)(6); (b)(7)(C)  ice.dhs.gov>
**Sent:** Wednesday, August 26, 2020 1:23 PM
**To:** (b)(6); (b)(7)(C)  @uscis.dhs.gov>
**Cc:** (b)(6); (b)(7)(C)  @ice.dhs.gov>
**Subject:** Acquisition & Derivation question Pascal Charpentier A020578103

(b)(6); (b)(7)(C); (b)(5)

Thanks so much!

(b)(6); (b)(7)(C)

Assistant Chief Counsel
OPLA New York City
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security
26 Federal Plaza, (b)(6); (b)(7)(C)
New York, NY 10278
(b)(6); (b)(7)(C)  @ice.dhs.gov

*** Warning *** Attorney/Client Privilege *** Attorney Work Product ***

(b)(6); (b)(7)(C); (b)(5)

(b)(6); (b)(7)(C); (b)(5)

*this report should be furnished to the media, either in written or verbal form.*

**From:** (b)(6); (b)(7)(C)                    @ice.dhs.gov>
**Sent:** Tuesday, July 21, 2020 10:59 AM
**To:** (b)(6); (b)(7)(C)                    @ice.dhs.gov>
**Cc:** (b)(6); (b)(7)(C)                    ce.dhs.gov>
**Subject:** FW: Charpentier - #A020 578 103 - USC Claim - OPLA NYC

### ***SENSITIVE/PRIVILEGED***PRE-DECISIONAL & DELIBERATIVE***ATTORNEY WORK PRODUCT***ATTORNEY CLIENT PRIVILEGE COMMUNICATION***

Officer (b)(6); (b)(7)(C)    ,

(b)(5)

Thanks and regards,

[b)(6); (b)(7)(C)]

Associate Legal Advisor
Enforcement and Removal Operations Law Division
Office of the Principal Legal Advisor
Desk: 202-732[(b)(6); (b)(7)(C)]
iPhone 202-553[(b)(6); (b)(7)(C)]
[b)(6); (b)(7)(C)]@ice.dhs.gov

\*\*\* Warning \*\*\* Attorney/Client Privilege \*\*\* Attorney Work Product
This communication and any attachments may contain confidential and/or
sensitive attorney/client privileged information or attorney work product
and/or law enforcement sensitive information.  It is not for release, review,
retransmission, dissemination, or use by anyone other than the intended
recipient.  Please notify the sender if this email has been misdirected and
immediately destroy all originals and copies.  Furthermore do not print,
copy, re-transmit, disseminate, or otherwise use this information.  Any
disclosure of this communication or its attachments must be approved by
the Office of the Principal Legal Advisor, U.S. Immigration and Customs
Enforcement.  This document is for INTERNAL GOVERNMENT USE
ONLY and may be exempt from disclosure under the Freedom of
Information Act, 5 USC §§ 552(b)(5), (b)(7).

**From** [b)(6); (b)(7)(C)] ce.dhs.gov>
**Sent:** Tuesday, July 21, 2020 10:36 AM
**To:** OPLA USC Claims <OPLAUSC.Claims@ice.dhs.gov>; USC CLAIMS ERO
<USCCLAIMSERO@ice.dhs.gov>
**Cc** [b)(6); (b)(7)(C)] @ice.dhs.gov> [b)(6); (b)(7)(C)] [b)(6); (b)(7)(C)]
[b)(6); (b)(7)(C)] @ice.dhs.gov> [b)(6); (b)(7)(C)] @ice.dhs.gov>
[b)(6); (b)(7)(C)] @ice.dhs.gov>; [b)(6); (b)(7)(C)] ice.dhs.gov>
**Subject:** Charpentier - #A020 578 103 - USC Claim - OPLA NYC

\*\*SENSITIVE/PRIVILEGED\*\*PRE-
DECISIONAL\*\*ATTORNEY WORK PRODUCT\*\*

Attached please find a memorandum from the New York Office of the Principal Legal

(b)(5)

**\*\*SENSITIVE/PRIVILEGED\*\*PRE-DECISIONAL\*\*ATTORNEY WORK PRODUCT\*\***

(b)(6); (b)(7)(C)

Senior Attorney
26 Federal Plaza, (b)(6); (b)(7)(C)
New York, New York 10278
(212)264- (b)(6), (b)(7)(C)
(b)(6); (b)(7)(C) @ice.dhs.gov

**\*\*\* Warning \*\*\* Attorney/Client Privilege \*\*\* Attorney Work Product \*\*\***

This communication and any attachments may contain confidential and/or sensitive attorney/client privileged information or attorney work product and/or law enforcement sensitive information. It is not for release, review, retransmission, dissemination, or use by anyone other than the intended recipient. Please notify the sender if this email has been misdirected and immediately destroy all originals and copies. Furthermore do not print, copy, re-transmit, disseminate, or otherwise use this information. Any disclosure of this communication or its attachments must be approved by the Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement. This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 USC §§ 552(b)(5), (b)(7).

**From:** [(b)(6); (b)(7)(C)]
**To:**
**Cc:**
**Subject:** FW: USC claim A020578103 upcoming hearing on Aug 18, 2020 IJ Reid
**Date:** Tuesday, August 18, 2020 1:22:00 PM
**Attachments:** USC Analysis for [(b)(6); (b)(7)(C)] updated.docx

---

**From:** [(b)(6); (b)(7)(C)] @ice.dhs.gov>
**Sent:** Monday, August 17, 2020 9:26 AM
**To:** [(b)(6); (b)(7)(C)] @ice.dhs.gov> [(b)(6); (b)(7)(C)] ice.dhs.gov>; [(b)(6); (b)(7)(C)] @ice.dhs.gov>
**Subject:** RE: USC claim A020578103 upcoming hearing on Aug 18, 2020 IJ Reid

Please see attached for the analysis. It doesn't really change anything aside from the mother's admission that the grandparents were never married.

**From:** [(b)(6); (b)(7)(C)] @ice.dhs.gov>
**Sent:** Monday, August 17, 2020 9:05 AM
**To:** [(b)(6); (b)(7)(C)] @ice.dhs.gov>; [(b)(6); (b)(7)(C)] @ice.dhs.gov> [(b)(6); (b)(7)(C)] @ice.dhs.gov>
**Subject:** RE: USC claim A020578103 upcoming hearing on Aug 18, 2020 IJ Reid

Good morning [(b)(6); (b)(7)(C)]

Excellent work! I really appreciate the enormous work on your end.

For verification the case is set tomorrow (Tuesday 8/18) before IJ Reid at 930am?

[(b)(6); (b)(7)(C)]

**From:** [(b)(6); (b)(7)(C)] @ice.dhs.gov>
**Sent:** Monday, August 17, 2020 8:50 AM
**To:** [(b)(6); (b)(7)(C)] @ice.dhs.gov>; [(b)(6); (b)(7)(C)] @ice.dhs.gov>; Kim, [(b)(6); (b)(7)(C)] @ice.dhs.gov>
**Subject:** RE: USC claim A020578103 upcoming hearing on Aug 18, 2020 IJ Reid

[(b)(6); (b)(7)(C); (b)(5)]

**SENSITIVE/PRIVILEGED**PRE-DECISIONAL**ATTORNEY WORK PRODUCT**

(b)(6); (b)(7)(C); (b)(5)

**SENSITIVE/PRIVILEGED**PRE-DECISIONAL**ATTORNEY WORK PRODUCT**

(b)(6); (b)(7)(C); (b)(5)

**SENSITIVE/PRIVILEGED**PRE-DECISIONAL**ATTORNEY WORK PRODUCT**

(b)(7)(C); (b)(5); (b)(6)

**SENSITIVE/PRIVILEGED**PRE-DECISIONAL**ATTORNEY WORK PRODUCT**

(b)(6); (b)(7)(C); (b)(5)

**SENSITIVE/PRIVILEGED**PRE-DECISIONAL**ATTORNEY WORK PRODUCT**

(b)(6); (b)(7)(C); (b)(5)

**\*\*SENSITIVE/PRIVILEGED\*\*PRE-DECISIONAL\*\*ATTORNEY WORK PRODUCT\*\***

(b)(6); (b)(7)(C); (b)(5)

**SENSITIVE/PRIVILEGED**PRE-DECISIONAL**ATTORNEY WORK PRODUCT**

(b)(6); (b)(7)(C); (b)(5)

2007 without ever having naturalized. We have a naturalization certificate number for the maternal grandfather but haven't been able to track down an A# anywhere.

Please let me know if I can help further.

**From:** [(b)(6); (b)(7)(C)]
**Sent:** Monday, August 17, 2020 8:44 AM
**To:** [(b)(6); (b)(7)(C)] @ice.dhs.gov> [(b)(6); (b)(7)(C)] @ice.dhs.gov> [(b)(6); (b)(7)(C)]
[(b)(6); (b)(7)(C)] @ice.dhs.gov>
**Subject:** RE: USC claim A020578103 upcoming hearing on Aug 18, 2020 IJ Reid

I immediately requested that he send us the exhibits but have not received a response. Please see attached for my analysis of what we have on the maternal grandfather. I have sent along a request for use authority to DOS for the

**From:** [(b)(6); (b)(7)(C)] @ice.dhs.gov>
**Sent:** Monday, August 17, 2020 8:17 AM
**To:** [(b)(6); (b)(7)(C)] @ice.dhs.gov> [(b)(6); (b)(7)(C)] @ice.dhs.gov>
**Cc:** [(b)(6); (b)(7)(C)] @ice.dhs.gov>
**Subject:** RE: USC claim A020578103 upcoming hearing on Aug 18, 2020 IJ Reid

Hi [(b)(6); (b)(7)(C)]

[(b)(6); (b)(7)(C)] did a great job digging deep into this. I'll let them fill you in on the substantive info, but operationally, USCIS has weighed in on Friday and [(b)(6); (b)(7)(C)] elevated the new info to [(b)(6); (b)(7)(C)] [(b)(6); (b)(7)(C)] o see if his prior concurrence has changed.

Thanks
[(b)(6); (b)(7)(C)]

Sent with BlackBerry Work
([www.blackberry.com](www.blackberry.com))

**From:** [(b)(6); (b)(7)(C)] @ice.dhs.gov>
**Date:** Monday, Aug 17, 2020, 7:39 AM
**To:** [(b)(6); (b)(7)(C)] @ice.dhs.gov>
**Cc:** [(b)(6); (b)(7)(C)] @ice.dhs.gov>, [(b)(6); (b)(7)(C)] @ice.dhs.gov>
**Subject:** RE: USC claim A020578103 upcoming hearing on Aug 18, 2020 IJ Reid

Hi,

Do we have more information about the maternal grandfather? How did he become a citizen and when?

Thanks,
[(b)(6); (b)(7)(C)]

**From:** (b)(6); (b)(7)(C)
**To:**
**Cc:**
**Subject:** RE: Passport Application Use Authorization
**Date:** Monday, August 17, 2020 2:44:03 PM
**Attachments:** USC Analysis for Marlene Charpentier updated.docx
image001.png

(b)(6); (b)(7)(C); (b)(5)

---

**From:** (b)(6); (b)(7)(C) @ice.dhs.gov>
**Sent:** Monday, August 17, 2020 2:21 PM
**To:** (b)(6); (b)(7)(C) @ice.dhs.gov>
**Subject:** RE: Passport Application Use Authorization

(b)(6);
(b)(7)(C)
(b)(6); (b)(7)(C); (b)(5)

---

**From:** (b)(6); (b)(7)(C) @ice.dhs.gov>
**Sent:** Monday, August 17, 2020 2:18 PM
**To** (b)(6); (b)(7)(C) e.dhs.gov>
**C** (b)(6); (b)(7)(C) @ice.dhs.gov (b)(6); (b)(7)(C) @ice.dhs.gov>
**Subject:** FW: Passport Application Use Authorization

Had to re-submit the DOS records request.

---

**From** (b)(6); (b)(7)(C)
**Sent:** Monday, August 17, 2020 2:17 PM
**To** (b)(6); (b)(7)(C) @state.gov>; AUSAPassportRequest
<AUSAPassportRequest@state.gov>
**Subject:** RE: Passport Application Use Authorization

Hello (b)(6); (b)(7)(C)

Thank you for getting back to me so quickly. Please see attached for the request on office letterhead. I hope this meets with your requirements.

**SENSITIVE/PRIVILEGED**PRE-DECISIONAL**ATTORNEY WORK PRODUCT**

(b)(6); (b)(7)(C); (b)(5)

**\*\*SENSITIVE/PRIVILEGED\*\*PRE-DECISIONAL\*\*ATTORNEY WORK PRODUCT\*\***

(b)(6); (b)(7)(C); (b)(5)

**SENSITIVE/PRIVILEGED**PRE-DECISIONAL**ATTORNEY WORK PRODUCT**

(b)(6); (b)(7)(C); (b)(5)

**\*\*SENSITIVE/PRIVILEGED\*\*PRE-DECISIONAL\*\*ATTORNEY WORK PRODUCT\*\***



*Office of the Chief Counsel*
**U.S. Department of Homeland Security**
26 Federal Plaza, Rm. 1130
New York, NY 10278

November 4, 2020

MEMORANDUM FOR:    Director of Field Operations, OPLA
                            Assistant Director for Field Operations, ERO

FROM:            (b)(6); (b)(7)(C) Assistant Chief Counsel
                        Office of the Principal Legal Advisor, New York City

THROUGH:       (b)(6); (b)(7)(C) Senior Attorney
                        Office of the Principal Legal Advisor, New York City

                      (b)(6); (b)(7)(C) Assistant Field Office Director
                        Enforcement and Removal Operations, New York City

SUBJECT:         Updated Claim to United States Citizenship
                        Pascal Charpentier, a/k/a Pascual Carpenter
                        A020-578-103

**STATEMENT OF THE CASE**

(b)(5)

**\*\*SENSITIVE/PRIVILEGED\*\*PRE-DECISIONAL\*\*ATTORNEY WORK PRODUCT\*\***

**SENSITIVE/PRIVILEGED**PRE-DECISIONAL**ATTORNEY WORK PRODUCT**

<u>FACTS</u>

(b)(6); (b)(7)(C); (b)(5)

**SENSITIVE/PRIVILEGED**PRE-DECISIONAL**ATTORNEY WORK PRODUCT**

(b)(6); (b)(7)(C); (b)(5)

**SENSITIVE/PRIVILEGED**PRE-DECISIONAL**ATTORNEY WORK PRODUCT**

**SENSITIVE/PRIVILEGED**PRE-DECISIONAL**ATTORNEY WORK PRODUCT**

(b)(6); (b)(7)(C); (b)(5)

4

**SENSITIVE/PRIVILEGED**PRE-DECISIONAL**ATTORNEY WORK PRODUCT**

**SENSITIVE/PRIVILEGED**PRE-DECISIONAL**ATTORNEY WORK PRODUCT**

(b)(6); (b)(7)(C); (b)(5)

**SENSITIVE/PRIVILEGED**PRE-DECISIONAL**ATTORNEY WORK PRODUCT**

**SENSITIVE/PRIVILEGED**PRE-DECISIONAL**ATTORNEY WORK PRODUCT**

(b)(6); (b)(7)(C); (b)(5)

6

**SENSITIVE/PRIVILEGED**PRE-DECISIONAL**ATTORNEY WORK PRODUCT**

**SENSITIVE/PRIVILEGED**PRE-DECISIONAL**ATTORNEY WORK PRODUCT**

(b)(6); (b)(7)(C); (b)(5)

**SENSITIVE/PRIVILEGED**PRE-DECISIONAL**ATTORNEY WORK PRODUCT**

**SENSITIVE/PRIVILEGED**PRE-DECISIONAL**ATTORNEY WORK PRODUCT**

(b)(6); (b)(7)(C); (b)(5)

8

**SENSITIVE/PRIVILEGED**PRE-DECISIONAL**ATTORNEY WORK PRODUCT**

**SENSITIVE/PRIVILEGED**PRE-DECISIONAL**ATTORNEY WORK PRODUCT**

(b)(6), (b)(7)(C), (b)(5)

**SENSITIVE/PRIVILEGED**PRE-DECISIONAL**ATTORNEY WORK PRODUCT**

**SENSITIVE/PRIVILEGED**PRE-DECISIONAL**ATTORNEY WORK PRODUCT**

(b)(5)

**SENSITIVE/PRIVILEGED**PRE-DECISIONAL**ATTORNEY WORK PRODUCT**