Claimant was born in Hanoi, Vietnam on March 29, 1977.

Parents' Names, Dates and Places of Birth and Death, Citizenship and Immigration Status

Claimant's mother is (b)(6); (b)(7)(C) She was born in Vietnam in (b)(6) After reviewing the evidence, it appears that she has remained in Vietnam and has never sought U.S. citizenship.

The claimant's father is (b)(6); (b)(7)(C) born (b)(6); (b)(7)(C) He was born in Vietnam (b)(6); (b)(7)(C) He was naturalized (b)(6); (b)(7)(C), eleven years after entering the United States as a refugee with his son, the Claimant.

Parents' Marital Status

Claimant was born in wedlock, however soon after, (b)(6); (b)(7)(C) Claimant's mother, filed for dissolution of marriage. The petition was accepted July 4, 1980 and took effect August 20, 1980. At that time, Claimant and his father had not yet left to the United States.

It is unclear if either of Claimant's parents have remarried since dissolution of marriage. The father's certificate of naturalization from (b)(6); (b)(7)(C) indicates that his marital status was married at that time.

The Claimant's Immigration History

Claimant entered the United States on November 4, 1980 from Vietnam, as a child of an alien who entered as a refugee (RE8). Claimant's status was adjusted to a lawful permanent resident on April 23, 1982.

Claimant's Criminal History

On April 24, 1998, Claimant was convicted in the Superior Court of California of Attempted Extortion. For that offense, the claimant was sentenced to confinement for a period of 1 year 4 months in the County of Los Angeles.

Recent June 7, 2022 release from Federal Bureau of Prisons indicates Claimant has further criminal history.

LEGAL ANALYSIS

In evaluating a claim to citizenship made by a detained individual, ICE officers and agents are to evaluate the claims made by the claimant and any evidence presented by the claimant or discovered through reasonable investigative measures. *See* ICE Directive 16001.2, "Investigating the Potential U.S. Citizenship of Individuals Encountered by ICE," dated November 10, 2015. "In any case in which there is uncertainty about whether the evidence is probative of U.S. citizenship, ICE should not detain, arrest, or lodge an immigration detainer against the individual and should cancel any immigration detainer already lodged by ICE." *Id*. at Section 5.1(4)(b).

THE PEOPLE'S COURT
HA NOI CITY
Case No. 63
Year: 1980

SOCIALIST REPUBLIC OF VIETNAM
Independence – Liberty - Happiness

# ABSTRACT OF THE CIVIL JUDGMENT

Preliminary Judgment No. 54/LHST dated August 20th, 1980 of the People's Court on the marriage dissolution between:

One party: (b)(6); (b)(7)(C)
occupation: Electroplater
residing at (b)(6); (b)(7)(C)    Hoan Kiem District, Hanoi
The other party: (b)(6); (b)(7)(C)
occupation: Electroplater
residing at (b)(6); (b)(7)(C)

## JUDGMENT:

As to the formality:  The petition for marriage dissolution of (b)(6); (b)(7)(C) was accepted on July 4th, 1980

As to the content:  In accordance with the petition for marriage dissolution and the situation of both parties, the preliminary judgment is entered.
-   The marriage of (b)(6); and (b)(6); (b)(7)(C) is dissolved.
-   Property (none)
-   Child – Hoang Manh Toan, born on March 29, 1977, who left with father – missing.
-   Court cost of 20$ to be paid by (b)(6); (b)(7)(C)
-   Public hearing with enforceable effect.

People's Juror
(or judge)
signed
(b)(6);

Judge
signed
(b)(6);

Court hearing Presider
signed
(b)(6); (b)(7)(C)

Abstracted from the judgment
At Ha Noi, on August 20th, 1980
The People's Court
(signed/sealed)
(b)(6); (b)(7)(C)
Judge

DECLARATION OF THE TRANSLATOR: I the undersigned, say: I am a court interpreter/translator, certified by the State of California. I am familiar with the English and Vietnamese languages. I have translated the above Abstract of the Civil Judgment from Vietnamese into English. The foregoing is a a true and correct translation of said document.

Executed on February 18th, 1999 at Los Angeles, California.

(b)(6);

# Coalition of Organizations Lead Online Rally for Pascal Shakoure Charpentier, a U.S. Citizen Who Had Been Held in ICE Detection Since July

ICE wants to deport Pascal Shakoure Charpentier and the Online Press Conference will share why this order of deportation should not continue

---

NEWS PROVIDED BY
**New Sanctuary Coalition →**
Nov 18, 2020, 03:11 ET

---

NEW YORK, Nov. 18, 2020 /PRNewswire/ -- A coalition of organizations have called for an **on-line rally and press conference** 12:30 to 1:30 p.m. EST, Wednesday, November 18th to support the release of Pascal Shakoure Charpentier who was arrested on July 6th, 2020, and is still being held by Immigration and Customs Enforcement (ICE), despite being a U.S. citizen, born on a U.S. military base during the Vietnam War.

WHAT: On-Line Rally and Press Conference
WHEN: Wednesday, November 18, 12:30 p.m. EST
WHERE: **LIVE ON FACEBOOK**



WHO: New Sanctuary Coalition, MPower Change, BAJI-Black Alliance for Just Immigration, CAIR-Council on American-Islamic Relations, Freedom To Thrive, African Communities Together, and Family & Friends of Pascal Shakoure Charpentier, as well as Shakoure, himself.

From MPower Change, "Shakoure's case illustrates the compounding effects of anti-Blackness, Islamophobia, and xenophobia in our carceral system."

More than **2,500 people have signed a petition** urging the Governor's office to grant clemency which would erase the 30-year-old crime that triggered his arrest. Hundreds have called his office and have sent email messages to the Executive Clemency Board in support.

President Trump's 2017 Executive Order called Enhancing Public Safety expanded the priority list of people subject to deportation to include anyone who has "committed acts that constitute a chargeable criminal offense." Trump's extremely broad Executive Order has meant that 74% of the people arrested by ICE's Enforcement and Removal Operations had criminal convictions, a vast expansion from previous years.

According to a study done by NYU Law's Immigrant Rights Clinic and BAJI Black Alliance for Just Immigration, "The government's increasing focus on immigrants with criminal records disproportionately impacts Black immigrants, who are more likely to be identified through interactions with local law enforcement, because of rampant racial profiling."

The words of Pascal Shakoure Charpentier;
"How quickly our systems can fail us. The law can undo so much that a family has built over decades, no matter how much a person can have accomplished, and crumble right before their eyes because there's a box that wasn't checked off somewhere in the paperwork or documents that's supposed to represent your citizenship."

"We want ICE to know that we are watching and we won't allow them to detain Shakoure, (or anyone) in dangerous, punitive conditions in the Bergen County Jail when COVID-19 runs rampant in jails, prisons, and detention facilities across the country," said attorney Julie Goldberg, representing Charpentier.

Shakoure should not be required to fight to reunite with his family from a cage. Please follow our FB Page,
**www.Facebook.com/FreePascalShakoureCharpentier** for all updates.

This press release was issued through 24-7PressRelease.com. For further information, visit http://www.24-7pressrelease.com

SOURCE New Sanctuary Coalition

| From: | (b)(6); (b)(7)(C) |
|---|---|
| To: | |
| Subject: | FW: Translation request status French Birth Cert |
| Date: | 25 August 2020 15:17:26 |
| Attachments: | (b)(6); certificate of translation.pdf |
| | (b)(7)(C) translation.pdf |
| Importance: | High |

Hi (b)(6); (b)(7)(C)

Hot off the presses. I saved it in Planet.

(b)(5)

Thanks, (b)(6); (b)(7)(C)

**From:** (b)(6); (b)(7)(C) @uscis.dhs.gov>
**Sent:** Tuesday, August 25, 2020 3:12 PM
**To:** (b)(6); (b)(7)(C) @ice.dhs.gov>
**Cc:** (b)(6); (b)(7)(C) @uscis.dhs.gov>
**Subject:** RE: Translation request status
**Importance:** High

Good afternoon,

Your completed French > English translation related to (b)(6); (b)(7)(C) is attached to this email along with the respective certification.

Please let me know if you have any questions regarding the translation.

Thank you,
(b)(6); (b)(7)(C)

(b)(6); (b)(7)(C)
Supervisory Language Specialist | Language Services Section
USCIS | EXA | Office of Citizenship and Applicant Information Services
New York, New York
Office: 833-801-(b)(6); (b)(7)(C) | Fax: 212-264-2622

**From:** (b)(6); (b)(7)(C) @ice.dhs.gov>
**Sent:** Friday, August 21, 2020 3:17 PM
**To:** (b)(6); (b)(7)(C) uscis.dhs.gov>
**Subject:** RE: Translation request status

Thank you for the update (b)(6); (b)(7)(C)

Sent with BlackBerry Work



## U.S. Citizenship and Immigration Services
## Language Services Section

26 Federal Plaza, (b)(6); (b)(6):
New York, NY 10278
Tel: (833) 801-(b)(6):
Fax: (212) 264-2622

---

## CERTIFICATE OF TRANSLATION

---

I (b)(6); (b)(7)(C) (b)(6): , am competent to translate from French into English, and certify that the ☒ full / ☐ summary translation of the attached document is true and accurate to the best of my abilities.

Translation Number (b)(6); (b)(7)(C)

A Number (b)(6); (b)(7)(C)

(b)(6); (b)(7)(C)

Digitally signed by (b)(6):
(b)(6); (b)(7)(C)
Date: 2020.08.25 14:01:00
-04'00'

_____
(Signature of Translator)

August 25, 2020
(Date)

(b)(6); (b)(7)(C)

(www.blackberry.com)

**From** (b)(6); (b)(7)(C) @uscis.dhs.gov>
**Date:** Friday, Aug 21, 2020, 12:19 PM
**To:** (b)(6); (b)(7)(C) @ice.dhs.gov>
**Subject:** Translation request status

Good afternoon,

I hope this email finds you safe and well. I'm writing to follow-up with regard to the translation request we received related to (b)(6); (b)(7)(C) I anticipate that you will receive the completed request by Wednesday, August 26, 2020 if not sooner.

Please let me know if you have any questions.

Thank you and have a lovely weekend.

Respectfully,

(b)(6); (b)(7)(C)

Supervisory Language Specialist | Language Services Section
USCIS | EXA | Office of Citizenship and Applicant Information Services
New York, New York
Office: 833-801-(b)(6) | Fax: 212-264-2622

| From: | (b)(6); (b)(7)(C) |
|-------|--------|
| To: | |
| Subject: | RE: A file is in RAILS. |
| Date: | 20 August 2020 15:54:00 |

I guess that NRC will not be able to help.

80 minutes of "windows updating."  I cannot go on.

(b)(6); (b)(7)(C)

Assistant Chief Counsel
Office of the Principal Legal Advisor
Immigration and Customs Enforcement
US Department of Homeland Security
26 Federal Plaza, (b)(6); (b)(7)(C)
New York, NY  10278

**\*\*\* Warning \*\*\* Attorney/Client Privilege \*\*\* Attorney Work Product \*\*\***
**This communication and any attachments may contain confidential and/or sensitive attorney/client privileged information or attorney work product and/or law enforcement sensitive information. It is not for release, review, retransmission, dissemination, or use by anyone other than the intended recipient.  Please notify the sender if this email has been misdirected and immediately destroy all originals and copies.  Furthermore do not print, copy, re-transmit, disseminate, or otherwise use this information.  Any disclosure of this communication or its attachments must be approved by the Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement.  This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 USC §§ 552(b)(5), (b)(7).**

**From:** (b)(6); (b)(7)(C) @ice.dhs.gov>
**Sent:** 20 August, 2020 15:07
**To:** (b)(6); (b)(7)(C) @ice.dhs.gov>
**Subject:** FW: A file is in RAILS.

I need a vacation.  See below.

**From:** (b)(6); (b)(7)(C) @uscis.dhs.gov>
**Sent:** Thursday, August 20, 2020 2:06 PM
**To:** (b)(6); (b)(7)(C) @ice.dhs.gov>
**Cc:** (b)(6); (b)(7)(C) @ice.dhs.gov>
**Subject:** RE: A file is in RAILS.

He was born in 1914 and is detained?

**From:** (b)(6); (b)(7)(C) @ice.dhs.gov>
**Sent:** Thursday, August 20, 2020 1:03 PM
**To:** (b)(6); (b)(7)(C) @uscis.dhs.gov>
**Cc:** (b)(6); (b)(7)(C) @ice.dhs.gov>
**Subject:** RE: A file is in RAILS.

Hi (b)(6);

Disregard requesting the Afile as the alien is detained. I appreciate your help with all the work and digging in this case. We will leave the Afile where it is.

Thanks, (b)(6); (b)(7)(C)

**From:** (b)(6); (b)(7)(C) @uscis.dhs.gov>
**Sent:** Thursday, August 20, 2020 2:01 PM
**To:** (b)(6); (b)(7)(C) @ice.dhs.gov>
**C:** (b)(6); (b)(7)(C) @ice.dhs.gov> (b)(6); (b)(7)(C) @ice.dhs.gov>
**Subject:** RE: A file is in RAILS.

Yes, after we receive it. Like I said, it will be a while, perhaps 2 months before we can get the file up from the FRC. Can you wait for it?

(b)(6);
(b)(7)(C)

**From:** (b)(6); (b)(7)(C) @ice.dhs.gov>
**Sent:** Thursday, August 20, 2020 12:56 PM
**To:** (b)(6); (b)(7)(C) @uscis.dhs.gov>
**C:** (b)(6); (b)(7)(C) @ice.dhs.gov> (b)(6); (b)(7)(C) @ice.dhs.gov>
**Subject:** RE: A file is in RAILS.

Hi (b)(6);

Is it possible for someone to scan the Afile to us at the NRC?

(b)(6); (b)(7)(C)

**From:** (b)(6); (b)(7)(C) @uscis.dhs.gov>
**Sent:** Thursday, August 20, 2020 1:52 PM
**To:** (b)(6); (b)(7)(C) @ice.dhs.gov>
**C:** (b)(6); (b)(7)(C) @ice.dhs.gov> (b)(6); (b)(7)(C) @ice.dhs.gov>
**Subject:** RE: A file is in RAILS.

The file is at the FRC which isn't open yet. I can request the file, but it will be a while before we receive it. Let me know if you would like me to request the file. Between the FRC and NARA in Suitland, we are waiting for close to 10,000 files. They have been closed since mid March.

(b)(6);
(b)(7)(C)

**From:** (b)(6); (b)(7)(C) @ice.dhs.gov>
**Sent:** Thursday, August 20, 2020 12:39 PM
**To:** (b)(6); (b)(7)(C) @uscis.dhs.gov>
**Cc:** (b)(6); (b)(7)(C) @ice.dhs.gov> (b)(6); (b)(7)(C) @ice.dhs.gov>

**Subject:** RE: A file is in RAILS.

H [(b)(6); (b)(7)(C)]

Are you able to send us a copy of [(b)(6); (b)(7)(C)] naturalization certificate?

Thank you,

[(b)(6); (b)(7)(C)]

---

**From:** [(b)(6); (b)(7)(C)] uscis.dhs.gov>
**Sent:** Thursday, August 20, 2020 1:36 PM
**T** [(b)(6); (b)(7)(C)] @ice.dhs.gov>
**Cc:** [(b)(6); (b)(7)(C)] @ice.dhs.gov> [(b)(6); (b)(7)(C)]
[(b)(6); (b)(7)(C)] @ice.dhs.gov>
**Subject:** RE: A file is in RAILS.

He appears to have natzed in 1964

[(b)(6); (b)(7)(C)]

## A008559235-000

## Accession Information

| | |
|---|---|
| Accession: | 65D0355 |
| Center: | K - LEE'S SUMMIT FRC |
| Sub-Group: | NYC |
| FRC Location: | I3007113 |
| Box Number: | 0013 |

## Other Information

| | |
|---|---|
| Last Audit: | 7/25/2003 7:10:33 PM |
| Last Action: | Responsible Party Reassign on 5/20/2011 11:43:00 AM |

Let me know if you need anything additional.

**From:** (b)(6); (b)(7)(C) ice.dhs.gov>
**Sent:** Thursday, August 20, 2020 11:28 AM
**To:** (b)(6); (b)(7)(C) @uscis.dhs.gov>
**Cc:** (b)(6); (b)(7)(C) @ice.dhs.gov> (b)(6); (b)(7)(C)
(b)(6); (b)(7)(C) @ice.dhs.gov>
**Subject:** RE: General Information

Hi,
Thank you for getting back to me.  The individual's name is (b)(6); (b)(7)(C)
POB: Haiti.  His father's name is (b)(6); (b)(7)(C) and his mother is (b)(6); (b)(7)(C)  No maiden name provided.
Thanks.
(b)(6); (b)(7)(C)

**From:** (b)(6); (b)(7)(C) (b) @uscis.dhs.gov>
**Sent:** Wednesday, August 19, 2020 3:26 PM
**To:** (b)(6); (b)(7)(C) (b) @ice.dhs.gov>
**Subject:** RE: General Information

You can e-mail my other address above with the persons information.  I do not need SSN. Just name, dob and parents names if you have them.  My work cell is updating and having issues.

(b)(6); (b)(7)(C)

(b)(6); (b)(7)(C)

Supervisory, Government Information Specialist
DHS/USCIS/IRIS/NRC
(816) 853-[(b)(6); (b)(7)(C)] Cell
[(b)(6); (b)(7)(C)]_@uscis.dhs.gov
Genealogy.USCIS@uscis.dhs.gov

**From:** [(b)(6); (b)(7)(C)]_@ice.dhs.gov>
**Sent:** Wednesday, August 19, 2020 9:39 AM
**To:** USCIS, Genealogy <Genealogy.USCIS@uscis.dhs.gov>
**Subject:** General Information

Hi,
I work for ICE. I need an alien number because I am trying to figure out whether an alien is a USC. Could you please send me your phone number? Thank you.

[(b)(6); (b)(7)(C)]
Senior Attorney
26 Federal Plaza, [(b)(6); (b)(7)(C)]
New York, New York 10278
(212)264-[(b)(6);]
[(b)(6); (b)(7)(C)]_@ice.dhs.gov

**\*\*\* Warning \*\*\* Attorney/Client Privilege \*\*\* Attorney Work Product \*\*\***
This communication and any attachments may contain confidential and/or sensitive attorney/client privileged information or attorney work product and/or law enforcement sensitive information. It is not for release, review, retransmission, dissemination, or use by anyone other than the intended recipient. Please notify the sender if this email has been misdirected and immediately destroy all originals and copies. Furthermore do not print, copy, re-transmit, disseminate, or otherwise use this information. Any disclosure of this communication or its attachments must be approved by the Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement. This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 USC §§ 552(b)(5), (b)(7).

| | |
|---|---|
| **From:** | (b)(6); (b)(7)(C) |
| **To:** | |
| **Subject:** | RE: A file is in RAILS. |
| **Date:** | 20 August 2020 15:52:00 |

H (b)(6); (b)(7)(C)

I will enter the time into planet.  I am sorry that you are saddled with this nightmare case.

(b)(6); (b)(7)(C)

Assistant Chief Counsel
Office of the Principal Legal Advisor
Immigration and Customs Enforcement
US Department of Homeland Security
26 Federal Plaza, (b)(6); (b)(7)(C)
New York, NY  10278

**\*\*\* Warning \*\*\* Attorney/Client Privilege \*\*\* Attorney Work Product \*\*\***
**This communication and any attachments may contain confidential and/or sensitive attorney/client privileged information or attorney work product and/or law enforcement sensitive information. It is not for release, review, retransmission, dissemination, or use by anyone other than the intended recipient.  Please notify the sender if this email has been misdirected and immediately destroy all originals and copies.  Furthermore do not print, copy, re-transmit, disseminate, or otherwise use this information.  Any disclosure of this communication or its attachments must be approved by the Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement.  This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 USC §§ 552(b)(5), (b)(7).**

**From:** (b)(6); (b)(7)(C) @ice.dhs.gov>
**Sent:** 20 August, 2020 14:29
**To** (b)(6); (b)(7)(C) @ice.dhs.gov>
**Subject:** RE: A file is in RAILS.

Hi (b)(6); (b)(7)(C)

Please reflect the time you spent in planet researching and translating the documents for the mom's birth cert.

Detained alien's A# (b)(6); (b)(7)(C) (I should remember it by now since so many of us are working on this case).

(b)(6); (b)(7)(C)

**From:** (b)(6); (b)(7)(C) @ice.dhs.gov>
**Sent:** Thursday, August 20, 2020 2:06 PM
**To** (b)(6); (b)(7)(C) @ice.dhs.gov>
**Subject:** RE: A file is in RAILS.

It is no problem at all.  I do not mind.

[(b)(6); (b)(7)(C)]

Assistant Chief Counsel
Office of the Principal Legal Advisor
Immigration and Customs Enforcement
US Department of Homeland Security
26 Federal Plaza, [(b)(6); (b)(7)(C)]
New York, NY  10278

**\*\*\* Warning \*\*\* Attorney/Client Privilege \*\*\* Attorney Work Product \*\*\***
**This communication and any attachments may contain confidential and/or sensitive attorney/client privileged information or attorney work product and/or law enforcement sensitive information. It is not for release, review, retransmission, dissemination, or use by anyone other than the intended recipient.  Please notify the sender if this email has been misdirected and immediately destroy all originals and copies.  Furthermore do not print, copy, re-transmit, disseminate, or otherwise use this information.  Any disclosure of this communication or its attachments must be approved by the Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement.  This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 USC §§ 552(b)(5), (b)(7).**

**From:** [(b)(6); (b)(7)(C)] @ice.dhs.gov>
**Sent:** 20 August, 2020 14:03
**To:** [(b)(6); (b)(7)(C)] @ice.dhs.gov>
**Subject:** RE: A file is in RAILS.

Ok thank you. [(b)(6);] roped you in this and I really appreciate the assistance.

**From:** [(b)(6); (b)(7)(C)] @ice.dhs.gov>
**Sent:** Thursday, August 20, 2020 1:59 PM
**To:** [(b)(6); (b)(7)(C)] @ice.dhs.gov>
**Subject:** RE: A file is in RAILS.

Hi [(b)(6); (b)(7)(C)]

[(b)(6); (b)(7)(C)] asked me to try to obtain a copy of the N-400 and certificate of naturalization.  I emailed the NRC requesting the document and explaining that the file is at the FRC.  I also asked for a contact email at the FRC in the event they cannot send the documents.  It usually takes 48-72 hours for them to reply.  I can let you know what they say.

[(b)(6); (b)(7)(C)]

[(b)(6); (b)(7)(C)]

Assistant Chief Counsel
Office of the Principal Legal Advisor
Immigration and Customs Enforcement
US Department of Homeland Security
26 Federal Plaza (b)(6), (b)(7)(C)
New York, NY 10278

**\*\*\* Warning \*\*\* Attorney/Client Privilege \*\*\* Attorney Work Product \*\*\***
**This communication and any attachments may contain confidential and/or sensitive attorney/client privileged information or attorney work product and/or law enforcement sensitive information. It is not for release, review, retransmission, dissemination, or use by anyone other than the intended recipient. Please notify the sender if this email has been misdirected and immediately destroy all originals and copies. Furthermore do not print, copy, re-transmit, disseminate, or otherwise use this information. Any disclosure of this communication or its attachments must be approved by the Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement. This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 USC §§ 552(b)(5), (b)(7).**

**From:** (b)(6); (b)(7)(C) @ice.dhs.gov>
**Sent:** 20 August, 2020 13:52
**To:** (b)(6); (b)(7)(C) @ice.dhs.gov>
**Subject:** FW: A file is in RAILS.


Hi (b)(6);

Do you know how I can request a scanned copy of the grandpa's file in Lee's Summit? Or if they have an email address?

Thank you for all your hard work in this case.

(b)(6); (b)(7)(C)

**From:** (b)(6); (b)(7)(C) @uscis.dhs.gov>
**Sent:** Thursday, August 20, 2020 1:36 PM
**To:** (b)(6); (b)(7)(C) @ice.dhs.gov>
**Cc:** (b)(6); (b)(7)(C) @ice.dhs.gov> (b)(6); (b)(7)(C)
(b)(6); (b)(7)(C) @ice.dhs.gov>
**Subject:** RE: A file is in RAILS.


He appears to have natzed in 1964

(b)(6); (b)(7)(C)

(b)(6), (b)(7)(C)

(b)(6); (b)(7)(C)

(b)(6); (b)(7)(C)

2023-ICLI-00003 453

(b)(6); (b)(7)(C)

2023-ICLI-00003 454

(b)(6); (b)(7)(C)

(b)(6); (b)(7)(C)

(b)(6), (b)(7)(C)

2023-ICLI-00003 457

(b)(6); (b)(7)(C)

(b)(6); (b)(7)(C)

DHS Page 22

(b)(6); (b)(7)(C)

# Department of Homeland Security

# FOR OFFICIAL USE ONLY

THE ATTACHED MATERIALS CONTAIN DEPARTMENT OF HOMELAND SECURITY
INFORMATION THAT IS "FOR OFFICIAL USE ONLY," OR OTHER TYPES OF
SENSITIVE BUT UNCLASSIFIED INFORMATION REQUIRING PROTECTION
AGAINST UNAUTHORIZED DISCLOSURE.  THE ATTACHED MATERIALS WILL BE
HANDLED AND SAFEGUARDED IN ACCORDANCE WITH DHS MANAGEMENT
DIRECTIVES GOVERNING PROTECTION AND DISSEMINATION OF SUCH
INFORMATION.

AT A MINIMUM, THE ATTACHED MATERIALS WILL BE DISSEMINATED ONLY ON A
"NEED-TO-KNOW" BASIS AND WHEN UNATTENDED, WILL BE STORED IN A
LOCKED CONTAINER OR AREA OFFERING SUFFICIENT PROTECTION AGAINST
THEFT, COMPROMISE, INADVERTENT ACCESS AND UNAUTHORIZED
DISCLOSURE.

1

MD 11042

(b)(6); (b)(7)(C)

2023-ICLI-00003 1031

(b)(6); (b)(7)(C)

(b)(6); (b)(7)(C)

(b)(6); (b)(7)(C)

2023-ICLI-00003 1034

(b)(6); (b)(7)(C)



**U.S. Department of Justice**
**Immigration and Naturalization Service**

# Fingerprint Notification

(b)(6); (b)(7)(C)



FORM N-550 REV. 6-91

(b)(6), (b)(7)(C)

2023-ICLI-00003 1317

**U.S. Department of Justice**
**Immigration and Naturalization Service**

OMB No. 1115-0052
**Notice of Naturalization Oath Ceremony**

AR #   (b)(6); (b)(7)(C)

Date   September 6, 2000

(b)(6); (b)(7)(C)

You are hereby notified to appear for a Naturalization Oath Ceremony on:

SEPTEMBER 14th, 2000

at:   **U.S. EASTERN DISTRICT COURT**
**225 CADMAN PLAZA**
**BROOKLYN, NY 11201**
**ROOM NUMBER: 2ND FLOOR**

Please report promptly at   **8:00   A.M.**

You must being the following with you:

☒ **This letter, WITH ALL OF THE QUESTIONS ON THE OTHER SIDE ANSWERED IN INK OR ON A TYPEWRITER.**
☒ Alien Registration Card.
☒ Reentry Permit, or Refugee Travel Document.
☒ Any Immigration documents you may have.
☒ If the naturalization application is on behalf of your child (children), bring your child (children).
☐ Other

Proper attire should be worn.

If you cannot come to this ceremony, return this notice immediately and state why you cannot appear. In such case, you will be sent another notice of ceremony at a later date. You must appear at an oath ceremony to complete the naturalization process.

Form N-445 (Rev. 1/8/92)          **(SEE OTHER SIDE)**

In connection with your application for naturalization, please answer each of the questions by checking "Yes" or "No". You should answer these questions the day you are to appear for the citizenship oath ceremony. These questions refer to actions since the date you were first interviewed on your Application for Naturalization. They do not refer to anything that happened before that interview.

After you have answered every question, sign your name and fill in the date and place of signing, and provide your current address.

You must bring this completed questionnaire with you to the oath ceremony, as well as the documents indicated on the front, and give them to the Immigration employee at the oath ceremony. You may be questioned further on your answers at that time.

| AFTER the date you were first interviewed on your Application for Naturaliztion, Form N-400: | ANSWERS |
|---|---|
| 1. Have you married, or been widowed, separated, or divorced? (If "Yes" please bring documented proof of marriage, death, separation or divorce.) | 1. ☒ Yes   ☒ No |
| 2. Have you traveled outside the United States? | 2. ☒ Yes   ☒ No |
| 3. Have you knowingly committed any crime or offense, for which you have not been arrested; or have you been arrested, cited, charged, indicted, convicted, fined, or imprisoned for breaking or violating any law or ordinance, including traffic violations? | 3. ☐ Yes   ☒ No |
| 4. Have you joined any organization, including the Communist Party, or become associated or connected therewith in any way? | 4. ☐ Yes   ☒ No |
| 5. Have you claimed exemption from military service? | 5. ☐ Yes   ☒ No |
| 6. Has there been any change in your willingness to bear arms on behalf of the United States; to perform non-combatant service in the armed forces of the United States; to perform work of national importance under civilian direction, if the law requires it? | 6. ☐ Yes   ☒ No |
| 7. Have you practiced polygamy; received income from illegal gambling; been a prostitute, procured anyone for prostitution or been involved in any other unlawful commercialized vice; encouraged or helped any alien to enter the United States illegally; illicitly trafficked in drugs or marihuana; given any false testimony to obtain immigration benefits; or been a habitual drunkard? | 7. ☐ Yes   ☒ No |

I certify that each of the answers shown above were made by me or at my direction, and that they are true and correct.

Signed at [(b)(6); (b)(7)(C)] , on 9/ /00

[(b)(6); (b)(7)(C)]     [(b)(6); (b)(7)(C)]

(Full Signature)

Authority for collection of the information requested on Form N-445 is contained in Sections 101(f), 316, 332, 335 and 336 of the Immigration and Nationality Act (8 U.S.C. 1101 (f), 1427, 1443, 1446 and 1447). Submission of the information is voluntary. The principal purposes for requesting the information are to enable examiners of the Immigration and Naturalization Service to determine an applicant's eligibility for naturalization. The information requested may, as a matter of routine use, be disclosed to naturalization courts and to other federal, state, local or foreign law enforcement and regulatory agencies, the Department of Defense, including any component thereof, the Selective Service System, the Department of State, the Department of the Treasury, the Department of Transportation, Central Intelligence Agency, Interpol and individuals and organizations in the processing of any application for naturalization, or during the course of investigation to elicit further information required by the Immigration and Naturalization Service to carry out its functions. Information solicited which indicates a violation or potential violation of law, whether civil, criminal, or regulatory in nature, may be referred, as a routine use, to the appropriate agency, whether federal, state, local or foreign, charged with the responsibility of investigating, enforcing or prosecuting such violations. Failure to provide all or any of the requested information may result in a denial of the application for naturalization.

Public Reporting burden for this collection of information is estimated to average 5 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to: U.S. Department of Justice, Immigration and Naturalization Service, (Room 5304), Washington, DC 20536; and to the Office of Management and Budget, Paperwork Reduction Project: OMB No. 1115-0052,; Washington, DC 20503.

*U.S.GPO:1996-417-729/52404

**U.S. Department of Justice**
Immigration and Naturalization Service

(b)(6); (b)(7)(C)

OMB #1115-0009
Application for Naturalization

(b)(6); (b)(7)(C)

## Part 4. Information about your residences and employment.

(b)(6); (b)(7)(C)

**Continued on next page**

2023-ICLI-00003 1321

*Continued on back*

## Part 7. Additional eligibility factors.

Please answer each of the following questions. If your answer is **"Yes"**, explain on a separate paper.

1. Are you now, or have you ever been a member of, or in any way connected or associated with the Communist Party, or ever knowingly aided or supported the Communist Party directly, or indirectly through another organization, group or person, or ever advocated, taught, believed in, or knowingly supported or furthered the interests of communism?   ☐ Yes  ☒ No

2. During the period March 23, 1933 to May 8, 1945, did you serve in, or were you in any way affiliated with, either directly or indirectly, any military unit, paramilitary unit, police unit, self-defense unit, vigilante unit, citizen unit of the Nazi party or SS, government agency or office, extermination camp, concentration camp, prisoner of war camp, prison, labor camp, detention camp or transit camp, under the control or affiliated with:

    a. The Nazi Government of Germany?   ☐ Yes  ☒ No

    b. Any government in any area occupied by, allied with, or established with the assistance or cooperation of, the Nazi Government of Germany?   ☐ Yes  ☒ No

3. Have you at any time, anywhere, ever ordered, incited, assisted, or otherwise participated in the persecution of any person because of race, religion, national origin, or political opinion?   ☐ Yes  ☒ No

4. Have you ever left the United States to avoid being drafted into the U.S. Armed Forces?   ☐ Yes  ☒ No

5. Have you ever failed to comply with Selective Service laws?   ☐ Yes  ☒ No
   If you have registered under the Selective Service laws, complete the following information:
   Selective Service Number: _____  Date Registered: _____
   If you registered before 1978, also provide the following:
   Local Board Number: _____  Classification: _____

6. Did you ever apply for exemption from military service because of alienage, conscientious objections or other reasons?   ☐ Yes  ☒ No

7. Have you ever deserted from the military, air or naval forces of the United States?   ☐ Yes  ☒ No

8. Since becoming a permanent resident, have you ever failed to file a federal income tax return?   ☐ Yes  ☒ No

9. Since becoming a permanent resident, have you filed a federal income tax return as a nonresident or failed to file a federal return because you considered yourself to be a nonresident?   ☐ Yes  ☒ No

10. Are deportation proceedings pending against you, or have you ever been deported, or ordered deported, or have you ever applied for suspension of deportation?   ☐ Yes  ☒ No

11. Have you ever claimed in writing, or in any way, to be a United States citizen?  *Claims no* (5)   ☐ Yes  ☒ No

12. Have you ever:

    a. been a habitual drunkard?   ☐ Yes  ☒ No

    b. advocated or practiced polygamy?   ☐ Yes  ☒ No

    c. been a prostitute or procured anyone for prostitution?   ☐ Yes  ☒ No

    d. knowingly and for gain helped any alien to enter the U.S. illegally?   ☐ Yes  ☒ No

    e. been an illicit trafficker in narcotic drugs or marijuana?   ☐ Yes  ☒ No

    f. received income from illegal gambling?   ☐ Yes  ☒ No

    g. given false testimony for the purpose of obtaining any immigration benefit?   ☐ Yes  ☒ No

13. Have you ever been declared legally incompetent or have you ever been confined as a patient in a mental institution?   ☐ Yes  ☒ No

14. Were you born with, or have you acquired in same way, any title or order of nobility in any foreign State?   ☐ Yes  ☒ No

15. Have you ever:

    a. knowingly committed any crime for which you have not been arrested?  *Claims no* (6)   ☐ Yes  ☒ No

    b. been arrested, cited, charged, indicted, convicted, fined or imprisoned for breaking or violating any law or ordinance excluding traffic regulations?  *Claims no* (7)   ☐ Yes  ☒ No

( If you answer yes to 15, in your explanation give the following information for each incident or occurrence the **city, state**, and **country**, where the offense took place, the **date** and **nature** of the offense, and the **outcome** or **disposition** of the case).

## Part 8. Allegiance to the U.S.

If your answer to any of the following questions is **"NO"**, attach a full explanation:

1. Do you believe in the Constitution and form of government of the U.S.?   ☒ Yes  ☐ No

2. Are you willing to take the full Oath of Allegiance to the U.S.? (see instructions)   ☒ Yes  ☐ No

3. If the law requires it, are you willing to bear arms on behalf of the U.S.?   ☒ Yes  ☐ No

4. If the law requires it, are you willing to perform noncombatant services in the Armed Forces of the U.S.?   ☒ Yes  ☐ No

5. If the law requires it, are you willing to perform work of national importance under civilian direction?   ☒ Yes  ☐ No

Form N-400 (Rev. 07/17/91)N

*Continued on back*

## Part 9. Memberships and organizations.

A. List your present and past membership in or affiliation with every organization, association, fund, foundation, party, club, society, or similar group in the United States or in any other place. Include any military service in this part. If none, write "none". Include the name of organization, location, dates of membership and the nature of the organization. If additional space is needed, use separate paper.

*NONE*

## Part 10. Complete only if you checked block " C " in Part 2.

How many of your parents are U.S. citizens?  ☐ One  ☐ Both  (Give the following about one U.S. citizen parent:)  *NONE*

| Family Name | Given Name | Middle Name |
|---|---|---|
| Address | | |

| Basis for citizenship: | Relationship to you (check one): | ☐ natural parent   ☐ adoptive parent |
|---|---|---|
| ☐ Birth | | |
| ☐ Naturalization Cert. No. | | ☐ parent of child legitimated after birth |

If adopted or legitimated after birth, give date of adoption or, legitimation: *(month,day,year)*_____

Does this parent have legal custody of you?  ☐ Yes  ☐ No

*(Attach a copy of relating evidence to establish that you are the child of this U.S. citizen and evidence of this parent's citizenship.)*

## Part 11. Signature. *(Read the information on penalties in the instructions before completing this section).*

I certify or, if outside the United States, I swear or affirm, under penalty of perjury under the laws of the United States of America that this application, and the evidence submitted with it, is all true and correct. I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit I am seeking.

Signa [(b)(6); (b)(7)(C)]                                    Date  2/21/98

*Please note:* If you do not completely fill out this form, or fail to submit required documents listed in the instructions, you may not be found eligible for naturalization and this application may be denied.

## Part 12. Signature of person preparing form if other than above. *(Sign below)*

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

| Signature | Print Your Name | Date |
|---|---|---|

Firm Name and Address

---

### DO NOT COMPLETE THE FOLLOWING UNTIL INSTRUCTED TO DO SO AT THE INTERVIEW

| I swear that I know the contents of this application, and supplemental pages 1 through _____ , that the corrections , numbered 1 through _____ , were made at my request, and that this amended ap[(b)(6); (b)(7)(C)] | (b)(6); (b)(7)(C) |
|---|---|
| | *(Examiner's Signature )*        *Date* |



**U. S. Department of Justice**
Immigration and Naturalization Service

Naturalization and Citizenship Branch

26 FEDERAL PLAZA NEW YORK, NY 10278
NEW YORK, NY 10278

You are hereby notified to appear for an interview on your (your
child's) application for naturalization at the DATE, TIME and
PLACE, shown below.

Date  06/21/2000

Time  3:00 PM

Place  (b)(6); (b)(7)(C)

You MUST BRING the following with you:

- This letter.
- Alien Registration Card.
- Any evidence of Selective Service Registration.
- Any documents you have which you used in connection with (b)(6); (b)(7)(C)
- Those items noted on the reverse side of this letter which are applicable to you.

Form N-430A (Rev. 5/23/94) Y

Notice of Naturalization Interview

File or A #  (b)(6); (b)(7)(C)

Date  06/24/2000

(b)(6); (b)(7)(C)

2023-ICLI-00003 1324

**IMPORTANT — PLEASE SEE REVERSE**

You must ALSO BRING with you what is noted below:

If applying for NATURALIZATION AS THE SPOUSE of a United States Citizen:
- Your marriage certificate.
- Proof of death or divorce for each prior marriage of yourself or spouse.
- Your spouse's birth or naturalization certificate or certificate of citizenship.

If applying for Naturalization on behalf of your child (children):
- The child (children) for whom you filed application for naturalization.
- Birth certificate(s) for the child (children).
- Adoption decree(s), and English translation(s) if in a foreign language.
- Your United States birth certificate or certificate of naturalization or citizenship
- Your marriage certificate.

If applying for NATURALIZATION as a member of the United States ARMED FORCES:
- Your discharge certificate, or form DD 214.

**Please keep this appointment,
even if you do not have all the items noted above or on the front.**

2023-ICLI-00003 1325

The proceeding will take about two hours. If for any reason you cannot keep this appointment, return this letter immediately with your explanation and a request for a new appointment; otherwis no further action will be taken on your application.

If you are applying for citizenship for yourself you will be tested on your knowledge of the government and history of the United States. You will also be tested on reading, writing, and speaking English, unless you have been living in the United States for a total of at least 20 years as a lawful permanent resident and are over 50 years old, or have been living in the United States for a total of 15 years as a lawful permanent resident and are over 5ξ̄ 'ars old, or unless you are ph̦, ally unable to read, write, or speak English.

(b)(6); (b)(7)(C)

Department of Justice
Immigration and Naturalization Service

# Certificate Preparation Sheet and Oath Declaration

A # (b)(6); (b)(7)(C)     Daytime Phone # (b)(6); (b)(7)(C)

NAME (If name Change, ENTER new Name):     Check BOX if there is a change of name: →

(b)(6); (b)(7)(C)

(FIRST)

(MIDDLE)

(b)(6); (b)(7)(C)

(LAST)

Date of birth: (b)(6); (b)(7)(C)     (Check Sex)   MALE:

FEMALE: X

Height: 5 3     Marital Status; ENTER "S" Single, "M" Married, "D" Divorced, or "W" Widow(er): →  D
       (Feet) (Inches)

Country of Former Nationality:     Haiti
                                   (Enter Actual Name of Country)

## Oath of Allegiance

I HEREBY DECLARE, on oath, that I absolutely and entirely renounce and abjure all allegiance and fidelity to any prince, potentate, state, or sovereignty, of whom or which I have heretofore been a subject or citizen; that I will support and defend the Constitution and the laws of the United States of America against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I will bear arms on behalf of the United States when required by the law; that I will perform noncombatant service in the Armed Forces of the United States when required by the law; that I will perform work of national importance under civilian direction when required by the law; and that I take this obligation freely, without any mental reservation or purpose of evasion; SO HELP ME GOD.

In acknowledgment whereof I have hereunto affixed my signature.

(b)(6); (b)(7)(C)

8/21/00
Date

Form N-649 (Rev.

## FIRST COUNT

THE GRAND JURY OF THE COUNTY OF QUEENS BY THIS INDICTMENT, ACCUSE THE DEFENDANT OF THE CRIME OF CRIMINAL POSSESSION OF STOLEN PROPERTY IN THE THIRD DEGREE COMMITTED AS FOLLOWS:

THE DEFENDANT, ON OR ABOUT AUGUST 11, 1990, IN THE COUNTY OF QUEENS ,WITH INTENT TO BENEFIT HERSELF OR A PERSON OTHER THAN AN OWNER THEREOF OR TO IMPEDE THE RECOVERY BY AN OWNER THEREOF,KNOWINGLY POSSESSED STOLEN PROPERTY WHOSE VALUE EXCEEDS THREE THOUSAND DOLLARS ,TO WIT, A 1987 OLDSMOBILE N.Y. LICENSE PLATE (b)(6); (b)(7)(C) OWNED BY (b)(6); (b)(7)(C)

## SECOND COUNT

THE GRAND JURY OF THE COUNTY OF QUEENS BY THIS INDICTMENT, ACCUSE THE DEFENDANT OF THE CRIME OF UNAUTHORIZED USE OF A VEHICLE IN THE THIRD DEGREE COMMITTED AS FOLLOWS:

THE DEFENDANT, ON OR ABOUT AUGUST 11, 1990, IN THE COUNTY OF QUEENS, KNOWING THAT SHE DID NOT HAVE THE CONSENT OF THE OWNER, TOOK, OPERATED, EXERCISED CONTROL OVER, RODE IN OR OTHERWISE USED A VEHICLE OWNED BY ROBIN KOZLOWSKY, WITHOUT THE CONSENT OF THE OWNER THEREOF.

THIRD COUNT

THE GRAND JURY OF THE COUNTY OF QUEENS BY THIS INDICTMENT, ACCUSE THE DEFENDANT OF THE CRIME OF POSSESSION OF BURGLAR'S TOOLS COMMITTED AS FOLLOWS:

THE DEFENDANT, ON OR ABOUT AUGUST 11, 1990, IN THE COUNTY OF QUEENS HAD IN HER POSSESSION A SCREWDRIVER THE SAME BEING A TOOL, INSTRUMENT OR OTHER ARTICLE ADAPTED, DESIGNED OR COMMONLY USED FOR COMMITTING OR FACILITATING OFFENSES INVOLVING FORCIBLE ENTRY INTO PREMISES OR OFFENSES INVOLVING LARCENY BY PHYSICAL TAKING UNDER CIRCUMSTANCES EVINCING AN INTENT TO USE OR KNOWLEDGE THAT SOME PERSON INTENDS TO USE THE SAME IN THE COMMISSION OF AN OFFENSE OF SUCH CHARACTER.

JOHN SANTUCCI
DISTRICT ATTORNEY

# TAB E

2023-ICLI-00003 2195

```
PUR/C.ATN/███████████████████
THIS INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
RECORD REQUEST FOR F██████████████    THE FOLLOWING WILL RESPOND TO YOUR
AGENCY:
 NEW YORK       - STATE ID/NY6502679Y
END
```

---

████████████████████████████████████████████████████████████
███████████████████████████████████
████████████████

********************* CRIMINAL HISTORY RECORD  **********************

*************************** Introduction  ***************************

This rap sheet was produced in response to the following request:

```
FBI Number                   ████████████
State Id Number              6502679Y ()
Request Id
Purpose Code                 C
Attention                    (b)(6);
                             ███████
```

The information in this rap sheet is subject to the following caveats:

According to our files, this individual does not appear to have History
in III. However this does not preclude the possibility that the FBI
does have a record. If you desire this information, please submit a
request directly to the FBI.

DNA SAMPLE IS ON FILE IN THE DNA DATABANK: If additional DNA Databank
information is required call DCJS Office of Forensic Services at
(518)457-(b)(6);

Violent Felony offense(s) on file

Sentencing - Where an individual is sentenced June 1, 1981 or later on
more than one charge within a docket, the sentence may be considered to
be concurrent unless identified as consecutive.

*************************** IDENTIFICATION  ***************************

Subject Name(s)

CARPENTER, PASCAL
CARPENTER, PASCAL E
CARPENTER, PASCUAL
CARPENTER, PASQUAL

Subject Description

```
FBI Number                   State Id Number
████████████                 06502679Y


Sex                          Race                         Skin Tone
```

2023-ICLI-00003 2196

```
Male                      Black                      Dark
                                                     Medium

Height                    Weight                     Date of Birth
5'04"                     140                        1972-01-21
                                                     1973-01-21

Hair Color                Eye Color
Black                     Brown


Place of Birth
Germany                   West Germany
Residence
Residence as of
                         23 YANKEE ST
                         BRENTWOOD, NY

Residence as of
                         90-36 90TH ST
                         QUEENS, NY

Residence as of
                         , XX
```

```
*************************  CRIMINAL HISTORY  *************************

=============================== Cycle 001 ===============================
Tracking Number          13428138Q
Earliest Event Date      1990-08-11 Incident Date          1990-08-11
------------------------------------------------------------------------
Arrest Date              1990-08-11
Arrest Case Number       19230976
Arresting Agency         NY0340114 NYCPD PCT 114
Subject's Name           CARPENTER, PASCAL, E
Charge Tracking Number   13428138Q
             Statute     Grand Larceny-3rd:Property Value Exceeds $3000
                         (155.35 )
     NCIC Offense Code   2399
    State Offense Code   PL 155.35
             Counts      1
           Severity      Felony
     Inchoate Charge     Completed
Charge Tracking Number   13428138Q
             Statute     Criminal Possession Stolen Property-3rd Value
                         &amp;gt; $3,000 (165.50 )
     NCIC Offense Code   2804
    State Offense Code   PL 165.50
             Counts      1
           Severity      Felony
     Inchoate Charge     Completed
Charge Tracking Number   13428138Q
             Statute     Unauthorized Use Vehicle:Without Owner Consent
                         (165.05 SUB 01 )
     NCIC Offense Code   2411
    State Offense Code   PL 165.05 SUB 01
             Counts      1
           Severity      Misdemeanor
```

2023-ICLI-00003 2197

15/2020

```
        Inchoate Charge  Completed


--------------------------------------------------------------------------
Booking Case Number    Q90027220
Booking Agency         NY0340114 NYCPD PCT 114
--------------------------------------------------------------------------
Court Disposition      (Cycle 001)
Court Case Number      4675-90
Final Disposition Date 1991-03-19
Court Agency           NY040015J Queens County Supreme Court
Charge Tracking Number 13428138Q
              Statute  Criminal Possession Stolen Property-3rd Value
                       &amp;gt; $3,000 (165.50 )
    State Offense Code  PL 165.50
              Counts   1
             Severity  Felony
      Inchoate Charge  Completed
          Disposition  ( 1991-03-19; Convicted Upon Verdict After Jury
                       Trial)
Charge Tracking Number 13428138Q
              Statute  Unauthorized Use Vehicle:Without Owner Consent
                       (165.05 SUB 01 )
    State Offense Code  PL 165.05 SUB 01
              Counts   1
             Severity  Misdemeanor
      Inchoate Charge  Completed
          Disposition  ( 1991-03-19; Convicted Upon Verdict After Jury
                       Trial)
--------------------------------------------------------------------------
Sentencing             (Cycle 001)
Sentence Date          1991-05-09
Court Case Number      4675-90
Charge Tracking Number 13428138Q
              Statute  Criminal Possession Stolen Property-3rd Value
                       &amp;gt; $3,000 (165.50 )
    NCIC Offense Code   2804
    State Offense Code  PL 165.50
              Counts   1
             Severity  Felony
      Inchoate Charge  Completed
          Disposition  ( 1991-05-09; )
Sentence               Term:  2 Year(s) to 6 Year(s) Concurrent
--------------------------------------------------------------------------
Sentencing             (Cycle 001)
Sentence Date          1991-05-09
Court Case Number      4675-90
Charge Tracking Number 13428138Q
              Statute  Unauthorized Use Vehicle:Without Owner Consent
                       (165.05 SUB 01 )
    NCIC Offense Code   2411
    State Offense Code  PL 165.05 SUB 01
              Counts   1
             Severity  Misdemeanor
      Inchoate Charge  Completed
          Disposition  ( 1991-05-09; )
Sentence               Term:  6 Month(s) Concurrent

--------------------------------------------------------------------------
Corrections            (Cycle 001)
Supervision Date       1991-07-19
```

2023-ICLI-00003 2198

```
Corrections Agency       NY013065C NYS DOCCS Downstate Correctional
                         Facility
Subject's Name           CARPENTER, PASCAL, E
     Supervision Case Number   91A5770
     Correction Action  Conditional Release Date: 1994-08-30
     Correction Action  Incarceration Admission Reason: New Commitment
Release Date             1996-08-30
Corrections Agency       NY035025C NYS DOCCS Otisville Correctional
                         Facility
Subject's Name           CARPENTER, PASCAL
     Supervision Case Number   91A5770
     Correction Action  Incarceration Release
Release Date             2015-03-02
============================= Cycle 002 =============================
Tracking Number          12525124Z
Earliest Event Date      1990-09-03 Incident Date          1990-09-02
------------------------------------------------------------------------
Arrest Date              1990-09-03
Arrest Case Number       19192934
Arresting Agency         NY0330018 NYCPD PCT 018
Subject's Name           CARPENTER, PASQUAL
Charge Tracking Number   12525124Z
             Statute     Murder:Intention (125.25 SUB 01 )
    NCIC Offense Code     0999
   State Offense Code     PL 125.25 SUB 01
             Counts       1
           Severity       Felony
      Inchoate Charge     Completed
Charge Tracking Number   12525124Z
             Statute     Robbery-1st:Use/Threatens Use Of Dangerous
                         Instrument (160.15 SUB 03 )
    NCIC Offense Code     1299
   State Offense Code     PL 160.15 SUB 03
             Counts       2
           Severity       Felony
      Inchoate Charge     Completed
Charge Tracking Number   12525124Z
             Statute     Assault 2nd Deg:Intent To Cause Physical Injury
                         with Weapon/Instrument (120.05 SUB 02 )
    NCIC Offense Code     1399
   State Offense Code     PL 120.05 SUB 02
             Counts       1
           Severity       Felony
      Inchoate Charge     Completed

------------------------------------------------------------------------
Booking Case Number      M90075514
Booking Agency           NY0330018 NYCPD PCT 018
------------------------------------------------------------------------
Court Disposition        (Cycle 002)
Court Case Number        10641-90
Final Disposition Date   1992-01-03
Court Agency             NY030015J New York County Supreme Court
Charge Tracking Number   12525124Z
             Statute     Assault 2nd Deg:Intent To Cause Physical Injury
                         with Weapon/Instrument (120.05 SUB 02 )
   State Offense Code     PL 120.05 SUB 02
             Counts       1
           Severity       Felony
      Inchoate Charge     Completed
```

```
                   Disposition  ( 1992-01-03; Not Arraigned)
-------------------------------------------------------------------------
Court Disposition       (Cycle 002)
Court Case Number       10641-90
Final Disposition Date  1992-01-03
Court Agency            NY030015J New York County Supreme Court
Charge Tracking Number  12525124Z
               Statute  Murder-2nd Deg: Cause Death Of Non-participant
                        During Specified Felony (125.25 SUB 03 )
    State Offense Code   PL 125.25 SUB 03
               Counts   1
             Severity   Felony
       Inchoate Charge  Completed
           Disposition  ( 1992-01-03; Convicted Upon Verdict After
                        Bench Trial)
Charge Tracking Number  12525124Z
               Statute  Robbery-1st:Use/Threatens Use Of Dangerous
                        Instrument (160.15 SUB 03 )
    State Offense Code   PL 160.15 SUB 03
               Counts   2
             Severity   Felony
       Inchoate Charge  Completed
           Disposition  ( 1992-01-03; Convicted Upon Verdict After
                        Bench Trial)
Charge Tracking Number  12525124Z
               Statute  Robbery-2nd:Aided By Another (160.10 SUB 01 )
    State Offense Code   PL 160.10 SUB 01
               Counts   1
             Severity   Felony
       Inchoate Charge  Completed
           Disposition  ( 1992-01-03; Convicted Upon Verdict After
                        Bench Trial)
-------------------------------------------------------------------------
Court Disposition       (Cycle 002)
Court Case Number       90N077703
Final Disposition Date  1990-09-07
Court Agency            NY030033J New York County Criminal Court
Charge Tracking Number  12525124Z
               Statute  Murder:Intention (125.25 SUB 01 )
    State Offense Code   PL 125.25 SUB 01
               Counts   1
             Severity   Felony
       Inchoate Charge  Completed
           Disposition  ( 1990-09-07; Not Arraigned)
-------------------------------------------------------------------------
Sentencing              (Cycle 002)
Sentence Date           1992-01-03
Court Case Number       10641-90
Charge Tracking Number  12525124Z
               Statute  Murder-2nd Deg: Cause Death Of Non-participant
                        During Specified Felony (125.25 SUB 03 )
   NCIC Offense Code    0999
   State Offense Code   PL 125.25 SUB 03
               Counts   1
             Severity   Felony
       Inchoate Charge  Completed
           Disposition  ( 1992-01-03; )
Sentence                Term:  25 Year(s) to Life Concurrent
-------------------------------------------------------------------------
Sentencing              (Cycle 002)
```

```
Sentence Date         1992-01-03
Court Case Number     10641-90
Charge Tracking Number 12525124Z
            Statute   Robbery-1st:Use/Threatens Use Of Dangerous
                      Instrument (160.15 SUB 03 )
   NCIC Offense Code  1299
   State Offense Code PL 160.15 SUB 03
            Counts    2
           Severity   Felony
     Inchoate Charge  Completed
         Disposition  ( 1992-01-03; )
Sentence              Term:  100 Month(s) to 25 Year(s) Concurrent
-------------------------------------------------------------------------
Sentencing            (Cycle 002)
Sentence Date         1992-01-03
Court Case Number     10641-90
Charge Tracking Number 12525124Z
            Statute   Robbery-2nd:Aided By Another (160.10 SUB 01 )
   NCIC Offense Code  1299
   State Offense Code PL 160.10 SUB 01
            Counts    1
           Severity   Felony
     Inchoate Charge  Completed
         Disposition  ( 1992-01-03; )
Sentence              Term:  5 Year(s) to 25 Year(s) Concurrent
-------------------------------------------------------------------------
Sentencing            (Cycle 002)
Sentence Date         1992-01-03
Court Case Number     10641-90
Charge Tracking Number 12525124Z
            Statute   Robbery-2nd:Aided By Another (160.10 SUB 01 )
   NCIC Offense Code  1299
   State Offense Code PL 160.10 SUB 01
            Counts    1
           Severity   Felony
     Inchoate Charge  Completed
         Disposition  ( 1992-01-03; )
Sentence              Term:  5 Year(s) to 15 Year(s) Concurrent

-------------------------------------------------------------------------
Corrections           (Cycle 002)
Supervision Date      2015-03-02
Subject's Name        CARPENTER, PASCAL
     Supervision Case Number  91A5770
   Correction Action  Assigned: Queens II
   Correction Action  Parole Admission Reason: Initial Release to
                      Parole
Release Date
Subject's Name        CARPENTER, PASCAL
     Supervision Case Number  91A5770
   Correction Action  Parole Discharge
Release Date          2018-03-23
************************  INDEX OF AGENCIES  *************************

Agency                NYS DOCCS Otisville Correctional Facility;
                      NY035025C;

-------------------------------------------------------------------------
Agency                NYCPD PCT 114; NY0340114;
```

```
------------------------------------------------------------------------
Agency                    NYCPD PCT 018; NY0330018;

------------------------------------------------------------------------
Agency                    NYS DOCCS Downstate Correctional Facility;
                          NY013065C;

------------------------------------------------------------------------
Agency                    New York County Criminal Court; NY030033J;

------------------------------------------------------------------------
Agency                    Queens County Supreme Court; NY040015J;

------------------------------------------------------------------------
Agency                    New York County Supreme Court; NY030015J;


* * * END OF RECORD * * * </NLETS>
NCICWS ID:MESSAGE SWITCH
```

Certificate of Service

I hereby certify that on July 16, 2020, I caused to be served by email, a true copy of these documents upon the respondent PRO SE, through the ERO officer on duty at Bergen County Jail, duly addressed as follows:

Pascal Charpentier AKA Pascal Carpenter

A020578103

Detained at: Bergen County Jail

160 South River Street

Hackensack, NJ 07601

(b)(6); (b)(7)(C)

(b)(6);   **Assistant Chief Counsel**

**From:** (b)(6); (b)(7)(C)
**To:** Chen, Xiao
**Subject:** FW: verify if Pascal Charpentier A020578103 subject to mandatory detention under 236(c)?
**Date:** Wednesday, August 12, 2020 2:05:11 PM
**Attachments:** NTA.request for custody determination.warrant of arrest. 020578103.pdf
DHS master evidence A020578103_Redacted_signed.pdf

See below.

I have submitted a separate bond evidence packet in planet. I have not heard back from (b)(6); (b)(7)(C) about this.

Thanks, (b)(6); (b)(7)(C)

**From:** (b)(6); (b)(7)(C)
**Sent:** Wednesday, August 5, 2020 4:21 PM
**To** (b)(6); (b)(7)(C) @ice.dhs.gov>
**Subject:** verify if Pascal Charpentier A020578103 subject to mandatory detention under 236(c)?

Hi (b)(6); (b)(7)(C)

(b)(5)

Please advise.

Thank you, (b)(6); (b)(7)(C)

(b)(6); (b)(7)(C)
Assistant Chief Counsel
OPLA-New York
26 Federal Plaza, (b)(6); (b)(7)(C)
New York, NY 10278
Immigration & Customs Enforcement
Dept of Homeland Security
Currently teleworking
Email (b)(6); (b)(7)(C) @ice.dhs.gov

**\*\*\* Warning \*\*\* Attorney/Client Privilege \*\*\* Attorney Work Product \*\*\***

This communication and any attachments may contain confidential and/or sensitive attorney/client privileged information or attorney work product or law enforcement sensitive information. It is not for release, review, retransmission, dissemination, or use by anyone other than the intended

Department of Homeland Security
Bureau of Immigration and Customs Enforcement

**Notice to EOIR: Alien Address**

---

Date: **July 7, 2020**

To:     Office of the Immigration Judge, EOIR
        201 Varick St Room 507
        New York, NY  10014

From:   ICE ERO
        201 Varick St Room 1219
        New York, NY  10014

Respondent:   **Charpentier, Pascal**                    Alien Number:   **020 578 103**

---

This is to notify you that this respondent is:

☐ Currently incarcerated by federal, state or local authorities.  A charging document has been served on the respondent and an Immigration Detainer-Notice of Action by ICE (Form I-247) has been filed with the institution shown below.  He/she is incarcerated at:

His/her anticipated release date is.

☒ Detained by ICE on **July 6, 2020** at:
    **Bergen County Jail**
    **160 South River Street**
    **Hackensack, NJ 07601**

☐ Detained by ICE and transferred on

☐ Released from ICE custody on the following condition(s):
    ☐ Order of Supervision or Own Recognizance (Form I-220A)
    ☐ Bond in the amount of *Enter Dollar Amount of Respondent's Bond*
    ☐ Removed, Deported, or Excluded
    ☐ Other

---

Upon release from ICE custody, the respondent reported his/her address and telephone number would be:

☒ I hereby certify that the respondent was provided an EOIR-33 Form and notified that they must inform the Immigration Court of any further change of address.

ICE Official: **Deportation Officer** (b)(6), (b)(7)(C)

**Form I-830 (Rev.4/26/99) N**

DEPARTMENT OF HOMELAND SECURITY
## NOTICE TO APPEAR

DOB: 01/21/1972

Event No: (b)(7)(E)

In removal proceedings under section 240 of the Immigration and Nationality Act:

Subject ID: 368590836

In the Matter of:

File No: 020 578 103

Respondent: PASCAL CHARPENTIER AKA: CARPENTER, Pascual

currently residing at:

221-47 Murdock Ave. Queens Village,NEW YORK, 11429

(Number, street, city, state and ZIP code)

(516) 284-9784

(Area code and phone number)

[ ] You are an arriving alien.

[ ] You are an alien present in the United States who has not been admitted or paroled.

[X] You have been admitted to the United States, but are removable for the reasons stated below.

The Department of Homeland Security alleges that you:

1. You are not a citizen or national of the United States;

2. You are a native of HAITI and a citizen of HAITI;

3. You were admitted to the United States at New York, NY on or about May 3, 1972 as a Lawful Permanent Resident (NA-3);

4. You were convicted of the crime of Criminal Possession of Stolen Property in the 3rd Degree in violation of Section 165.50 00 of the New York State Penal Code pursuant to a judgment entered on or about May 9, 1991 by the Supreme Court of the State of New York, County of Queens under indictment number 4675-90.
   See Continuation Page Made a Part Hereof

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

Section 237(a)(2)(A)(iii) of the Immigration and Nationality Act (Act), as amended, in that, at any time after admission, you have been convicted of an aggravated felony as defined in section 101(a)(43)(G) of the Act, a law relating to a theft offense (including receipt of stolen property) or burglary offense for which the term of imprisonment at least 1 year was imposed.

[ ] This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.

[ ] Section 235(b)(1) order was vacated pursuant to:    [ ] 8CFR 208.30    [ ] 8CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:

201 Varick St. 5TH FL RM 507 New York NY 10014. New York Varick

(Complete Address of Immigration Court, including Room Number, if any)

on  To be set.  at  To be set.   to show why you sh (b)(6); (b)(7)(C)   he United States based on the

(Date)         (Time)

charge(s) set forth above.

(b)(6); (b)(7)(C)   SDDO

(Signature and Title of Issuing Officer) (Sign in ink)

Date: July 6, 2020

NEW YORK, NY

(City and State)

DHS Form I-862 (2/20)