AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Jacqueline Stevens

CASE NUMBER: 1:22-cv-05072

V.

ASSIGNED JUDGE: Matthew F. Kennelly

UNITED STATES DEPARTMENT HEALTH AND HUMAN SERVICES; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; CUSTOMS AND BORDER PROTECTION;IMMIGRATION AND CUSTOMS ENFORCEMENT; CITIZENSHIP AND IMMIGRATION SERVICES;  UNITED STATES DEPARTMENT OF JUSTICE; EXECUTIVE OFFICE OF IMMIGRATION REVIEW

DESIGNATED
MAGISTRATE JUDGE: Cummings

TO: (Name and address of Defendant)

Immigration and Customs Enforcement, c/o Office of the Principal Legal Advisor, 500 12th St. SW, Mail Stop 5900, Washington, DC 20536–5900.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nicolette Glazer Esq.
Law Offices of Larry R Glazer
1999 Avenue of the Stars #1100
Century City, CA 90067

an answer to the complaint which is herewith served upon you, _____30_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |
| *Check one box below to indicate appropriate method of service* | |

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____　　_____
　　　　　　　　Date　　　　　　　　　　　　*Signature of Server*

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.