UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JACQUELINE STEVENS, | ) |
| Plaintiff, | ) |
| v. | ) No. 22 C 5072 |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, | ) Judge Kennelly |
| Defendants. | ) |

**PLAINTIFF'S ERRATA NOTICE**

Plaintiff through her counsel of Record hereby submits this Errata Notice to Plaintiff's Response to Defendant ICE's Rule 56 Motion and Cross-Motion for summary judgment, ECF # 96-3. Counsel attached inadvertently the incorrect document. The Proper Response to Defendant's Rule 56.1 Statement of Fact is attached to this Notice.

                Respectfully submitted,

                By: s/ Nicolette Glazer
                    Nicolette Glazer Esq.
                    Attorney for Plaintiff