UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JACQUELINE STEVENS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 22 C 5072 ) |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, | ) Judge Kennelly ) ) |
| Defendants. | ) ) |

**UNOPPOSED MOTION TO EXTEND TIME**

Defendant United States Immigrations and Customs Enforcement, by its attorney Morris Pasqual, Acting United States Attorney for the Northern District of Illinois, moves to extend the deadline for ICE's consolidated reply in support of its motion for summary judgment and response to plaintiff Jacqueline Stevens's cross-motion for summary judgment from July 11 to August 2, 2024, and in support states as follows:

1. In this Freedom of Information Act case, ICE's consolidated reply in support of its motion for summary judgment (Dkt. 87) and response to Stevens's cross-motion for summary judgment (Dkt. 96) is due on July 11, 2024. Dkt. 95 (granting Stevens's request for an extension and accordingly extending ICE's deadline).

2. Stevens's filing (Dkt. 96) points out that ICE (inadvertently) omitted from its *Vaughn* index a number of pages from its FOIA productions that should have been included.

3. ICE needs time to prepare a supplemental *Vaughn* index to correct the omissions, and allowing the requested additional time will allow ICE sufficient time to do so.

4. Plaintiff does not object to the proposed extension, and the parties jointly propose that the briefing schedule be amended as follows: (1) ICE to file its consolidated reply in support

of summary judgment and response to Stevens's cross-motion by August 2, 2024; and (2) Stevens to file any reply in support of her cross-motion by August 23, 2024. (The original briefing schedule contemplated such a filing by Stevens, though a deadline for it did not appear in the most recent minute entry.)

WHEREFORE, ICE asks that the court modify the briefing schedule as follows: (1) ICE to file a consolidated reply in support of its motion and response to Stevens's cross-motion by August 2, 2024; and (2) Stevens to file any reply in support of her cross-motion by August 23, 2024.

Respectfully submitted,

MORRIS PASQUAL.
Acting United States Attorney

By: s/ Alex Hartzler
    ALEX HARTZLER
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 886-1390
    alex.hartzler@usdoj.gov