# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Jacqueline Stevens

                    Plaintiff,

v.                                            Case No.: 1:22−cv−05072
                                            Honorable Matthew F. Kennelly

United States Department Health and Human Services, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, June 22, 2024:

      MINUTE entry before the Honorable Matthew F. Kennelly: Defendant ICE's unopposed motion for extension of time [98] is granted. Deadline for ICE's combined reply/response brief is extended to 8/2/2024; deadline for plaintiff's reply brief is extended to 8/23/2024. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.