UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JACQUELINE STEVENS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>HEALTH AND HUMAN SERVICES, *et al.*, )<br>)<br>Defendants. ) | No. 22 C 5072<br><br>Judge Kennelly |

## CBP'S STATUS REPORT

Defendant Customs and Border Protection, by its attorney Morris Pasqual, Acting United States Attorney for the Northern District of Illinois, provides this status report in response to the court's August 30, 2024 order:

1. The court's August 30, 2024 order directed CBP to file, by September 27, 2024, a status report regarding its efforts to search for records responsive to parts two and three of plaintiff's "Underwood request." *See* Dkt. 102.

2. Regarding part two of the Underwood request, the parties are currently working together to see if they can reach an agreement about which component offices and custodians should be searched for records responsive to this part of the request.

3. Regarding part three of the Underwood request, CBP tasked its FOIA office with conducting a search of the previously identified Procurement Office employee's emails. The search yielded records that, on initial review, appear non-responsive, but CBP requires more time to review the potentially responsive records. CBP proposes that it file another status report by October 28, 2024.

4. Plaintiff's counsel has indicated agreement with CBP's proposal that it file another status report by October 28, 2024, to update the court on the status of its efforts with respect to parts two and three of the Underwood request.

> Respectfully submitted,
>
> MORRIS PASQUAL.
> Acting United States Attorney
>
> By: s/ Alex Hartzler
> ALEX HARTZLER
> Assistant United States Attorney
> 219 South Dearborn Street
> Chicago, Illinois 60604
> (312) 886-1390
> alex.hartzler@usdoj.gov