**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division**

Jacqueline Stevens

                                                              Plaintiff,

v.                                                                     Case No.: 1:22−cv−05072
                                                                    Honorable Matthew F. Kennelly

United States Department Health and Human Services, et al.

                                                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Saturday, September 28, 2024:

      MINUTE entry before the Honorable Matthew F. Kennelly: The Court has reviewed CBP's status report. CBP is directed to file a further status report on 10/28/2024. This does not affect any other date or deadline set by the Court. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.