UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JACQUELINE STEVENS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 22 C 5072 ) |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, | ) Judge Kennelly ) ) |
| Defendants. | ) ) |

## JOINT STATUS REPORT REGARDING EOIR

At the court's direction, the parties in this Freedom of Information Act case jointly submit this status report regarding "the steps necessary to bring this case to a prompt conclusion with respect to EOIR" (Dkt. 103).

1. Defendant Executive Office of Immigration Review has produced additional documents in response to the court's recent summary judgment ruling, and plaintiff Jacqueline Stevens has reviewed that production.

2. The parties are currently negotiating whether any issues remain for the court to decide with respect to EOIR.

3. The parties propose that they file another joint status report by October 29, 2024, informing the court whether any issues require the court's intervention.

4. If any issues do require the court's intervention, the parties propose that they present those issues to the court in some format other than cross-motions for summary judgment, since EOIR has already been through two complete rounds of summary judgment motion practice (including Local Rule 56.1 statements of fact on both sides, for two cycles). The parties expect that they can probably distill any remaining issues for the court's consideration in a digestible

manner, perhaps even in a joint filing. But the parties ask that they be allowed to make such a proposal, if necessary, in the next joint status report.

                                              Respectfully submitted,

                                              MORRIS PASQUAL
                                              Acting United States Attorney

                                              By: s/ Alex Hartzler
                                                  ALEX HARTZLER
                                                  Assistant United States Attorney
                                                  219 South Dearborn Street
                                                  Chicago, Illinois 60604
                                                  (312) 886-1390
                                                  alex.hartzler@usdoj.gov

                                             s/ Nicolette Glazer
                                             NICOLETTE GLAZER
                                             Attorney for Plaintiff
                                             Law Office of Larry R. Glazer
                                             Watt Plaza
                                             1875 Century Park East #700
                                             Century City, California 90067
                                             (708) 435-0404
                                             nicolette@glazerandglazer.com