# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.2
### Eastern Division

Jacqueline Stevens

                        Plaintiff,

v.                                          Case No.: 1:22−cv−05072
                                                         Honorable Matthew F. Kennelly

United States Department Health and Human Services, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 9, 2024:

      MINUTE entry before the Honorable Matthew F. Kennelly: The Court has reviewed the parties' joint status report regarding EOIR. A further joint status report regarding EOIR and how to address any remaining issues regarding that defendant is to be filed on 10/29/2024. A telephonic status hearing is set for 10/31/2024 at 9:10 AM, using call−in number 650−479−3207, access code 2305−915−8729. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.