UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JACQUELINE STEVENS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF ) <br> HEALTH AND HUMAN SERVICES, *et al.*, ) <br> ) <br> Defendants. ) | No. 22 C 5072 <br><br> Judge Kennelly |

## CBP'S STATUS REPORT

Per the court's September 28, 2024 minute entry (Dkt. 106), defendant Customs and Border Protection submits this status report in this Freedom of Information Act case:

1. As previously reported, CBP and plaintiff Jacqueline Stevens have been attempting to negotiate an agreement regarding which of CBP's component offices should be searched for records responsive to part two of Stevens's "Underwood request." Dkt. 105 ¶ 2. However, the two sides have been unable to reach an agreement.

2. CBP plans to proceed with its search for records responsive to part two of the "Underwood request" by searching the following component offices: (a) the Office of the Commissioner (in case someone in that office had oversight of the relevant topic); (b) the Office of Field Operations/U.S. Border Patrol/Air and Marine Operations (which are enforcement offices that could possibly have responsive records given the topic's potential nexus to encounters with non-citizens or other travelers); (c) Operations Support's sub-office called the Office of the Chief Medical Officer (the *most* likely office to have responsive records, in CBP's view); and (d) Public Affairs (in case members of the media or public reached out to CBP with questions on the topic).

3. Regarding part three of the "Underwood request," CBP previously reported that it tasked its FOIA office with conducting a search of the previously identified Procurement Office employee's emails, that the search yielded records that on initial review appeared non-responsive, and that CBP needed more time to review the potentially responsive records. Dkt. 105 ¶ 3. CBP's review of those records is ongoing, and CBP is also evaluating whether it should search any additional custodians.

5. CBP proposes that it file another status report by December 20, 2024.

> Respectfully submitted,
>
> MORRIS PASQUAL.
> Acting United States Attorney
>
> By: s/ Alex Hartzler
>   ALEX HARTZLER
>   Assistant United States Attorney
>   219 South Dearborn Street
>   Chicago, Illinois 60604
>   (312) 886-1390
>   alex.hartzler@usdoj.gov