UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JACQUELINE STEVENS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF ) <br> HEALTH AND HUMAN SERVICES, *et al.*, ) <br> ) <br> Defendants. ) | No. 22 C 5072 <br><br> Judge Kennelly |

**JOINT STATUS REPORT REGARDING EOIR**

At the court's direction, the parties in this Freedom of Information Act case jointly submit this status report regarding "the steps necessary to bring this case to a prompt conclusion with respect to EOIR" (Dkt. 103).

1. Defendant Executive Office of Immigration Review produced additional records in response to the court's recent summary judgment ruling, and plaintiff Jacqueline Stevens has reviewed that production.

2. The production included several pages of responsive records that EOIR redacted in full based on the fact that EOIR referred those pages to ICE for review and processing by ICE.

3. ICE expects to be able to process and produce the records in question within 30 days.

4. Accordingly, the parties suggest that they file another status report in around 45 days, to let the court know whether any issues remain regarding EOIR.

Respectfully submitted,

MORRIS PASQUAL
Acting United States Attorney

By: s/ Alex Hartzler
ALEX HARTZLER
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-1390
alex.hartzler@usdoj.gov

s/ Nicolette Glazer
NICOLETTE GLAZER
Attorney for Plaintiff
Law Office of Larry R. Glazer
Watt Plaza
1875 Century Park East #700
Century City, California 90067
(708) 435-0404
nicolette@glazerandglazer.com