UNITED STATES DISTRICT COURT
For the Northern District of Illinois −
Eastern Division

| | |
|---|---|
| **Jacqueline Stevens** } | |
| } | |
| Plaintiff } | |
| } | Civil Case No.: 22-cv-05072 |
| vs. } | Judge: Honorable M. Kennelly |
| } | |
| **United States Department of Health and** } | |
| **Human Services et al.** } | |

### DECLARATION OF JACKQUELINE STEVENS

Plaintiff Stevens, through counsel, hereby files this Declaration in advance of the 25 November 2024 hearing.

                  Respectfully Submitted by

              _____s/ Nicolette Glazer Esq._____
                    Nicolette Glazer Esq.
                    LAW OFFICES OF LARRY R GLAZER
                    2121 Avenue of the Stars #8s00
                    Century City, CA 90067
                    T: 310-407-5353
                    F: 310-407-5354
                    nicolette@glazerandglazer.com
                    ONE OF PLAINTIFF'S ATTORNEYS

## DECLARATION OF JACQUELINE STEVENS

I, Jacqueline Stevens, state and declare under penalty of perjury that the following is true and correct:

1.      I am the named Plaintiff in the above captioned matter.  I have been a tenured full-time professor in the Political Science Department at Northwestern University ("Northwestern") since 2010.  In 2012, I became the founding Faculty Director of the Deportation Research Clinic, Buffet Institute for Global Affairs at Northwestern.

2.      I make this declaration based on personal knowledge and observations as stated herein. Further, this Declaration contains my professional opinions on certain topics for which I have specialized knowledge based on my education, professional experience, expertise, and research.

3.      If called to testify I could and would testify to each of the facts stated within this Declaration.

4.      My scholarship focuses on laws and theories of membership in political societies since antiquity, especially policies that mobilize state violence on behalf of intergenerational groups and histories, especially nations.  My publications in popular and academic venues frequently analyze information about government operations.  My research practice includes regular requests under the Freedom of Information Act ("FOIA").   My findings have been featured in numerous newspaper, magazine, radio, and television reports, including those of the *New Yorker, New York Times, Guardian, Columbia Journalism Review,* NPR, PBS, and CNN.

5.      My scholarly publications have appeared in highly selective venues, including *Political Theory, American Political Science Review,* and *Georgetown Immigration Law Journal.*  My monographs have been published by Princeton University Press and Columbia University Press.

6.      I have used and continue to use information about federal procurement practices in my publications in the media, scholarly venues, and on the following websites: "Deportation Research

Clinic, Buffett Institute for Global Affairs, Northwestern University"

https://buffett.northwestern.edu/programs/deportationresearch/; "Deportation Research Clinic, Source Material," https:deportationresearchclinic.org; and States without Nations, https://stateswithoutnations.blogspot.com[1]

7. Records numbering in the thousands of pages I obtained from a previous request of Health and Human Services were featured in reporting by the highly popular radio show "This American Life," in an episode on how ICE procured dental X-rays from minors for age assessments.[2] The same reports were then used for an article in the leading scholarly public health journal I co-authored.[3]

8. I submitted my request for these records to the HHS FOIA office by email on May 7, 2018. On May 11, 2018, HHS assigned the request a case number. On August 8, 2018, I filed a complaint in federal court under FOIA indicating HHS had produced no records responsive to my request. On January 25, 2019, I received my first records responsive to the request. If I had not filed a lawsuit, I believe I would have received zero records responsive to my request.

---

[1] A sample of Plaintiff's scholarly publications since 2015 using information obtained under FOIA include: "Forensic Intelligence and the Deportation Research Clinic: Toward a New Paradigm" *Perspectives on Politics* (2015);"One Dollar Per Day: The Slaving Wages of Immigration Jail, 1942 to Present," *Georgetown Immigration Law Journal* ([2015] 2016); Stevens, Jacqueline. "One Dollar per Day: A Note on Recent Forced Labor and Dollar-per-Day Wages in Private Prisons Holding People under Immigration Law," *Valparaiso University Law Review* (2017); "Citizens as Aliens," in *Citizenship in Question: Evidentiary Birthright and Statelessness*, edited with Benjamin Lawarance (2017); co-authors Heather Schoenfeld, and Elizabeth Meehan, "The Case against Absolute Judicial Immunity for Immigration Judges." *Law & Inequality* (2019).

[2] Nadia Reiman, "My Very Unhappy Birthday," *This American Life*, July 12, 2019, https://www.thisamericanlife.org/679/save-the-girl/act-one-7.

[3] Farzana Kapadia, Jacqueline Stevens, and Diana Silver, "Dental Radiographs for Age Estimation in US Asylum Seekers: Methodological, Ethical, and Health Issues," *American Journal of Public Health*, Aug. 9, 2020, https://deportationresearchclinic.org/ajph_2020_305918.pdf. ("The long-term health impacts of mislabeling minors as adults are substantial….We therefore call on health professionals to … 1. [r]efuse to take part in these testing programs that employ radiation without any medical benefits….5. Urge their professional associations to pass resolutions prohibiting the use of dental radiograph for age determination because of its methodological inadequacy and the ensuing ethical and legal harms of its misapplication to unaccompanied minors seeking asylum.")

9.      Due to my ongoing scholarship and publications on government misconduct and corruption in federal procurement tied to Homeland Security, the records I am seeking remain very important to my research.[4]

10.     HHS in 2024 admitted to providing the D.C. District Court inaccurate sworn declarations during FOIA litigation. *Ctr. for Med. Progress v. HHS,* 2024 WL 2262634 (May 15, 2024), Per Curiam Order, 23-5224, unpublished pursuant to D.C. Circuit Court Rule 26.  (Ordering remand to district court: "[A]ppellee requests vacatur and remand so that it may reprocess documents and correct inaccuracies in declarations it filed in district court.  Appellee's failure to provide a detailed explanation in support of its unusual request is concerning, as is the potential for prejudice to appellant from appellee's disclosure at this late stage that its filings contain unspecified inaccuracies.")[5] On information and belief, if the Plaintiff-Appellant did not appeal the district court's ruling, HHS would not have revealed its declarations contained inaccuracies.

11.     HHS Office of the Secretary, the component handling this production, in FY 2023 devoted $4,371,164 (44%) of its FOIA budget to litigation, with the balance spent on processing.[6]  HHS HQ reports spending more on its discretionary broadcasting studio[7] than on its mandatory FOIA operations.[8]

Respectfully Submitted this 21st day of November 2024,

---

[4] E.g., Jacqueline Stevens, "Don't deter the huddled masses. Deter private prison kleptocrats who profit off them," *The News Tribune*, July 11, 2024.  The essay was circulated widely by an MSNBC platform, https://www.msn.com/en-us/news/us/don-t-deter-the-huddled-masses-deter-private-prison-kleptocrats-who-profit-off-them-opinion/ar-BB1pNIc9.  The article highlights an obscure federal regulation that builds profits into federal contracts at a rate higher than private markets.

[5]   HHS prevailed in its motion for summary judgment.  *Ctr. for Med. Progress v. HHS*, 685 F. Supp. 3d 8 (D.D.C. 2023).

[6] HHS FY 2023 Annual FOIA Report, https://www.hhs.gov/foia/reports/annual-reports/2023/index.html.

[7] HHS TV, https://www.hhs.tv/.

[8] HHS Congressional Budget Justification, FY 2025, p. 388, denoting *actual* expenditures of $3.035 million on the HHS Broadcasting Studio for 2023 and *approved* expenditures of $3.897 and $4.480 million for FY 2024 and FY 2025, respectively, compared to HQ outlay of $1.947 million for FOIA operations in FY 2023 and approvals of $2.315 and $3.041 for FY 2024 and FY 2025, respectively.  https://www.hhs.gov/sites/default/files/fy-2025-gdm-cj.pdf.

JACQUELINE STEVENS
Professor
Political Science Department

Founding Faculty Director
Deportation Research Clinic
Buffett Institute for Global Affairs
Northwestern University