UNITED STATES DISTRICT COURT
For the Northern District of Illinois −
Eastern Division

| | |
|---|---|
| Jacqueline Stevens }<br>}<br>Plaintiff }<br>}<br>vs. }<br>}<br>United States Department of Health and }<br>Human Services et al. } | Civil Case No.: 22-cv-05072<br>Judge: Honorable M. Kennelly |

**PLAINTIFF'S NOTICE OF ERRATUM IN RE: RESPONSE AND OPPOSITION TO MOTION FOR STAY**

Counsel for Plaintiff respectfully requests a leave to correct an error in the Response and Opposition to Stay filed on 1/22/2023 as follows:

In the Opposition counsel stated that ICE had filed two Rule 56 motions. ICE filed one Rule 56 motion.

The undersigned apologizes for the error.

Respectfully Submitted by

_____s/ Nicolette Glazer Esq._____
Nicolette Glazer Esq.
LAW OFFICES OF LARRY R GLAZER
2121 Avenue of the Stars #800
Century City, CA 90067
T: 310-407-5353
F: 310-407-5354
nicolette@glazerandglazer.com
ONE OF PLAINTIFF'S ATTORNEYS