**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.2)**
**Eastern Division**

Jacqueline Stevens

Plaintiff,

v.

Case No.: 1:22−cv−05072
Honorable Matthew F. Kennelly

United States Department Health and Human Services, et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, January 24, 2025:

MINUTE entry before the Honorable Matthew F. Kennelly: Video motion hearing held on 1/24/2025. Defendant's motion to stay [122] is denied without prejudice to filing a motion to stay once a motion to appeal is filed. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.