## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

Jacqueline Stevens

                Plaintiff,

v.                                        Case No.: 1:22−cv−05072
                                              Honorable Matthew F. Kennelly

United States Department Health and Human Services, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 29, 2025:

      MINUTE entry before the Honorable Matthew F. Kennelly: Video motion hearing held on 1/29/2025. Oral ruling made on the defendant's motion to stay [131]. The second sentence of the final paragraph in the Memorandum Opinion and Order entered on 1/16/2025 [121] is modified to read as follows following: The Court denies ICE's motion for summary judgment in full and orders ICE to produce all responsive records without redactions to Stevens by **4/30/2025**. The defendant's motion to stay [131] is denied without prejudice to refiling in light of the Court's modification of the order. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.