UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JACQUELINE STEVENS,                       )
                                          )
                    Plaintiff,            )
                                          )
            v.                            )     No. 22 C 5072
                                          )
                                          )     Judge Kennelly
UNITED STATES DEPARTMENT OF               )
HEALTH AND HUMAN SERVICES, *et al.*,      )
                                          )
                    Defendants.           )

## CBP'S STATUS REPORT

Per the court's direction at the conclusion of the settlement conference held on February 28, 2025, defendant Customs and Border Protection submits this status report in this Freedom of Information Act case:

1.      The court directed CBP to identify, by March 21, 2025, the volume of records that have been collected from CBP's Office of Acquisition.

2.      CBP has determined that the total volume from that office is 26,012 documents totaling 2,335,351 pages.  (CBP recognizes that that number is large compared to the total number CBP previously reported for *all* of the component offices CBP searched.  The reason, as explained during the settlement conference, is that the previously reported number turned out to be an undercount because only a portion of the returned records had been ingested into CBP's FOIA software for analysis.  The total number of pages that came back from all of the component offices that CBP searched is actually in the tens of millions.)

3.      If documents previously produced and documents exceeding more than 100 pages are excluded, the number of Office of Acquisition records remaining is 21,596 documents totaling 180,405 pages.

4.      Because it now seems that Stevens's primary interest is in communications between CBP and outside contractors such as General Dynamics, CBP has applied the search term "General Dynamics" to the under-100-page-document universe.  The application of that search term yields 230 documents totaling 5,766 pages.

5.      Because 5,766 pages is a more reasonable number of records to review, CBP proposes that it begin processing those pages in an effort to resolve this litigation.

6.      If Stevens would prefer CBP not to process the "General Dynamics" pages, CBP invites Stevens to propose additional or different search terms to be applied.

7.      The parties' attorneys are scheduled to speak with the court by telephone on March 25, 2024, at 8:45 a.m.

Respectfully submitted,

MORRIS PASQUAL.
Acting United States Attorney

By: s/ Alex Hartzler
    ALEX HARTZLER
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 886-1390
    alex.hartzler@usdoj.gov