**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Jacqueline Stevens

                                          Plaintiff,

v.                                            Case No.: 1:22−cv−05072
                                            Honorable Matthew F. Kennelly

United States Department Health and Human Services, et al.

                                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 1, 2025:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic ruling on a motion hearing held on 4/1/2025. Oral ruling made on defendant Immigration and Customs Enforcement to stay [146]. Defendant Immigration and Customs Enforcement to stay [146] is granted for the reasons stated on the record. The parties are directed to file a joint status report with an update on what remains in the case by 5/9/2025. The case is set for a telephonic status hearing on 5/13/2025 at 9:00 a.m. The following call−in number will be used for the hearing: 650−479−3207; access code 2305−915−8729. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (mma, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.