UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JACQUELINE STEVENS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF ) <br> HEALTH AND HUMAN SERVICES, *et al.*, ) <br> ) <br> Defendants. ) | No. 22 C 5072 <br><br> Judge Kennelly |

**JOINT STATUS REPORT REGARDING HHS**

At the court's direction (Dkt. 155), the parties in this Freedom of Information Act case jointly submit this status report:

1. The parties have jointly proposed the following schedule with respect to HHS: (1) HHS to provide plaintiff with a declaration and *Vaughn* index by September 30, 2025; (2) plaintiff to provide a letter of no more than 5 single-spaced pages containing her objections to HHS's search or withholdings by October 14, 2025 (3) HHS to response with a letter of no more than 5 single-spaced pages by October 28, 2025; (4) the parties to meet and confer by November 4, 2025; and (5) the parties to submit a joint filing, limited to 15 double-spaced pages in total (approximately 7 pages per side plus header and signature blocks), setting forth their respective positions on any outstanding issues, by November 21, 2025. *See* Dkt. 154 ¶ 7.

2. The parties also previously reported a disagreement about which withholdings from HHS's FOIA productions should be included on HHS's anticipated *Vaughn* index. *Id.* ¶ 8.

3. The court directed the parties to file an update on this issue by June 3, 2025. Dkt. 155.

4. The parties have conferred and have reached an agreement that HHS's *Vaughn* index need not include certain information that HHS withheld from disclosure under Exemption 6 to the FOIA statute.

5. The parties propose that they follow the schedule outlined above in paragraph 1 with respect to HHS.

        Respectfully submitted,

        ANDREW S. BOUTROS
        United States Attorney

        By: s/ Alex Hartzler
           ALEX HARTZLER
           Assistant United States Attorney
           219 South Dearborn Street
           Chicago, Illinois 60604
           (312) 886-1390
           alex.hartzler@usdoj.gov

        s/ Nicolette Glazer
        NICOLETTE GLAZER
        Attorney for Plaintiff
        Law Office of Larry R. Glazer
        Watt Plaza
        1875 Century Park East #700
        Century City, California 90067
        (708) 435-0404
        nicolette@glazerandglazer.com