**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Jacqueline Stevens

 Plaintiff,

v.                                                                 Case No.: 1:22–cv–05072
                                                                   Honorable Matthew F.
                                                                   Kennelly

United States Department Health and Human
Services, et al.

                                                                   Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 13, 2025:

   MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic status hearing held on 6/13/2025. The Court made rulings on all outstanding issues that are ripe for decision. (1) CBP: CBP is directed to file on 7/31/2025 a status report providing the status of its production of the remaining records. (2) EOIR: The Court finds that the declaration provided by EOIR regarding its withholdings under the deliberative process exemption is sufficient and legally adequate. The Court understands this to dispose of the last remaining issue regarding the plaintiff's claim(s) against EOIR. (3) HHS: The Court adopts the parties' proposed schedule as follows. HHS is to provide the plaintiff with a Vaughn index by 9/30/2025. The plaintiff is to provide a letter to HHS with any objections to the search or withholdings by 10/14/2025. HHS is directed to respond with a similar letter by 10/28/2025. Both letters are to be no more than five single spaced pages. The parties are directed to meet and confer by 11/4/2025. A joint status report with the parties' respective positions on any outstanding issues is to be filed by 11/21/2025. The joint status report is limited to 15 double spaced pages in total. (4) ICE: The Court finds that the declaration provided by ICE stating why it had not searched certain offices within the agency is a sufficient explanation and that there is no reasonable basis to believe that either of those offices would have any records responsive to the plaintiffs' FOIA requests. The Court understands that the only remaining issues regarding the plaintiff's claims against ICE involve the matters that have been stayed pending appeal. (5) The case is set for a telephonic status hearing on 8/21/2025 at 8:50 a.m. The following call–in number will be used for the hearing: 650–479–3207; access code 2305–915–8729. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.