UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JACQUELINE STEVENS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 22 C 5072 |
| v. | ) | |
| | ) | Judge Kennelly |
| UNITED STATES DEPARTMENT OF | ) | |
| HEALTH AND HUMAN SERVICES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **CBP'S STATUS REPORT**

At the court's direction (Dkt. 162), defendant Customs and Border Protection submits this status report in this Freedom of Information Act case:

1.      The undersigned AUSA apologizes to the court for neglecting to file CBP's status report by July 31, as directed.

2.      CBP has continued to process and produce records each month.

3.      In June 2025, CBP processed 810 pages and produced 195 pages as responsive, withheld 92 pages as exempt from production, and withheld 523 pages as duplicates of previously produced pages.

4.      In July 2025, CBP processed 753 pages and produced 219 as responsive, withheld 89 pages as exempt from production, and withheld 445 pages as duplicates of previously produced pages.

5.      A production for August 2025 is in the works.

6.      After the August 2025 production goes out, CBP will have 441 documents that remain to be processed.  Due to a quirk in the way the documents are stored, CBP cannot determine the total number of pages until it processes the documents.

5.      CBP proposes that it file another status report by October 17, 2025.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: s/ Alex Hartzler
    ALEX HARTZLER
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 886-1390
    alex.hartzler@usdoj.gov