UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JACQUELINE STEVENS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 22 C 5072 |
| | ) | |
| | ) | Judge Kennelly |
| UNITED STATES DEPARTMENT OF | ) | |
| HEALTH AND HUMAN SERVICES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT REGARDING HHS**

Per the court's August 29, 2025 minute order (Dkt. 166), the parties jointly submit this status report regarding HHS:

1. The parties have conferred in the wake of the court's request that they propose a new schedule that provides for the next joint status report to be filed no later than December 12, 2025.

2. The parties now propose the following schedule: (a) HHS to produce any previously withheld material that it now deems appropriate for production by October 15, 2025; (b) HHS to provide plaintiff with a declaration and *Vaughn* index by October 30, 2025; (c) plaintiff to provide a letter of no more than five pages containing her objections to HHS's search or withholdings by November 14, 2025; (d) HHS to respond with a letter of no more than five pages by November 21, 2025; (e) the parties to meet and confer by December 3, 2025; and (f) the parties to file a joint status report of no more than 15 pages containing the parties' respective positions on any outstanding issues by December 12, 2025.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: s/ Alex Hartzler
    ALEX HARTZLER
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 886-1390
    alex.hartzler@usdoj.gov

 s/ Nicolette Glazer
NICOLETTE GLAZER
Attorney for Plaintiff
Law Office of Larry R. Glazer
Watt Plaza
1875 Century Park East #700
Century City, California 90067
(708) 435-0404
nicolette@glazerandglazer.com

2