UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JACQUELINE STEVENS,                 )
                                        )
           Plaintiff,         )
                                        )
           v.                   )   No. 22 C 5072
                                        )
                                        )   Judge Kennelly
UNITED STATES DEPARTMENT OF   )
HEALTH AND HUMAN SERVICES, *et al.*,  )
                                         )
          Defendants.    )

**JOINT STATUS REPORT**

Per the court's October 18, 2025 minute order (Dkt. 170), the parties jointly submit this status report:

1.      To account for lost time during the recent federal shutdown, General Order 25-0028 extended all deadlines in civil cases involving the federal government by 49 days.  Dkt. 171.

2.      With that extension, the new deadlines regarding HHS are: (a) HHS to produce any previously withheld material that it now deems appropriate for production by December 5, 2025; (b) HHS to provide plaintiff with a declaration and *Vaughn* index by December 18, 2025; (c) plaintiff to provide a letter of no more than five pages containing her objections to HHS's search or withholdings by January 2, 2026; (d) HHS to respond with a letter of no more than five pages by January 9, 2026; (e) the parties to meet and confer by January 21, 2026; and (f) the parties to file a joint status report of no more than 15 pages containing the parties' respective positions on any outstanding issues by January 30, 2026.

3.      CBP has continued to produce records each month.  Remaining to be produced are 370 Excel files that have proven difficult to manage in CBP's review software.  CBP plans to produce a sample so that plaintiff can determine whether she is even interested in these records

and might agree to remove them from consideration, or alternatively clarify which aspects of the files she is interested in, which could aid CBP's processing and review.

4.      The only remaining issue involving ICE is the issue that has been stayed pending appeal.  Dkt. 161.  The Seventh Circuit Court of Appeals has scheduled oral argument on that issue for December 12, 2025.

5.      No issues remain regarding EOIR.  Dkt. 161.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: s/ Alex Hartzler
     ALEX HARTZLER
     Assistant United States Attorney
     219 South Dearborn Street
     Chicago, Illinois 60604
     (312) 886-1390
     alex.hartzler@usdoj.gov

s/ Nicolette Glazer
NICOLETTE GLAZER
Attorney for Plaintiff
Law Office of Larry R. Glazer
Watt Plaza
1875 Century Park East #700
Century City, California 90067
(708) 435-0404
nicolette@glazerandglazer.com