UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JACQUELINE STEVENS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 22 C 5072 |
| v. | ) | |
| | ) | Judge Kennelly |
| UNITED STATES DEPARTMENT OF | ) | |
| HEALTH AND HUMAN SERVICES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT REGARDING CBP**

Per the court's November 25, 2025 minute order (Dkt. 173), the parties jointly submit this status report regarding CBP:

1.      CBP previously reported the existence of a large number of unwieldy Excel files that are difficult to manage in CBP's review software.  CBP has produced a sample to plaintiff in the hope of determining whether plaintiff is even interested in these records and might agree to remove some of them from consideration, or alternatively clarify which aspects of the files she is interested in, which could aid CBP's processing and review.

2.      Plaintiff is interested in the "sample" and believes it may be responsive to her request and beneficial to her scholarly work but has concerns about the way the sample Excel file has been produced. The parties are working together to determine whether they can come to an agreement on how to proceed.  The parties will continue to work together in advance of the scheduled telephonic status hearing set for December 12, 2025.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: s/ Alex Hartzler
    ALEX HARTZLER
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 886-1390
    alex.hartzler@usdoj.gov

 s/ Nicolette Glazer
NICOLETTE GLAZER
Attorney for Plaintiff
Law Office of Larry R. Glazer
Watt Plaza
1875 Century Park East #700
Century City, California 90067
(708) 435-0404
nicolette@glazerandglazer.com

2