IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Jacqueline Stevens,

               Plaintiff,

    v.

Immigration and Customs Enforcement
et al.,

             Defendants.

Civil Action No. 1:22-cv-5072

Honorable Matthew F.
Kennelly

## INJUNCTION ORDER

On January 16, 2025, this Court granted Jacqueline Stevens's ("Plaintiff" or "Stevens") motion for summary judgment as to Plaintiff's claims against Immigration and Customs Enforcement ("ICE") in Count 3 of her complaint, which alleged unlawful withholding of agency records responsive to her three FOIA requests to ICE issued in 2021 and 2022 for records related to Miguel Guzman Silvestre, Toan Hoang, and Pascal Charpentier.  The Court ordered ICE to produce in full the documents identified as responsive.

On April 1, 2025, this Court stayed the order to produce responsive records pending ICE's appeal to the Seventh Circuit. Dkt. 153.

For the reasons stated in this Court's January 16, 2025 order (Dkt. No. 121), this Court hereby enters an injunction, pursuant to Federal Rule of Procedure 65, requiring ICE to provide to Stevens all records identified as responsive to Plaintiff's

FOIA requests in full without redactions. For the reasons previously stated by the Court in the order of April 1, 2025, the Court stays this injunction pending appeal.

The Court retains jurisdiction to enforce this injunction, to adjudicate Plaintiff's claims for attorney's fees and costs, and to resolve the remaining FOIA disputes between Plaintiff and defendants that are not addressed by this Order.

Date: January 2, 2026

MATTHEW F. KENNELLY
United States District Judge