UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JACQUELINE STEVENS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF ) <br> HEALTH AND HUMAN SERVICES, *et al.*, ) <br> ) <br> Defendants. ) | No. 22 C 5072 <br><br> Hon. Judge Kennelly |

### NICOLETTE GLAZER ESQ's UNOPOSED REQUEST FOR LEAVE NOT TO APPEAR AT THE 20 JANUARY 2026 HEARING

The Court scheduled an in-person hearing on 20 January 2026 to address path towards resolution of Plaintiff's remaining CBP claims. The undersigned respectfully requests that the Court exercise favorable discretion and grant leave to the undersigned not to appear at the hearing. In support the undersigned states and declares under penalty of perjury as follows:

1. Ms. Rima Kapitan Esq. is Plaintiff's trial and also appellate counsel in this case. See ECF #113.

2. Ms. Kapitan has and would be acting as lead counsel with respect to the remaining CBP issues at the request of Plaintiff.

3. I'm scheduled to start a jury trial on 27 January 2026 in an unrelated civil matter before Hon. Judge Sirna of the Los Angeles Superior Court in the *Contreras v Ramirez et a, case no.* 23PSCV02379. I am the sole counsel of record in said case. Yesterday I took the deposition of Plaintiff's expert in the unrelated matter which uncovered significant new matters that will be subject of ex parte and noticed expert discovery motions and a possible second deposition after an IME of the Plaintiff, all in the next two weeks. One of the

available dates is 20 January 2026. If I must travel to Chicago for the 20th I will not be able to schedule any matters on either the 20th or the 21st in the unrelated matter which would likely lead Plaintiff to seek a continuance of the trial. My clients oppose such a continuance, and the parties had declared ready for trial.

4. In light of the fact that Ms. Kapitan would be in the best position to address any and all concerns and questions regarding Plaintiff's CBP remaining claims and the parties' proposal(s) and will be appearing in person, I respectfully request to be permitted not to appear at the 20 January 2026 hearing.

5. Mr. Alex Hartzler Esq, counsel for Defendants, does not oppose this request.

Respectfully submitted,

s/ Nicolette Glazer
NICOLETTE GLAZER
Law Office of Larry R. Glazer
Fox Plaza
2121 Avenue of the Stars #800
Century City, California 90067
(708) 435-0404
nicolette@glazerandglazer.com