UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JACQUELINE STEVENS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 22 C 5072 |
| | ) | |
| | ) | Judge Kennelly |
| UNITED STATES DEPARTMENT OF | ) | |
| HEALTH AND HUMAN SERVICES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>DECLARATION OF PLAINTIFF STEVENS IN</u><br><u>RE: JOINT STATUS REPORT REGARDING HHS</u>

s/ Nicolette Glazer
NICOLETTE GLAZER
Attorney for Plaintiff
Law Office of Larry R. Glazer
Watt Plaza
1875 Century Park East #700
Century City, California 90067
(708) 435-0404
nicolette@glazerandglazer.com

## DECLARATION OF JACQUELINE STEVENS

I, Jacqueline Stevens, state and declare under penalty of perjury that the following is true and correct:

1.     I am a named Plaintiff in the Complaint under the Freedom of Information Act ("FOIA"). I have been a tenured full professor in the Political Science Department at Northwestern University ("Northwestern") since 2010.  In 2012 I became the founding Director of the Deportation Research Clinic, Buffet Institute for Global Affairs, Northwestern University ("Clinic").

2.     I make this declaration based on personal knowledge and observations as stated herein. Further, this Declaration contains my professional opinions on certain topic for which I have specialized knowledge based on my education, professional experience, expertise, and research.

3.     If called to testify I could and would testify to each of the facts stated within this Declaration.

### Health and Human Services

**2020-00435-FOIA-OS — Lauren Underwood**

4.     On December 11, 2019, according to HHS, **I** used the HHS FOIA portal to submit a request stating I was:

> "...interested in information about the responsibilities of Lauren Underwood (now a member of Congress, D-IL) when she was employed at the Department of Health and Human Services. This includes but is not limited to: 1) her job titles and responsibilities during her employment at DHHS, including but not limited to that associated with her presence at this meeting: https://www.reginfo.gov/public/do/viewEO12866Meeting?viewRule=true&meetingId=1 42 2) Underwood's email received and sent while she was an employee at DHHS,

including all attachments, with any party who was not employed by the United States government or was not using a .gov email address. 3) The first five emails sent and received by Underwood for each January, April, July, and November of each year she was employed by the U.S. government, regardless of the parties. (So the first five sent and received starting Jan. 1 of the first year she was employed, which could be 2010, then the first five starting on July 1, 2010, etc.) 4) Underwood's resumes submitted for purposes of hiring or promotion. 5) All correspondence or other information in any medium on which those responsible for hiring or transferring Underwood relied for these decisions. This includes but is not limited to position requests. The time of this request is January 1, 2010 to January 21, 2017. (Date Range for Record Search: From 1/1/2010 to 1/21/2017)".

5.      The above text was provided to me via an email from HHS with an attached PDF dated

January 13, 2020, with the tracking number **2020-00435-FOIA-OS**.

6.      On Dec. 11, 2019  I tried to use the HHS FOIA platform to submit my request for records

on Lauren Underwood's work at HHS. Based on previous experiences with agency platforms

linked to via the FOIA.gov website, I expected to receive an immediate confirmation by email that

my request was successfully submitted.  However, I did not receive any confirmation or tracking

number for my request via the portal until January 13, 2020, when I received a case number **2020-**

**00435-FOIA-OS,**  the case number used in my Complaint and confirmed in the Answer for this

proceeding.  Dkt. 15,  at ¶20-24.

7.      Concerned on December 11, 2019 about the lack of confirmation via email from HHS, I

submitted a second request at 10 p.m. by email, one that was less specific and tracked as **2020-**

**00316-FOIA-OS**.

8.      In his declaration of December 18, 2025, Brandon Lancey stated HHS had located records

responsive to a request by me, tracked as **2019-00656-FOIA-OS**. In preparation for this joint status

report, I attempted, unsuccessfully, to locate this tracking number in my email, computer, and cloud

storage spaces. (On information and belief, this may have been another effort to use the HHS

platform, prior to sending a request by email.)

9.      As I engaged in these efforts, I noticed that some PDF file names from HHS reference both

-00316 and -00435, e.g,.

Stevens, Jacqueline - 22-cv-05072 (2020-00435&20-00316) (REDACTED COPY)(Revised Redactions)(12-18-2025)_Part3.pdf –

10.      The request tracked as **2020-00316-FOIA-OS** has the text on which I relied when

assembling my complaint, though I erroneously stated it was **2020-00435-FOIA-OS**. Dkt 1, ¶20.

11.      HHS Answer erroneously "admit[ted]" the text was that associated with **2020-00435-**

**FOIA-OS** [Dkt 15, Answer,  ¶¶20-1].

12.      The HHS FOIA office online portal reviewed in this Declaration is listed in the HHS

FOIA Code of Federal Regulations as a URL for requests submitted pursuant to the FOIA.[1]

13.      HHS's FOIA platform remains dysfunctional.[2]

14.       HHS did not provide any records responsive any of the three requests indicated above

prior to litigation.  Dkt. 15, Answer ¶24.

15.      The correspondence with the b(6) exemption I seek to have removed was initiated by a

Senior Policy Adviser at Sidley and Austin who advertised assistance to clients with ventures

congruent with HHS initiatives of which Underwood had direct knowledge, including

"•Advising a pharmaceutical company on U.S. Department of Health & Human Services (HHS)

Ebola policy and its potential impact on medical product development. •Advocating to the

Congress and HHS for expanded coverage and strengthened protections for patients through

Essential Health Benefit (EHB) packages on behalf of a patient coalition and pharmaceutical

---

[1]  § 5.23 Where do I send my FOIA request? https://www.ecfr.gov/current/title-45/subtitle-A/subchapter-A/part-5/subpart-B/section-5.23

[2]  The HHS FOIA portal (https://requests.publiclink.hhs.gov/App/Index.aspx) still does not function properly, thus preventing me from researching its contents for purposes of this status report.  "DownDetector" screenshot of HHS FOIA url from Jan. 27, 2026, Exhibit A; "DownDetector" screenshot stating "It is not just you. The server is not responding, Exhibit B.

company. ...•Assisting a health IT innovator with analysis of legislative and policy proposals to assess business impact, and navigating the Congress and Administration."3

Dated: February 5, 2026

JACQUELINE STEVENS
601 University Place
Second Floor, Political Science Department
Evanston, Illinois 60208
(847) 467-2093
jacqueline-stevens@northwestern.edu

---

3 "Business Briefing with Dora Hughes, SPA, Sidley Austin LLP," American Chamber of Commerce, https://amcham.com.au/web/Web/AmCham/Events/Event_Display.aspx?EventKey=020022, event on October 31, 2017..

| | |
|---|---|
| **From:** | Office of the Executive Secretary Master Calendar (HHS/OS) </O=HHS EES/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=.EXECTIVE SECRETARIAL MASTER.OS> |
| **To:** | Office of the Executive Secretary Master Calendar (HHS/OS) /O=HHS EES/OU=First Administrative Group/cn=Recipients/cn=.Exective Secretarial Master.OS <ExecutiveSecretarialMaster@hhs.gov>; Underwood, Lauren (HHS/IOS) /O=HHS EES/OU=First Administrative Group/cn=Recipients/cn=Lauren.Underwood.OS <Lauren.Underwood@hhs.gov>; Braxton, Shawn L. (CMS/OSORA) /O=HHS EES/OU=First Administrative Group/cn=Recipients/cn=shawn.braxton.cms85290452 <Shawn.Braxton@cms.hhs.gov>; Jordon, Rorye (CMS/OSORA) /O=HHS EES/OU=First Administrative Group/cn=Recipients/cn=Rorye.Jordon.CMS <Rorye.Jordon@cms.hhs.gov>; Barco, Evell J. (CMS/OSORA) /O=HHS EES/OU=First Administrative Group/cn=Recipients/cn=evell.barco.cms65429139 <Evell.Barco@cms.hhs.gov>; Miller, Timothy C. (CMS/OSORA) /O=HHS EES/OU=First Administrative Group/cn=Recipients/cn=timothy.miller.cms45689181 <timothy.miller@cms.hhs.gov> |
| **Subject:** | OMB Call: Administrative Simplification NPRM |
| **Date:** | 2012/04/02 12:01:18 |
| **Start Date:** | 2012/04/03 10:00:00 |
| **End Date:** | 2012/04/03 10:30:00 |
| **Priority:** | Normal |
| **Type:** | Appointment |
| **Location:** | Call in: (b)(6)   Passcode: (b)(6) |
| **Attendees:** | Underwood, Lauren (HHS/IOS); Braxton, Shawn L. (CMS/OSORA); Jordon, Rorye (CMS/OSORA); Barco, Evell J. (CMS/OSORA); Miller, Timothy C. (CMS/OSORA) |

When: Tuesday, April 03, 2012 10:00 AM-10:30 AM (GMT-05:00) Eastern Time (US & Canada).
Where: Call in: (b)(6)   Passcode: (b)(6)

Note: The GMT offset above does not reflect daylight saving time adjustments.

*~*~*~*~*~*~*~*~*~*

Purpose: This call will give CMS and OMB an opportunity to discuss a comment from their recent passback.

For further information please contact Lauren Underwood at 202-205-5446.

| | |
|---|---|
| **Sender:** | Office of the Executive Secretary Master Calendar (HHS/OS) </O=HHS EES/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=.EXECTIVE SECRETARIAL MASTER.OS> |
| **Recipient:** | Office of the Executive Secretary Master Calendar (HHS/OS) /O=HHS EES/OU=First Administrative Group/cn=Recipients/cn=.Exective Secretarial Master.OS <ExecutiveSecretarialMaster@hhs.gov>; Underwood, Lauren (HHS/IOS) /O=HHS EES/OU=First Administrative Group/cn=Recipients/cn=Lauren.Underwood.OS <Lauren.Underwood@hhs.gov>; Braxton, Shawn L. (CMS/OSORA) /O=HHS EES/OU=First Administrative Group/cn=Recipients/cn=shawn.braxton.cms85290452 <Shawn.Braxton@cms.hhs.gov>; Jordon, Rorye (CMS/OSORA) /O=HHS EES/OU=First Administrative Group/cn=Recipients/cn=Rorye.Jordon.CMS <Rorye.Jordon@cms.hhs.gov>; Barco, Evell J. (CMS/OSORA) /O=HHS EES/OU=First Administrative Group/cn=Recipients/cn=evell.barco.cms65429139 <Evell.Barco@cms.hhs.gov>; Miller, Timothy C. (CMS/OSORA) /O=HHS EES/OU=First Administrative Group/cn=Recipients/cn=timothy.miller.cms45689181 <timothy.miller@cms.hhs.gov> |
| **Sent Date:** | 2012/04/02 12:01:18 |

| | |
|---|---|
| **From:** | Office of the Executive Secretary Master Calendar (HHS/OS) </O=HHS EES/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=.EXECTIVE SECRETARIAL MASTER.OS> |
| **To:** | Office of the Executive Secretary Master Calendar (HHS/OS) /O=HHS EES/OU=First Administrative Group/cn=Recipients/cn=.Exective Secretarial Master.OS <ExecutiveSecretarialMaster@hhs.gov>; Erhardt, Myra (HHS/OGC) /O=HHS EES/OU=First Administrative Group/cn=Recipients/cn=myra.erhardt.os <Myra.Erhardt@HHS.GOV>; Tran, Donna (HHS/OGC) /O=HHS EES/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Donna.Tran.os <Donna.Tran@hhs.gov>; Fisher, Barbara (HHS/OGC) /O=HHS EES/OU=First Administrative Group/cn=Recipients/cn=barbara.fisher.os <Barbara.Fisher@HHS.GOV>; Underwood, Lauren (HHS/IOS) /O=HHS EES/OU=First Administrative Group/cn=Recipients/cn=Lauren.Underwood.OS <Lauren.Underwood@hhs.gov>; Millar, Fatima S. (CMS/OCSQ) /O=HHS EES/OU=First Administrative Group/cn=Recipients/cn=fatima.baysac.cms54375952 <fatima.millar@cms.hhs.gov>; Yates, Erick (CMS/OSORA) /O=HHS EES/OU=First Administrative Group/cn=Recipients/cn=Erick.Yates.CMS <Erick.Yates@cms.hhs.gov>; Brown, Taneya (CMS/OSORA) /O=HHS EES/OU=First Administrative Group/cn=Recipients/cn=Taneya.Brown.CMS <Taneya.Brown@cms.hhs.gov>; Colbert, Erica M. (CMS/OCSQ) /O=HHS EES/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Erica.Colbert.CMS <Erica.Colbert@cms.hhs.gov> |
| **Subject:** | OMB Call: Section 3014 Quality Measures |
| **Date:** | 2012/11/01 14:52:38 |
| **Start Date:** | 2012/11/02 15:00:00 |
| **End Date:** | 2012/11/02 16:00:00 |
| **Priority:** | Normal |
| **Type:** | Appointment |
| **Location:** | Call in: (b)(6)    Passcode: (b)(6) |
| **Attendees:** | Erhardt, Myra (HHS/OGC); Tran, Donna (HHS/OGC); Fisher, Barbara (HHS/OGC); Underwood, Lauren (HHS/IOS); Millar, Fatima S. (CMS/OCSQ); Yates, Erick (CMS/OSORA); Brown, Taneya (CMS/OSORA); Colbert, Erica M. (CMS/OCSQ) |

When: Friday, November 02, 2012 3:00 PM-4:00 PM (GMT-05:00) Eastern Time (US & Canada).
Where: Call in: (b)(6)    Passcode: (b)(6)

Note: The GMT offset above does not reflect daylight saving time adjustments.

*~*~*~*~*~*~*~*~*~*

Purpose:  OMB requested a call to discuss the quality measures and the implications for use in future rulemaking.

For further information please contact Lauren Underwood at 202-205-5446.

| | |
|---|---|
| **Sender:** | Office of the Executive Secretary Master Calendar (HHS/OS) </O=HHS EES/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=.EXECTIVE SECRETARIAL MASTER.OS> |
| **Recipient:** | Office of the Executive Secretary Master Calendar (HHS/OS) /O=HHS EES/OU=First Administrative Group/cn=Recipients/cn=.Exective Secretarial Master.OS <ExecutiveSecretarialMaster@hhs.gov>; Erhardt, Myra (HHS/OGC) /O=HHS EES/OU=First Administrative Group/cn=Recipients/cn=myra.erhardt.os <Myra.Erhardt@HHS.GOV>; Tran, Donna (HHS/OGC) /O=HHS EES/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Donna.Tran.os <Donna.Tran@hhs.gov>; Fisher, Barbara (HHS/OGC) /O=HHS EES/OU=First Administrative Group/cn=Recipients/cn=barbara.fisher.os <Barbara.Fisher@HHS.GOV>; Underwood, Lauren (HHS/IOS) /O=HHS EES/OU=First Administrative |

Group/cn=Recipients/cn=Lauren.Underwood.OS <Lauren.Underwood@hhs.gov>;
Millar, Fatima S. (CMS/OCSQ) /O=HHS EES/OU=First Administrative
Group/cn=Recipients/cn=fatima.baysac.cms54375952 <fatima.millar@cms.hhs.gov>;
Yates, Erick (CMS/OSORA) /O=HHS EES/OU=First Administrative
Group/cn=Recipients/cn=Erick.Yates.CMS <Erick.Yates@cms.hhs.gov>;
Brown, Taneya (CMS/OSORA) /O=HHS EES/OU=First Administrative
Group/cn=Recipients/cn=Taneya.Brown.CMS <Taneya.Brown@cms.hhs.gov>;
Colbert, Erica M. (CMS/OCSQ) /O=HHS EES/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Erica.Colbert.CMS <Erica.Colbert@cms.hhs.gov>

**Sent Date:** 2012/11/01 14:52:38

| | |
|---|---|
| **From:** | Office of the Executive Secretary Master Calendar (HHS/OS) </O=HHS EES/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=.EXECTIVE SECRETARIAL MASTER.OS> |
| **To:** | Office of the Executive Secretary Master Calendar (HHS/OS) /O=HHS EES/OU=First Administrative Group/cn=Recipients/cn=.Exective Secretarial Master.OS <ExecutiveSecretarialMaster@hhs.gov>; Hoffman, Janice (HHS/OGC) /O=HHS EES/OU=First Administrative Group/cn=Recipients/cn=janice.hoffman.os <Janice.Hoffman@HHS.GOV>; Fisher, Barbara (HHS/OGC) /O=HHS EES/OU=First Administrative Group/cn=Recipients/cn=barbara.fisher.os <Barbara.Fisher@HHS.GOV>; Erhardt, Myra (HHS/OGC) /O=HHS EES/OU=First Administrative Group/cn=Recipients/cn=myra.erhardt.os <Myra.Erhardt@HHS.GOV>; Tran, Donna (HHS/OGC) /O=HHS EES/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Donna.Tran.os <Donna.Tran@hhs.gov>; Colbert, Erica M. (CMS/OCSQ) /O=HHS EES/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Erica.Colbert.CMS <Erica.Colbert@cms.hhs.gov>; Henningfeld, Elizabeth A. (CMS/OCSQ) /O=HHS EES/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Elizabeth.Henning.CMS <Elizabeth.Henningfeld@cms.hhs.gov>; Garcia, Edward (CMS/OCSQ) /O=HHS EES/OU=First Administrative Group/cn=Recipients/cn=Edward.Garcia.CMS <Edward.Garcia@cms.hhs.gov>; Millar, Fatima S. (CMS/OCSQ) /O=HHS EES/OU=First Administrative Group/cn=Recipients/cn=fatima.baysac.cms54375952 <fatima.millar@cms.hhs.gov>; Yates, Erick (CMS/OSORA) /O=HHS EES/OU=First Administrative Group/cn=Recipients/cn=Erick.Yates.CMS <Erick.Yates@cms.hhs.gov>; Brown, Taneya (CMS/OSORA) /O=HHS EES/OU=First Administrative Group/cn=Recipients/cn=Taneya.Brown.CMS <Taneya.Brown@cms.hhs.gov>; Underwood, Lauren (HHS/IOS) /O=HHS EES/OU=First Administrative Group/cn=Recipients/cn=Lauren.Underwood.OS <Lauren.Underwood@hhs.gov> |
| **Subject:** | OMB Call: Section 3014 Quality Measures |
| **Date:** | 2012/11/05 17:08:39 |
| **Start Date:** | 2012/11/09 15:00:00 |
| **End Date:** | 2012/11/09 16:00:00 |
| **Priority:** | Normal |
| **Type:** | Appointment |
| **Location:** | Call in: (b)(6)   Passcode: (b)(6) |
| **Attendees:** | Hoffman, Janice (HHS/OGC); Fisher, Barbara (HHS/OGC); Erhardt, Myra (HHS/OGC); Tran, Donna (HHS/OGC); Colbert, Erica M. (CMS/OCSQ); Henningfeld, Elizabeth A. (CMS/OCSQ); Garcia, Edward (CMS/OCSQ); Millar, Fatima S. (CMS/OCSQ); Yates, Erick (CMS/OSORA); Brown, Taneya (CMS/OSORA); Underwood, Lauren (HHS/IOS) |

When: Friday, November 09, 2012 3:00 PM-4:00 PM (GMT-05:00) Eastern Time (US & Canada).
Where: Call in: (b)(6)   Passcode: (b)(6)

Note: The GMT offset above does not reflect daylight saving time adjustments.

*~*~*~*~*~*~*~*~*

Purpose: OMB has requested the call to discuss the evolution of HHS legal thinking regarding section 3014 and the changes in OGC legal opinion over the last year.

For further information please contact Lauren Underwood at 202-205-5446.

**Sender:** Office of the Executive Secretary Master Calendar (HHS/OS) </O=HHS EES/OU=FIRST

ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=.EXECTIVE SECRETARIAL MASTER.OS>

**Recipient:** Office of the Executive Secretary Master Calendar (HHS/OS) /O=HHS EES/OU=First Administrative Group/cn=Recipients/cn=.Exective Secretarial Master.OS <ExecutiveSecretarialMaster@hhs.gov>; Hoffman, Janice (HHS/OGC) /O=HHS EES/OU=First Administrative Group/cn=Recipients/cn=janice.hoffman.os <Janice.Hoffman@HHS.GOV>; Fisher, Barbara (HHS/OGC) /O=HHS EES/OU=First Administrative Group/cn=Recipients/cn=barbara.fisher.os <Barbara.Fisher@HHS.GOV>; Erhardt, Myra (HHS/OGC) /O=HHS EES/OU=First Administrative Group/cn=Recipients/cn=myra.erhardt.os <Myra.Erhardt@HHS.GOV>; Tran, Donna (HHS/OGC) /O=HHS EES/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Donna.Tran.os <Donna.Tran@hhs.gov>; Colbert, Erica M. (CMS/OCSQ) /O=HHS EES/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Erica.Colbert.CMS <Erica.Colbert@cms.hhs.gov>; Henningfeld, Elizabeth A. (CMS/OCSQ) /O=HHS EES/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Elizabeth.Henning.CMS <Elizabeth.Henningfeld@cms.hhs.gov>; Garcia, Edward (CMS/OCSQ) /O=HHS EES/OU=First Administrative Group/cn=Recipients/cn=Edward.Garcia.CMS <Edward.Garcia@cms.hhs.gov>; Millar, Fatima S. (CMS/OCSQ) /O=HHS EES/OU=First Administrative Group/cn=Recipients/cn=fatima.baysac.cms54375952 <fatima.millar@cms.hhs.gov>; Yates, Erick (CMS/OSORA) /O=HHS EES/OU=First Administrative Group/cn=Recipients/cn=Erick.Yates.CMS <Erick.Yates@cms.hhs.gov>; Brown, Taneya (CMS/OSORA) /O=HHS EES/OU=First Administrative Group/cn=Recipients/cn=Taneya.Brown.CMS <Taneya.Brown@cms.hhs.gov>; Underwood, Lauren (HHS/IOS) /O=HHS EES/OU=First Administrative Group/cn=Recipients/cn=Lauren.Underwood.OS <Lauren.Underwood@hhs.gov>

**Sent Date:** 2012/11/05 17:08:39