UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JACQUELINE STEVENS,     )
            )
     Plaintiff,   )
            )  No. 22 C 5072
   v.       )
            )  Judge Kennelly
UNITED STATES DEPARTMENT OF )
HEALTH AND HUMAN SERVICES, *et al.*, )
            )
     Defendants.  )

## JOINT STATUS REPORT

Per the court's February 12, 2026 minute order (Dkt. 206), the parties jointly submit this status report:

1. The court has asked the parties to propose deadlines for any and all remaining summary judgment motions.

2. HHS represents that it is performing a supplemental search in the wake of the parties' recent discussions (*see* Dkt. 199 for details). CBP represents that it is completing its processing of the records containing the search term "@gdit.com" (*see* Dkt. 201 for details). Both agencies represent that they intend to complete this additional work by March 13, 2026. Plaintiff contends that these steps are not sufficiently responsive to her reasonable concerns and requests. Dkt. 199, 3-8; Dkt. 201 ¶¶ 16-24.

3. The parties accordingly propose the following schedule: (1) HHS and CBP to move for summary judgment on or before March 20, 2026; (2) plaintiff to file a response consolidated with any cross-motion on or before April 3, 2026; (3) HHS and CBP to file a reply consolidated with any response by April 17, 2026; and (4) plaintiff to reply in support of any cross-motion by April 24, 2026.

4. On February 12, 2026, Stevens posed a number of questions to Defendant with the aim of narrowing the search locations in dispute, but CBP has not responded substantively to date. The parties will continue to work together to try to narrow the issues needed to be reviewed.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: s/ Alex Hartzler
    ALEX HARTZLER
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 886-1390
    alex.hartzler@usdoj.gov

 s/ Nicolette Glazer
NICOLETTE GLAZER
Attorney for Plaintiff
Law Office of Larry R. Glazer
Watt Plaza
1875 Century Park East #700
Century City, California 90067
(708) 435-0404
nicolette@glazerandglazer.com

 s/ Rima Kapitan
RIMA KAPITAN
Attorney for Plaintiff
Kapitan Gomaa Law, P.C.
P.O.Box 46503
Chicago, Illinois 60646

(312) 566-9590
rima@kapitangomaa.com

2