**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Jacqueline Stevens

                                 Plaintiff,

v.                                      Case No.: 1:22–cv–05072

                                      Honorable Matthew F.
                                      Kennelly

United States Department Health and Human
Services, et al.

                                   Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 18, 2026:

      MINUTE entry before the Honorable Matthew F. Kennelly: Defendants' motion to strike declaration [202] is denied without prejudice as moot. Defendants' motion to stay regarding CBP [209] is denied. As plaintiff points out in her response, the claimed lapse in appropriations, if there is one that actually impacts this matter, has existed since mid–February and should have been brought to the Court's attention earlier. Even if that were not the case, there is no appropriate basis in a case already more than five years old for further delays. The Court made this abundantly clear to the parties in its 2/19/2026 order (dkt. 208). CBP has two choices at this point: file a motion for summary judgment, by the 3/20/2026 deadline, based on what it is able to muster by that date, or forego doing so, and await plaintiff's anticipated motion for summary judgment, which is due on 4/3/2026, and respond to that motion. The Court also notes that if plainiff does not file a motion for summary judgment, or files one that is denied, CBP will have the ability to move for judgment as a matter of law under Rule 50(a) during the upcoming bench trial. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.