UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JACQUELINE STEVENS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 22 C 5072 |
| | ) | |
| | ) | Judge Kennelly |
| UNITED STATES DEPARTMENT OF | ) | |
| HEALTH AND HUMAN SERVICES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## CBP AND HHS'S MOTION FOR SUMMARY JUDGMENT

Defendants U.S. Customs and Border Protection and U.S. Health and Human Services, by

Andrew S. Boutros, United States Attorney for the Northern District of Illinois, move for summary

judgment in their favor under Federal Rule of Civil Procedure 56. In support, CBP and HHS

submit the accompanying memorandum of law in support of their motion and Local Rule 56.1

defendants' statement of material facts (DSOF).

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: s/ Alex Hartzler_____
ALEX HARTZLER
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-1390
alex.hartzler@usdoj.gov