UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JACQUELINE STEVENS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 22 C 5072<br><br>Honorable Matthew F. Kennelly |

**JOINT STATUS REPORT**

At the Court's direction (Dkt. 246), the parties jointly submit this status report in this Freedom of Information Act case:

**I. CBP**

1. The Court has directed CBP to process the documents identified from applying the "summary judgment search parameters." Dkt. 246 at 36. CBP is processing these pages and expects to make its next production on or before August 19, 2026. The total number of hits is 865 hits across 5,186 pages; however, the number of pages that need to be processed is likely lower because total number of 5,186 comes from adding up the page counts for each hit individually, and some of the hits appear on the same page.

2. The Court has directed CBP to provide the results of applying the summary judgment search parameters to its Office of the Commissioner. Dkt. 246 at 36. CBP has confirmed that none of the resulting records are from 2019.

3. The Court has directed CBP to finish processing the records from the Office of Congressional Affairs. Dkt. 246 at 36. CBP has confirmed that none of these records are from 2019.

4. The Court has directed CBP to acquire and process the draft retention plan identified by the Office of Information Technology. Dkt. 246 at 36. CBP's FOIA office is waiting to receive this document from the Office of Information Technology. The undersigned AUSA will endeavor to procure and share with Plaintiff an update in advance of the status hearing scheduled for August 6, 2026.

5. The Court has directed CBP to un-redact the name of the Chief Medical Officer on CBP 00299 of PX 13 by August 10, 2026. Dkt. 246 at 36. CBP is waiting on confirmation that the Solicitor General's office does not wish to pursue an appeal of that ruling but expects to be able to produce the document on time.

6. The Court has directed CBP to un-redact the email domains in its responsive records by August 10, 2026. Dkt. 246 at 37. CBP is waiting on confirmation that the Solicitor General's office does not wish to pursue an appeal of that ruling but expects to be able to produce the documents on time.

**HHS**

7. The Court has directed HHS to provide an update on the supplemental searches by the Office of the Chief Information Officer for work product and travel records in Lauren Underwood's network drive and OneDrive. Dkt. 246 at 37. The update is that the searches have yielded 3,962 potentially responsive pages, which HHS will process at the rate of 500 pages per month, with the first production expected by August 19, 2026. Plaintiff respectfully requests that the Court order HHS to process records at a minimum of 1,000 pages per month, as HHS's proposed processing rate ensures the case will continue for nearly eight additional months. HHS notes that the Court has ordered CBP to process at 500 pages per month, presumably based on the

trial testimony of CBP's declarant, and asks that the Court consider the similar trial testimony from HHS's declarant before ordering HHS to process more than 500 pages per month.

8. The Court has directed HHS to provide an update on its "pending inquiry to ASPR on whether it has travel systems that are still searchable." Dkt. 246 at 37. HHS is continuing to pursue this inquiry and hopes to be able to provide an update by the end of the month.

9. The Court has directed HHS to un-redact the redacted portion of the email that it submitted for *in camera* review by August 10, 2026. Dkt. 246 at 37. HHS is waiting on confirmation that the Solicitor General's office does not wish to pursue an appeal of that ruling but expects to be able to produce the document on time.

**ICE**

10. The parties expect the appeal involving ICE to be returned to the district court on August 13, 2026 (52 days after the entry of judgment in the Seventh Circuit). The parties are discussing what next steps should occur in the wake of the Seventh Circuit's ruling and propose that they submit a joint proposal (or competing proposals) by August 25, 2026 (due to counsel's being out of the office in the middle of this month).

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: s/ Alex Hartzler
ALEX HARTZLER
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-1390
alex.hartzler@usdoj.gov

By: /s/ Daniel Melo

Daniel Melo

The Melo Law Firm
NC Bar # 48654
2920 Forestville Road, Ste 100
PMB 1192
Raleigh, NC 27616
Tel: (919) 348-9213
dan@themelolawfirm.com
*Counsel For Plaintiff*

______________________
RIMA KAPITAN
Atty No. 6286541
Attorney for Plaintiff
Kapitan Gomaa Law, P.C.
P.O. Box 46503
Chicago, Illinois 60646
Century City, California 90067
(312) 566-9590
rima@kapitangomaa.com